# UNITED STATES DISTRICT COURT
# NORTHISN DISTRICT OF ILLINOIS
# EASTERN DIVISION

JUDGE JOHN W DARRAH

| | |
|---|---|
| JOSE SERRANO,<br>Petitioner,<br><br>v.<br><br>UNITED STATES IMMIGRATION & NATURALIZATION SERVICE, BRIAN PERRYMAN, in his official capacity as District Director of Chicago District Office of INS, & JANET RENO, Attorney General of the United States & UNITED STATES OF AMERICA,<br><br>Respondents. | Case Number:<br>**01C 0030**<br><br>MAGISTRATE JUDGE BOBRICK |

DOCKETED
JAN 04 2001

FILED-ED4
01 JAN -3 AM 11: 36
CLERK
U.S. DISTRICT COURT

## PETITION FOR WRIT OF MANDAMUS

NOW COMES the Petitioner, JOSE SERRANO, by and through his attorneys, CARPENTER & CAPT, CHARTERED, and Petition this Court for an Order against Defendant UNITED STATES IMMIGRATION & NATURALIZATION SERVICE directing that it adjudicate Petitioners' previously filed application for adjustment of status. Petitioner states the following in support of this Petition:

## INTRODUCTION

This action seeks an Order compelling the U.S. INS, Chicago District Office, in Chicago (hereinafter "Chicago District Office"), to adjudicate the Petitioner's application for adjustment of status, filed after Ms. Serrano's I-130 was approved by the U.S. INS' Lincoln, NE Service Center (hereinafter "NSC"). Mr. and Ms. Serrano were married on September 11, 1996. Lorraine Serrano filed an I-130, Petition for Alien Relative with the U.S. INS on November 5, 1996, which was in turn approved by the NSC on January 8, 1997. *See Form I-797C Notice of Approval attached hereto as Exhibit 1.* Mr. Serrano

filed his I-485, Application for Adjustment of Status on July 28, 1998 in conformity with §245 of the Immigration & Nationality Act. *See Receipt Notice and attached register receipt, attached hereto as Exhibit 2.*

The Immigration & Nationality Act ("INA") allows for the benefit of adjustment of status to be conferred to an applicant who, *inter alia,* immediately available visa. In the context of family-based immigration, this can be accomplished by virtue of having an approved I-130 with a current priority date or based on an immediate relative petition. *See* INA §245, 8 U.S.C. §1255.

After filing for adjustment of status in this fashion, Mr. Serrano received an interview date of May 8, 2000. They were interviewed by Officer M. Travis. She indicated that she believed that the marriage was bona fide, but that she needed a certified disposition for an arrest Mr. Serrano had in the past. Mr. Serrano properly disclosed this arrest to the INS. The arrest did not result in a conviction, and Mr. Serrano, through this counsel, hand-delivered a certified disposition showing that the case was dismissed, along with further evidence of the bona fide nature of the Serrano's marriage. These materials were hand-delivered on June 7, 2000. *See stamped cover letter with full set of copies of materials submitted attached hereto as Group Exhibit 3.*

The Serranos nor their counsel received any response from Officer Travis or the Chicago District Office of INS after tendering the documents attached as Group Exhibit 3. They did everything asked of them up to that point in time, yet achieved no closure in their case. On September 5, 2000, their counsel hand delivered a letter of inquiry to Officer Travis. *See date stamped letter attached hereto as Exhibit 4.* Neither the Serranos nor their counsel received any response to that inquiry.

The Serranos's attorneys inquired again in writing by hand-delivery on November 16, 2000. Again, the INS never responded. The Serranos' attorneys hand-delivered yet another request with Form G-14 on November 3, 2000. *See date stamped letter and G-14 attached hereto as Group Exhibit 5.* This procedure was in accord with the inquiry process attorneys were to follow according to meetings had between the Chicago Chapter of the American Immigration Lawyers Association and the Chicago District Office. No response to this inquiry was ever received.

## STATEMENT OF THE CASE

### Jurisdiction

1. Jurisdiction is conferred on this Court with respect to a Writ of Mandamus by 28 U.S.C. §1361, which provides for mandamus actions to compel officers and employees of the United States to perform a duty owed to the Petitioners.
2. The Agency Procedures Act (hereinafter "APA") provides that a person "adversely affected or aggrieved by agency actions [or failure to act, *see* 5 U.S.C. §§701(b)(2), 551(13)]... is entitled to judicial review thereof." 5 U.S.C. §702.

### Venue

3. Pursuant to 28 U.S.C. §1391(e), venue lies in the Northern District of Illinois because this is where the Petitioner resides, and where the Chicago District Office of INS in located. This office has neglected to complete the adjudication of Mr. Serrano's adjustment of status application.

## The Parties

4. Jose Serrano is the Adjustment of Status applicant ("Applicant") whose application for adjustment of status has not been properly adjudicated as of this date. The United States Immigration & Naturalization Service's Chicago District Office is the office responsible for the adjudication of the aforementioned application for adjustment of status. Janet Reno, Attorney General, is a named party pursuant to Federal Rule of Civil Procedure 4.

## COUNT I: FAILURE OF THE U.S. INS, CHICAGO DISTRICT OFFICE, TO DISCHARGE ITS DUTIES OF ADJUDICATING A PROPERLY FILED APPLICATION FOR ADJUSTMENT OF STATUS IN A TIMELY MANNER

5. Mandamus actions can be used to compel action by an agency, so long as the action is not discretionary. An agency's decision not to act due to a policy position that effectively precludes a timely decision from being made is properly subject to an action in Mandamus. *See* Ganem v. Heckler, 746 F.2d 844 (D.C. Cir. 1984). Further, the APA provides, "The reviewing Court shall – (1) compel agency action unlawfully withheld or unreasonably delayed". 5 U.S.C. §706. This creates a right of judicial review of agency action unlawfully withheld. Rank v. Nimmo, 677 F.2d 692, 698 (9th Cir. 1982).

6. This action is grounded in the INS' neglect in properly adjudicating Mr. Serrano's application for adjustment of status. Mr. Serrano, through his counsel of record, did everything asked of him by the INS. He returned the additional evidence requested of him less than one month after his interview, yet has not received any decision despite filing three additional inquiries. Petitioner is not arguing that this Court should tell the

INS how to decide the application. Petitioner is simply asserting that he is entitled to a decision as a matter of law. If the decision is a denial on his application, Petitioner would ask this Court to Order the INS to initiate removal proceedings so that Petitioner may pursue his remedies in Immigration Court. The INS should not be permitted to simply deny his application without initiating removal proceedings.

7. Mandamus is an appropriate remedy here because (1) the plaintiff has a clear right to the relief sought; (2) the defendants have a clear duty to perform; and (3) no other adequate remedy is available. *See* Blaney v. United States, 34 F.3d 509, 513 (7th Cir. 1994). Each of the aforementioned elements is addresses, respectively, below:

(1) 8 U.S.C. §1255 provides that the Attorney General may adjust an alien's status to that of a lawful permanent resident if the alien applies for such an adjustment and is eligible for a visa, and if a visa is available to him at the time the application is filed. While conferral of the benefit is largely discretionary, the right to a timely adjudication of the application is a right. *See* Agbemaple v. INS, 1998 WL 292441 at 2 (May 18, 1998) (Where Judge Grady stated that §1255 "provides a right to an adjudication… within a reasonable time.").

(2) The defendants have a duty to adjudicate the properly filed applications for adjustment of status in a timely manner. Petitioners are not asking to be taken out of turn, or asking this Court to substitute its judgment for the congressionally bestowed powers that the INS has in this matter. Courts have consistently held that the INS has a non-discretionary duty to adjudicate applications within a reasonable time. *See* Yu v. Brown, 36

F.Supp.2d 922, 931 (D.N.M. 1999) ("All other courts addressing this question have held that INS has a non-discretionary duty to process applications for LPR status as well as all other immigration applications.")(citing various cases); id. at 932 (holding that the INS "owes Plaintiffs a non-discretionary duty to complete processing of Plaintiffs' [LPR] applications in a reasonable time.") Petitioner would respectfully assert that waiting a total of nearly two and one-half years since filing, and more than six months since supplying the additional evidence requested, amounts to more than a reasonable time.

(3) No other adequate remedy is available because INS is the only agency that can adjudicate Petitioner's application. He cannot pursue any remedy anywhere else until and unless a decision is made on his I-485. Finally, Petitioner has, through counsel, made every reasonable attempt to find out the status of this matter through hand-delivered inquiries to the Chicago District Office, but to no avail. Not one response from the INS has been received on these inquiries, and Petitioner is left with no choice but to file this action in order to have his case resolved.

## COUNT II: ATTORNEY'S FEE AND COSTS UNDER THE EQUAL ACCESS TO JUSTIC ACT (EAJA)

8. Plaintiffs bringing successful mandamus actions may be entitled to a grant of attorney's fees and costs against the INS under the EADJ, 28 U.S.C. 2412(d)(1)(A). This is so even though the Supreme Court has ruled that EAJA does not authorize payment of attorney's fees to prevailing parties in **administrative** deportation

proceedings. *See* Ardestani v. INS, 502 U.S. 129 (1991). This is because a mandamus action is not part of an administrative deportation proceeding.

9. To prevail under EAJA, a plaintiff must establish that he or she is a "prevailing party" in a suit against the United States or a federal agency or official. Fees are awarded unless the court finds that the position of the defendant was substantially justified or that special circumstances make an award unjust. To be a "prevailing party" the plaintiff need only be successful on a significant issue in the litigation. Courts have awarded EAJA fees and costs where a mandamus action was filed to force the INS to adjudicate an adjustment petition. Jefrey v. INS, 710 F.Supp. 486 (S.D.N.Y. 1989), as well as in a variety of these cases where INS' dilatory actions prompted the lawsuit. *See e.g.* Shu Chen v. Slattery, 842 F.Supp. 597 (D.C.D.C. 1994)(where the Court found that INS' refusal to grant an employment card until the suit was filed, after which it in fact issued the card, justified EAJA fees because the plaintiff showed "it is more probably than not that the government would not have performed the desired act absent the lawsuit".)

WHEREFORE, Petitioner respectfully pray this Honorable Court to Enter an Order Directing the U.S. INS, CHICAGO DISTRICT OFFICE, to take all necessary steps to adjudicate his application for adjustment of status in the next thirty (30) days, and award Petitioners attorney's fees and costs under the Equal Access to Justice Act.

Respectfully Submitted,

Robert Carpenter
One of Petitioner's Attorneys

CARPENTER & CAPT, CHTD.
Attorneys for Petitioner
53 W. Jackson Blvd., Ste. 1511
Chicago, IL 60604
(312) 803-5110
Attorney Registration #: 6210049

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOSE SERRANO,<br>Petitioner, | ) | |
| v. | ) | Case Number: |
| UNITED STATES IMMIGRATION & NATURALIZATION SERVICE, BRIAN PERRYMAN, in his official capacity as District Director of Chicago District Office of INS, & JANET RENO, Attorney General of the United States & UNITED STATES OF AMERICA, | ) | |

## VERIFICATION

I, JOSE SERRANO , hereby verify that to the best of my knowledge and belief all matters contained in the above Petition for Writ of Mandamus are true and correct.

JOSE SERRANO

Signed and Sworn before me this day of December 26, 2000.

Notary Public

Dated:

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| RECEIPT NUMBER LIN-97-027-52024 | | CASE TYPE I130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
| RECEIPT DATE November 6, 1996 | PRIORITY DATE November 5, 1996 | PETITIONER SERRANO, LORRAINE |
| NOTICE DATE January 8, 1997 | PAGE 1 of 1 | BENEFICIARY A44 578 395 SERRANO, JOSE |

ROBERT CARPENTER
CARPENTER AND CAPT CHARTERED
ONE E WACKER DR STE 2420
CHICAGO IL 60601

**Notice Type:** Approval Notice
Section: Husband or wife of U.S. Citizen, 201(b) INA

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 402-437-5218**

PLAINTIFF'S EXHIBIT 1

**UNITED STATES DEPARTMENT OF JUSTICE**
**IMMIGRATION AND NATURALIZATION SERVICE**
**10 WEST JACKSON BOULEVARD**
**CHICAGO, ILLINOIS 60604**

06/30/98

Jose Serrano
2515 S. Euclid
Berwyn, Il. 60402

Dear Applicant:

We have received your application for lawful permanent residence in the United States. Your receipt date is **06/30/98**. We currently have approximately a one year wait for interviews. We expect this wait to be reduced over the next six months.

You will receive a notice for your appointment two months before the interview date. The appointment letter will also advise you if any additional items should be brought to the interview.
**If you apply as a family, please bring all family members with you on the interview date.**

If you have filed a request for employment authorization you must appear in person at our office on **07/28/98** at **1:20pm** together with this letter, your receipt of payment and personal identification. Please make every attempt to keep this appointment. **Please report to Booth 15 on the 2nd floor.** It is important to bring your driver's license/State I.D., passport, marriage license if married to establish identity. Also remember to bring the original ***Receipt*** (no copies) with your letter.

If an emergency arises that makes it necessary for you to leave the United States you may apply for **Advance Parole**. Bring this letter, receipt of payment and your passport or personal identification to our office to apply.

Please do not inquire about the status of your application prior to twelve months of receipt, it will only further delay the processing time. Any address changes should be mailed with a copy of this letter to the following address: **U.S. Immigration & Naturalization Service, P.O. Box A3462, Chicago, Illinois 60690-3462.**

| ***INS Use Only*** |
| --- |
| **I-765 submitted? Yes** |
| **Transfer to Index:** |
| **Reschedule Date:** |

Sincerely,

Brian R. Perryman
District Director

Robert Carpenter(Att.)
One E. Wacker Dr Ste 2420
Chicago,Il. 60601

I N S
CHICAGO, ILL.
28 JUL 1998
06/30/98
**0004**
SERRANO JOSE #
I-485 130.00
F-258 25.00
I-765 70.00
SUBTTL 225.00
CHECK 225.00
3 ITEMS
9315 001 001 7:46
THANK YOU

**PLAINTIFF'S EXHIBIT**
2

CARPENTER & CAPT, CHARTERED
ATTORNEYS AT LAW
53 W. JACKSON BOULEVARD
SUITE 1511
CHICAGO, ILLINOIS 60604

ROBERT T. CARPENTER
PATRICIA E. CAPT

FORMERLY
ROBERT T. CARPENTER, LTD.
(1993-1995)

TELEPHONE (312) 803-5110
FAX (312) 803-5112
E-MAIL CNCCHTD@AMERITECH.NET

June 7, 2000

**Via Hand Delivery**
ATTN: Officer R. Travis
U.S. Department of Justice
Immigration & Naturalization Service
10 W. Jackson Blvd., Room 323
Chicago, IL 60604

RECEIVED
JUN 07 2000

APPLICANT: Jose Serrano
**A#44 578 395**
PETITIONER: Lorraine Serrano

Dear Officer Travis,

Pursuant to your request of May 8, 2000, enclosed please find the *original* certified disposition for the above-named applicant showing the case was dismissed. We have also enclosed the following materials in support of the legitimacy of their marriage:

- Joint credit card accounts (Shell & Speedway America)
- Joint Medical Insurance (Humana)
- Joint Household Bills (Ameritech & Allstate)
- Joint Bank Accounts (The Mid-City National Bank)
- Joint Income Tax (1997, 1998 & 1999)

Although the attached I-72 requests wedding photos and other items showing the their marriage is bonafide, you will recall that we provided you with extensive documentation on this issue at the interview. We have enclosed some of their joint bills, but not with the photos per your instructions at the interview.

Should you have any questions or need additional information, please feel free to contact our office.

Respectfully,

Robert Carpenter

RTC/bg
Enclosure

PLAINTIFF'S EXHIBIT 3

U.S. Depart[illegible] of Justice
Immigration a[illegible] Naturalization Service
10 W. Jackson Blvd. Room 323
Chicago, Illinois 60604
Attn. R. TRAVIS

PLEASE RETURN THIS LETTER WITH YOUR RESPONSE.
THE USE OF CERTIFIED MAIL IS ENCOURAGED.

| NAME OF BENEFICIARY |
|---|
| Jose Serrano |
| DATE 5-8-00 |
| FILE NO. A44578395 |
| FORM NO. I-485 |

NAME AND ADDRESS OF APPLICANT/PETITIONER

Jose / Lorraine

RECEIVED
JUN 07 2000

PLEASE COMPLY WITH THE BELOW CHECKED ☒ INSTRUCTIONS

- ☐ 1. The above application/petition and its supporting documents are attached.
- ☐ 2. The above application/petition and its supporting documents have been forwarded to your attorney or representative.
- ☐ 3. Please complete the blocks on your enclosed application/petition which are checked ☒ in red.
- ☐ 4. Please follow the Instructions on your enclosed application/petition which are checked ☒ in red.
- ☐ 5. Furnish the required fee of $_____.
- ☐ 6. Furnish the birth or baptismal certificate _____.
- ☐ 7. Furnish the marriage certificate of _____.
- ☐ 8. Furnish proof of death or legal termination of marriage of _____.
- ☐ 9. A foreign document must be accompanied by a translation in English. The translator must certify that he/she is competent to translate and that the translation is accurate.
- ☐ 10. Furnish the date and port of each of your entries into the United States and the name of the ship, plane, or other vehicle on which you traveled.
- ☐ 11. Furnish two (2) color photographs. These photos must have a white background, photos must be glossy, unretouched, and not mounted. Dimension of the facial image should be about 1 inch from the chin to top of hair or head, shown in 3/4 frontal view of right side of face with right ear visible. Using soft pencil or felt pen, print name (and alien registration receipt number, if known) on the back of each photograph. You should show these instructions to the photographer who takes the pictures.
- ☐ 12. I-864 Affidavit of Support and three years of tax returns with W2s and a job letter.
- ☐ 13. Your proof of status documents have been checked and are attached. Your application/petition is being processed and will be completed in the near future.
- ☐ 14. You are granted additional time until _____ to submit a brief in support of your appeal, or to present evidence in rebuttal to the proposed visa petition revocation or denial.
- ☐ 15. Please return requested document(s) to above address within 30 days or your pending application(s) will be denied.
- ☐ 16. OTHER:

✓ Your case is continued for supporting documents indicated above and/or on the reverse side of this form.

_____ Your case is continued for your fingerprints to clear.

_____ Your case is continued because you need to submit new fingerprints. (See attached fingerprint referral letter)

✓ Other: certified or original court disposition of all arrests.

Representative notified:

FORM I-72
(REV 4-1-83)

PLEASE RETURN THIS LETTER AND ALL ATTACHMENTS
WITH YOUR RESPONSE

**IMMGRATION & NATURALIZATION SERVICE**
**10 WEST JACKSON BLVD. Rm.323 CHICAGO IL. 60604**

**ADJUSTMENT INTERVIEW RESULTS**

Dear Sir/Madam: SERRANO, JOSE A#: 44578395

On 5/8/00, you were interviewed by INS Officer TRAVIS and were informed that:

☐ Your application for adjustment is pending for fingerprint clearance. As soon as the prints clear, a decision will be made .

☐ Your application for adjustment is continued for insufficient documentation, please submit the following documents within ______ days. If you fail to comply, no further action will be taken, and your application may be denied. Please submit all requested documents to the above Officer and address. Documents requested of you are:

1. (See Attached)
2. ______
3. ______
4. ______

☐ Your application is currently under further review, a written decision will be issued as soon as the review is completed.

☐ You will be notified for another interview in order to complete the adjudication of your application.

☐ Your attorney or legal representative did not appear with you at the interview, you requested to be rescheduled. You and your attorney or legal representative will receive a notice for the next appointment.

☐ The Service could not make a decision on the application because the Petitioner/Beneficiary did not appear for the interview as required. You will be notified for the next interview during which the Petitioner/Beneficiary must appear.

☐ You chose to withdraw the Petition/Application at the interview.

☐ No visa number was available at the time of filing, therefore you are statutorily ineligible for adjustment.

☐ Visa number was available at the time of filing, but you turned 21 before the interview date which subjects you to a different immigration classification requiring visa allocation currently unavailable. Your application is being held in abeyance until such time a visa number becomes available under the new classification. You are entitled to employment authorization and possibly entitled to permission to travel on Advance Parole, provided that all requirements are met.

☐ At the time of interview, the Service A-file was either unavailable or had not been transferred from another INS office. You will be notified of the decision once the file is located.

☐ *Congratulations!* Your application is approved.
 ☐ Your approval letter is attached.
 ☐ You will receive the following in the mail:
 1. An approval letter
 2. An appointment letter which requests you to bring your passport for issuance of a temporary stamp as evidence of your approved permanent resident status.

Your file will be forwarded to the Northern Service Center in Lincoln, Nebraska for creation of your green card.

☐ Other Officer comments: ______

**It is very important that you:**

√ Notify INS if you change your address.
√ Come to any scheduled interview.
√ Submit all requested documents.
√ Send any questions about this application in writing to the officer named above, include a copy of this letter.
√ Check visa bulletin to see if a visa number is available.
√ File EAD extension for employment authorization and Advance Parole for traveling while case is pending. (except for I-751 Petition and other pending applications)

1.

**U.S. Department of Justice**
Immigration and Naturalization Service

*10 West Jackson Blvd.*
*Chicago, Illinois 60604*

JOSE SERRANO
2515 S EUCLID
BERWYN IL 60402

FILE NUMBER: **A 44578395**
DATE: 2/23/00

RE:

Please come to the office shown below at the time and place indicated in connection with an official matter.

OFFICE LOCATION: 10 W. Jackson Blvd., Room 323, Chicago, IL 60604
DATE AND TIME: **MAY 08, 2000 10:05**
OFFICER: ADJUDICATION EXAMINER 1
REASON FOR APPOINTMENT: INTERVIEW FOR ADJUSTMENT OF STATUS

PLEASE BRING:
**YOUR CASE WILL BE COMPLETED ON THE DAY OF YOUR ADJUSTMENT INTERVIEW IF:**

1. Your fingerprint clearance is completed by FBI and your clearance indicates you are eligible for Adjustment.
2. There is a Visa number immediately available to you.
3. You establish that you are eligible for the Status/Classification requested.

**TO HELP ESTABLISH THIS ELIGIBILITY:**

1. Your Spouse-Petitioner must accompany you to the interview.
2. You must have current Photo ID and Employment letter together with W-2 in the last three years. {if this interview is based on a marriage to United States Citizen or a Resident, your Spouse must have ID and Employment information also}.
3. WITH ALL APPLICATIONS, you must be ready to present original Birth Certificate and Divorce Decrees, if requested by the Examining Officer {If the documents are in a Foreign Language, a Certified Translation is required}.
4. If your application is based on a marriage, you must be ready to supply evidence of the claimed relationship, i.e. W-2 in the last three years, Income Tax Statements, Birth Certificates of any children ETC.
5. If you do not speak English, a person (not a family member), who can act as an interpreter, should accompany you to the Immigration interview.
6. If you are unable to supply a **Sign Language Interpreter** at the time of your interview, please notify this Service by returning a copy of your appointment letter addressed to: 245 Supervisor ATTN: Sign Language Interpreter to the above address. Please forward this notification As Soon As Possible, in orderthat an attempt can be made to arrange this accomodation.
7. Complete the attached **I-864 Affidavit of Support** and bring it to the interview with supporting documents e.g. 3 yrs tax record, current job letter.

ORIGINALS DOCUMENTS WILL BE KEPT UNLESS YOU SUPPLY COPIES

**If you fail to attend your appointment and do not request a reschedule, your case will be denied and you will have to file another application for Adjustment of Status. You will be given an *Adjustment Interview Results* letter by the Officer at the end of the interview for future inquiry purpose. Make sure you bring the letter to the INS Office when you make an inquiry on your application.**

**The purpose of the Immigration Service is to grant benefits to all people who are eligible by law to receive them. We want to be able to complete your application as promptly as possible. Your cooperation is required and is an essential part of the process.**

Sincerely,

ROBERT CARPENTER
53 W JACKSON BLVD SUITE1511
CHGO IL 60604

THE HONORABLE AURELIA PUCINSKI, CLERK
CIRCUIT COURT, COOK COUNTY, ILL

000004-TR4.2.2 06/01/2000 09:46
REF TICKET # Y5894408
REF : CICERO 6.00
1 TRANSCRIPTS 6.00 *
TICKET TOTAL 6.00 ST
SUBTOTAL 6.00

CHECK
CASHIER: TOM

# [CIRCU]IT COURT OF COOK COUNTY, ILLINOIS
## [4TH] MUNICIPAL DISTRICT - MAYWOOD

004- 00047

## [CERTIFIC]ATION OF TRAFFIC VIOLATION DISPOSITION

Case (Ticket) Number/s Y5-894-408

Defendant's Name Jose Serrano

Address 2515 S Euclid

City Berwyn State Il Zip 60402 Plate # NJR 945

Dr. Lic. No. S650-4276-5371 Date of Birth 08-15-1965

000004-TR4.2.2 06/01/2000 09:46
REF TICKET # Y5894408
REF : CICERO
1 TRANSCRIPTS 6.00
TICKET TOTAL 6.00
SUBTOTAL 6.00 ST
CHECK 6.00
CASHIER: TOM

| FINAL DISPOSITION: | CHARGE: | |
|---|---|---|
| No VACATED | NO 5/3-707 | AMENDED TO: Certification |
| | 5/3-708 | DATE PAID: 10-07-1997 |
| Yes DISMISSED | 5/3-710 | OTHER |
| No SUPERVISION | ✓ 5/3-711 | |

DATE OF DISPOSITION 10-07-1997

I further certify that the information on this Certification of Traffic Violation Disposition is a true abstract record of this court.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Seal of said Circuit Court of Cook County, Illinois.

Date of Certification 5-30-2000

Illinois Motorist:
If your license has been suspended please mail this and a $30.00 reinstatement fee to: Secretary of State
Driver's License Division
2701 South Dirksen Parkway
Springfield, Illinois 62723

If you are not a resident of Illinois, this notice should be sent to the Motor Vehicle Department of your home state.

Aurelia Pucinski
Clerk of the Circuit Court

By [signature]
Signature of Deputy Clerk

CCTR-N0624 (1-1-99)

Aurelia Pucinski, Clerk of the Circuit Court of Cook County, Illinois

SE

Io 956238

Name SERRANO,JOSE,G
Y5894405

COUF

09/09/96
(FIRST COURT DATE)

ATTORNE

102
(ROOM)

01: 30-4
(TIME – CALL)

DISTRICT 4 AGENCY 080 D 6682594

CONF. SUMM. SUSP. RECVD MAILED

PET. FOR REST. OF DRIVERS LIC. PRIV. FILED

TIME

| CASE NUMBER | VIOLATION |
|---|---|
| Y5894405 | 11601B4 |
| Y5894406 | 3707000 |
| Y5894407 | 11501A2 |
| Y5894408 DUI | 11501A1 |
| Y5894409 | 11502A0 |

DATE

PET. TO RESCIND FILED –

PET. FOR JDP FILED –

| SHEET | LINE | DATE | JUDGE | CODE NO. | ORDERS ENTERED |
|---|---|---|---|---|---|
| 9 | 37 | | JAMES V. MURPHY SEP 09 | 1996 | M/O Disc Apr Aulp 10-7-96 |
| 5 | 8-12 | | NELL D. GAMBERDINO OCT 7 | 1996 | Co1 ms Sol Co2 CD Co3 ms Sol |
| | | | | | Co4 PG Jw FG 1yr Sup 10-7-97 + [illegible] IVIP |
| | | | | | Co5 ms Sol |
| NELL D. G[illegible] | | | 1 1997 | | Sox Sqt 465 490+10 +25 Cont Pup 10-7-97 |
| 9 | 24 | | APR 07 1997 | | Cont Sup 10-7-97 |
| 1 | 2 | | JUDGE DANIEL MIRANDA #1530 OCT 7 | 1997 | STD |

CCG-507-145M-6-12-92 (20389)

**MUNICIPAL DISTRICT**
**Aurelia Pucinski**

60.00 REINSTATEMENT IN THE CIRCUIT COURT OF COOK COUNTY 4 13134 (6-8-94) CCG 90

People of the State of Illinois OR

A Mun. Corp.

Vs.

Jose Serrano

Defendant (Please Print)

Municipal District 4th Br/Rm 102

Case No. 95-894-408

Charge(s) 11-501 413134

Term of ( ) Conditional Discharge (X) Supervision

for a period of 1 year

Final Court Date 10-7-97 Rm. 102 At 1:30 PM

I. R. # ____

S. I. D. # ____

(X) Reporting (Note: ALL DUI Orders are Reporting)

( ) Reporting for Community Service or Payment of Restitution ONLY.

( ) Non-Reporting (No Reporting is Necessary)

## ORDER OF SUPERVISION/CONDITIONAL DISCHARGE

*The Court orders that Conditional Discharge or Supervision is subject to the following conditions - that the defendant shall:*

(x) If reporting is ordered APPEAR IMMEDIATELY before the Social Service Department and comply with its rules and regulations. EXCEPTION: All D. U. I. Risk Level I & II - M are to report to the Social Service Department designee 865-5150 Holly Bergquist

(x) Not violate any criminal statute of any jurisdiction.

(x) Refrain from possessing a firearm or any other dangerous weapon.

(x) If reporting is ordered, not leave the State of Illinois without consent of the Court or without prior notification and approval of the Social Service Department or its designee.

(x) If reporting is ordered, notify the Social Service Department or its designee within 72 hours of change of address.

(x) If reporting is ordered, pay a $25.00 monthly Supervision/Conditional Discharge Fee through the Social Service Department or its designee commencing immediately and for each month of active supervision henceforth for the duration of the Supervision/Conditional Discharge Order.

( ) Pay Fine/Court Costs of $ 500.00 to the Clerk of the Court on or before 4-7-97

( ) Make Restitution to ____ in the amount of $____ payable through the Social Service Department on or before ____

(X) Complete evaluation and follow all treatment recommendations [Enroll within 60 days.] Social Service — 2M
(X) Alcohol/Drug ( ) Mental Health

( ) Perform ____ ( ) hours ( ) days of community service (a fee shall be charged) as directed by the:
( ) Social Service Department Community Service Program.
( ) Sheriff's Work Alternative Program (S.W.A.P.) [Only pursuant to 625 ILCS 5/6—303(c) or to 625 ILCS 5/11—501(c)] Call within 72 hours (708) 865-4960.

(X) Attend Victim Impact Program. Nov-20-96 630 PM Yes 7:00 PM

( ) Avoid contact with ____

( ) Comply with Order of Protection.

( ) Complete Domestic Violence Program as directed by Social Service Department.

OTHER: Complete Level 2-M

Dated: 10-7-96

Enter: [signature] Judge 2354 Code

I acknowledge receipt of this Order and agree to abide by the conditions. I agree to accept any notices by regular mail at the address below or any change of address and answer any questions asked by the Court about my behavior. I understand that a failure to follow the conditions of the disposition or sentence could result in a new sentence up to the maximum penalty for the offense which is before the Court.

[signature]
Defendant's Signature

1-708-484-2097
Defendant's Phone Number

2515 S. Euclid
Defendant's Address

10-30-65
Defendant's Date of Birth

[illegible]
Defendant's Social Security Number

Berwyn Ill. 60402
Defendant's City/Town, State, Zip Code

[signature]
Assistant State's Attorney

CCG-90-40M-1-18-95(E95-0118C)

WilsonJones - Carbonless NCR Duplicate • S1657N-CL Triplicate

MADE IN U.S.A.
© WilsonJones, 1989

# RECEIPT 380818

DATE 12/16/96

RECEIVED FROM Jose Serrano

Address 97-0778 Cash

0470-705-01 DOLLARS $

FOR Class Fees

[redacted]

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| BEGINNING BALANCE | 495 | — | CASH | ✓ | |
| AMOUNT PAID | 495 | — | CHECK | | |
| BALANCE DUE | — | | MONEY ORDER | [illegible] | |

BY Carol K K

THE HONORABLE AURELIA PUCINSKI, CLERK
CIRCUIT COURT, COOK COUNTY, IL

080126-TK4.5.2 01/14/97 15:19
REF TICKET # YS894408
REF : CICERO

| | |
|---|---|
| 1 SUPERVISION | 465.00 |
| 1 MISCELLANEOUS | 25.00 |
| 1 DOCUMENT STORAGE | 5.00 |
| 1 AUTOMATION | 5.00 |
| TICKET TOTAL | 500.00 * |
| REF BOND # 06682594 | |
| TOTAL | 500.00 TL |
| BOND | 90.00 |
| CASH | 500.00 |
| CHANGE DUE | -90.00 CG |
| CASHIER: LL | |


Shell
ACCOUNT NUMBER
CARD NO.
LORRAINE SERRANO
CARDMEMBER SINCE
VALID THRU


Shell
ACCOUNT NUMBER
CARD NO.
JOSE SERRANO
CARDMEMBER SINCE
VALID THRU


Speedway
SUPERAMERICA
000 2031 706 0001 9
Member Since 99
Good Thru 10/02


Speedway
SUPERAMERICA
000 2031 706 0002 7
Member Since 99
Good Thru 10/02

HUMANA

**Staff Model HMO Plan**
ALL SERVICES MUST BE AUTHORIZED BY YOUR PRIMARY CARE PROVIDER

SERRANO, JOSE G
I.D.: 645406842-00
Group: INDIVIDUAL HMO PLAN
Effective Date: 03/01/96
Group #: 99678003A2229
Coverage: DEPENDENT
Plan: 002
Date of Birth: 12/30/85
Benefit Information:
OV$20 RX$7G/$14B ER$75 MH$20
Primary Care Physician: STEVEN P BELTRAN M D
Primary Care Telephone: (708) 447-1177
IPA/Center Name: MATHY & MONTGOMERY LTD.

HUMANA HEALTH PLAN, INC.

HUMANA

**Staff Model HMO Plan**
ALL SERVICES MUST BE AUTHORIZED BY YOUR PRIMARY CARE PROVIDER

SERRANO, LORRAINE
I.D.: 645406842-01
Group: INDIVIDUAL HMO PLAN
Effective Date: 03/01/96
Group #: 99678003A2229
Coverage: DEPENDENT
Plan: 002
Date of Birth: 10/04/82
Benefit Information:
OV$20 RX$7G/$14B ER$75 MH$20
Primary Care Physician: STEVEN P BELTRAN M D
Primary Care Telephone: (708) 447-1177
IPA/Center Name: MATHY & MONTGOMERY LTD.

HUMANA HEALTH PLAN, INC.

FOR MICHIGAN CUSTOMERS

Michigan Bell residential rate schedules are available and will be mailed upon request.

Michigan Bell is regulated by the Michigan Public Service Commission, Lansing, Michigan.

The Michigan Public Service Commission requires that Ameritech display the total amount of Basic Local Exchange Service and regulated Long Distance. This is not an additional charge.

Ameritech

770804840721002300304001003200000000000000012767

Please include your 14-digit account number on your check and/or any correspondence ACIS

Account Number
708 484-7210 023 7

OCT 4, 1998

AMERITECH
P.O. Box 4520
Carol Stream, IL 60197-4520

12767

AC 01 002851 25010E 17 A**C007
LORRAINE SERRANO &&
JOSE SERRANO
2515 EUCLID AV
BERWYN, IL 60402-2510

147.67

| | | | |
|---|---|---|---|
| AMOUNT IF PAID AFTER OCT 30, 1998 | 129.60 | AMOUNT IF PAID ON OR BEFORE OCT 30, 1998... | 127.67 |

When paying in person, please bring the entire bill.

43212 2137 83268 0506

| | |
|---|---|
| Name | LORRAINE SERRANO & JOSE SERRANO |
| Service Location | 2515 S EUCLID AV,BERWYN |
| Phone Number | 708-484-2097 |
| Account Number | DT21-KB-1378-B |
| Transformer Number | 457302H1 |
| Issue Date | 01/29/98 |
| Rate 1 | Single dwelling residential service |

Redeemable for 4 points (up to 4 bulbs) thru 08/98.

**Meter Information**

For 32 days of electric service from 12-26-97 thru 01-27-98

| Meter no | Present Reading | Previous Reading | kWh Used |
|---|---|---|---|
| W924152 | 95460 Actual | 94370 Actual | 1,090 |

**Current Period**

| | | | |
|---|---|---|---|
| Basic service charge | | | $ 9.36 |
| Energy charge: First | 400 kWh X | $.10494 | 41.98 |
| Remaining | 690 kWh X | .07910 | 54.58 |
| Decommissioning adjustment | 1,090 kWh X | -.00018 | -.20 |
| Light bulb service | 500 kWh X | .00135 | .68 |
| Franchise cost | $ 106.40 X | 0.61088% | .65 |
| Regulatory tax | $ 107.05 X | 0.100% | .11 |
| State tax | 1,090 kWh X | .00320 | 3.49 |
| Municipal tax | $ 108.25 X | 5.150% | 5.57 |

Total current charges due by 02-19-98 . . . . . . . . . . . . . . . . $ 116.22

**Other Charges**

Thank you for your payment of $101.16.

Past due charges from previous bill 107.34

Total other charges . . . . . . . . . . . . . . . . . . . . . $ 107.34

Total amount due . . . . . . . . . . . . . . . . . . . . . $ 223.56

**Your Usage Profile**

13-Month Electric Usage
Total Kilowatthours




*-Not a regular billing period.

| Month Billed | Avg Daily kWh | Avg Daily Temp |
|---|---|---|
| January 1998 | 34.1 | 28° F |
| December 1997 | 26.8 | 34° F |
| January 1997 | 43.4 | 22° F |

Your average daily cost for the current period was $3.63

**For Your Information**

Treat yourself this new year. Give yourself more free time by joining ComEd's Automatic Payment plan. Each month, your bill is automatically deducted from your checking account. No checks. No stamps. And you still receive your monthly statement about 21 days before your due date. For more information call 1-800-Edison-1 (1-800-334-7661).

ComEd
A Unicom Company

**USEFUL TELEPHONE NUMBERS**
Hearing/Speech Impaired: 1-800-572-5789 (TDD)
Customer Service: 1-800-Edison-1 (1-800-334-7661)

00 20008 2317

ru 01/99.

ff Mult x Usage
0 1 2530

07/27/1998 - 33 Days

98.61

81.84
80.45

Avg Daily Temp
52 °F
70 °F
75 °F

ous balances

E NUMBERS
800-572-5789 (TDD)
Edison-1 (1-800-334-7661)

Allstate
You're in good hands.

*Allstate Agency Support Center*
*PO Box 503*
*Jackson, MS 39205-0503*

**Your Quick Insurance Check**

- ✓ Verify vehicles and drivers listed in the Policy Declarations.
- ✓ Check your ID cards.
- ✓ File this package safely away.
- ✓ Watch the mail for your bill; it will arrive soon.

Lorraine and Jose Serrano
2515 S Euclid
Berwyn IL 60402-2510

**It's time to renew your Allstate Automobile Policy**

Congratulations for receiving the Multiple Policy Discount! Because you have an Allstate Insurance Company Automobile Policy and either a Renters, Condominium, Mobile Home, or Homeowner Policy with Allstate Insurance Company, you qualify for our Multiple Policy Discount. Your new discount saves you up to 5% on your premium for most major coverages on your Automobile Policy. It's our way of thanking you for choosing Allstate to insure your home and auto.

This policy renewal offer contains your Policy Declarations, which lists the coverages, limits, and premiums for each of your vehicles, and any discounts you're receiving. It also contains your Proof of Auto Insurance cards for any vehicles with liability coverage. You will receive your billing statement in a separate mailing.

If you have any questions about this renewal mailing, or about your insurance coverage in general, please feel free to call me at (773) 767-2983. Thanks again for choosing Allstate.

Sincerely,

Robert A. Manzke

Robert A Manzke
Your Allstate Agent

AUTO *019101299052103017970601* Information as of May 21, 1999

RA207

Allstate®
You're in good hands.

Allstate Agency Support Center
PO Box 503
Jackson, MS 39205-0503

**Your Quick Insurance Check**

- ✓ Verify vehicles and drivers listed in the Policy Declarations.
- ✓ Check your ID cards.
- ✓ File this package safely away.
- ✓ Watch the mail for your bill; it will arrive soon.

Lorraine and Jose Serrano
2515 S Euclid
Berwyn IL 60402-2510

**It's time to renew your policy.**

Thanks for choosing Allstate to help with your insurance needs. This policy renewal offer contains your new renewal documents and Proof of Auto Insurance cards for any vehicles with liability coverage. I'd like to alert you specifically to the Policy Declarations, which lists your coverages, premiums, and any discounts you're receiving.

I'd also like to remind you that your bill will arrive soon in a separate mailing. If you haven't done so already, you might consider switching to our convenient Easy Pay Plan. If you customarily pay your insurance bills by mail, allowing us to deduct premiums directly from your checking account will save postage costs—and your valuable time. You may have received an Easy Pay brochure with your bill, or you can call me for more information about this option. And while you're looking through your bill, please take a moment to fill out the *Customer Satisfaction Survey* that's located on the top of your bill.

If you have any questions or concerns about your insurance, please call me at (773) 767-2983 and I'll do my best to take care of it. Your business is very important to me, and I want to make sure that you are completely satisfied.

Thanks again, I truly appreciate your business.

Sincerely,

Robert A. Manzke

Robert A Manzke
Your Allstate Agent

AUTO *010101298112103039640501* Information as of November 20, 1998

RA126

**Allstate**
You're in good hands.

*Allstate Agency Support Center*
*PO Box 503*
*Jackson, MS 39205-0503*

12/99
6/00

**Your Quick Insurance Check**

- ✓ Verify vehicles and drivers listed on the Policy Declarations and ID cards.
- ✓ Verify the vehicle identification number (VIN) listed on these documents; its accuracy could affect your premium.
- ✓ Your bill will be sent separately.

Lorraine and Jose Serrano
2515 S Euclid
Berwyn IL 60402-2510

**It's time to renew your policy.**

Thanks for choosing Allstate to help with your insurance needs. This policy renewal offer contains your new renewal documents and Proof of Auto Insurance cards for any vehicles with liability coverage. I'd like to alert you specifically to the Policy Declarations, which lists your coverages, premiums, and any discounts you're receiving.

I'd also like to remind you that your bill will arrive soon in a separate mailing. If you haven't done so already, you might consider switching to our convenient Easy Pay Plan. If you customarily pay your insurance bills by mail, allowing us to deduct premiums directly from your checking account will save postage costs—and your valuable time. You may have received an Easy Pay brochure with your bill, or you can call me for more information about this option. And while you're looking through your bill, please take a moment to fill out the *Customer Satisfaction Survey* that's located on the top of your bill.

If you have any questions or concerns about your insurance, please call me at (773) 767-2983 and I'll do my best to take care of it. Your business is very important to me, and I want to make sure that you are completely satisfied.

Thanks again, I truly appreciate your business.

Sincerely,

Robert A. Manzke

Robert A Manzke
Your Allstate Agent

AUTO *010101299111603027070601* Information as of November 16, 1999

RA126-1

**The Mid-City National Bank**

Member, MidCity Financial Corporation

801 West Madison, Chicago, Illinois 60607
312.421.7600

FDIC INSURED

001 05
DATE: 01/05/99

PAGE:
ACCOUNT: 105131784
DOCUMENTS:

JOSE G SERRANO
LORRAINE SERRANO
2515 S EUCLID
BERWYN IL 60402-2510

<T> 05

ON FEBRUARY 1, MID-CITY WILL JOIN OTHER CHICAGO AREA BANKS IN A STATEWIDE EFFORT TO PREVENT CHECK FRAUD AND PROTECT OUR CUSTOMERS. YOU ARE NOT EFFECTED BUT NON-ACCOUNT HOLDERS PRESENTING YOUR CHECKS TO BE CASHED WILL BE ASKED TO PROVIDE AN INKLESS THUMBPRINT SIGNATURE ON THE CHECK.

SMART-SAVER (07) ACCOUNT 105131784

| | | |
|---|---|---|
| TAX IDENTIFICATION NUMBER 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 | LAST STATEMENT 12/04/98 | 1,199.07 |
| | 10 CREDITS | 7,923.37 |
| | 45 DEBITS | 6,666.05 |
| | THIS STATEMENT 01/05/99 | 2,456.39 |

DEPOSITS

| REF #. | DATE | AMOUNT | REF #. | DATE | AMOUNT | REF #. | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | 12/07 | 569.87 | | 12/21 | 1,150.03 | | 01/05 | 100.91 |
| | 12/07 | 1,000.44 | | 12/21 | 1,200.07 | | 01/05 | 400.61 |
| | 12/14 | 1,000.17 | | 12/30 | 600.65 | | | |
| | 12/14 | 1,200.58 | | 12/30 | 700.04 | | | |

CHECKS

| CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT | CHECK # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1226* | 12/07 | 22.80 | 1507 | 12/18 | 50.00 | 1525 | 12/31 | 176.53 |
| 1484* | 12/07 | 68.40 | 1508 | 12/15 | 205.17 | 1526 | 01/04 | 86.00 |
| 1486* | 12/30 | 250.00 | 1509* | 12/16 | 200.00 | 1527 | 01/04 | 125.00 |
| 1493* | 12/30 | 150.00 | 1511* | 12/16 | 1,046.64 | 1528 | 12/30 | 173.63 |
| 1497 | 12/08 | 970.67 | 1513* | 12/24 | 100.00 | 1529 | 12/31 | 196.21 |
| 1498 | 12/10 | 36.00 | 1515 | 12/23 | 27.85 | 1530 | 12/31 | 210.00 |
| 1499 | 12/09 | 28.42 | 1516 | 12/23 | 49.53 | 1531 | 12/31 | 57.00 |
| 1500 | 12/09 | 175.93 | 1517 | 12/24 | 100.00 | 1532 | 12/31 | 41.92 |
| 1501 | 12/16 | 157.00 | 1518 | 12/29 | 80.54 | 1533* | 01/05 | 125.14 |
| 1502 | 12/23 | [illegible] | 1519 | 12/23 | 44.69 | 1538* | 01/04 | 484.53 |
| 1503 | 12/14 | 18.00 | 1520* | 12/24 | 263.09 | 1539 | 12/31 | 195.73 |
| 1504 | 12/11 | 55.36 | 1522 | 12/24 | 150.39 | 1542* | 01/05 | 216.68 |
| 1505 | 12/11 | [illegible] | 1523 | 12/24 | 150.00 | 1543 | 01/05 | 42.22 |
| 1506 | 12/16 | 21.94 | 1524 | 12/30 | 39.23 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

C O N T I N U E D

FOR CUSTOMER SERVICE PLEASE CALL 312-633-0333

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

The Mid-City National Bank
Member, MidCity Financial Corporation
801 West Madison, Chicago, Illinois 60607
312.421.7600

FDIC INSURED

001 05
DATE: 05/95

PAGE:
ACCOUNT: 10513178
DOCUMENTS:

JOSE G SERRANO
LORRAINE VERSETTO
2515 S EUCLID
BERWYN IL 60402-2510

<T> 05
0
0

NOW CHECKING ACCOUNT 105131784

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ........ | | | 11/04/95 | 6,312.52 |
| CHECK # 101 | 93.00 | | 11/06/95 | 6,219.52 |
| CHECK # 103 | 500.00 | | 11/09/95 | 5,719.52 |
| CHECK # 102 | 948.00 | | 11/10/95 | 4,771.52 |
| DEPOSIT | | 882.16 | 11/13/95 | 5,653.68 |
| CHECK # 104 | 300.00 | | 11/14/95 | 5,353.68 |
| DEPOSIT | | 1,549.61 | 11/20/95 | 6,903.29 |
| CHECK # 105 | 74.52 | | 11/20/95 | 6,828.77 |
| DEPOSIT | | 2,186.61 | 11/27/95 | 9,015.38 |
| CHECK # 106 | 931.52 | | 11/28/95 | 8,083.86 |
| CHECK # 107 | 126.00 | | 11/29/95 | 7,957.86 |
| CHECK # 109 | 668.30 | | 11/30/95 | 7,289.56 |
| CHECK # 110 | 20.00 | | 12/01/95 | 7,269.56 |
| CHECK # 108 | 104.62 | | 12/01/95 | 7,164.94 |
| CHECK # 111 | 200.00 | | 12/01/95 | 6,964.94 |
| INTEREST | | 12.17 | 12/05/95 | 6,977.11 |
| BALANCE THIS STATEMENT ........ | | | 12/05/95 | 6,977.11 |

TOTAL CREDITS (4) 4,630.55 AVERAGE BALANCE 6,379.15
TOTAL DEBITS (11) 3,965.96

YOUR CHECKS SEQUENCED

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11/06 | 101 | 93.00 | 11/20 | 105 | 74.52 | 11/30 | 109 | 668.30 |
| 11/10 | 102 | 948.00 | 11/28 | 106 | 931.52 | 12/01 | 110 | 20.00 |
| 11/09 | 103 | 500.00 | 11/29 | 107 | 126.00 | 12/01 | 111 | 200.00 |
| 11/14 | 104 | 300.00 | 12/01 | 108 | 104.62 | | | |

*** CONTINUED ***

**The Mid-City National Bank**
Member, MidCity Financial Corporation
801 West Madison, Chicago, Illinois 60607
312.421.7600

FDIC INSURED

001 05
DATE: 05/95

PAGE:
ACCOUNT: 10513178
DOCUMENTS:

JOSE G SERRANO

NOW CHECKING ACCOUNT 105131784

- - - - - - - - - - - - I N T E R E S T - - - - - - - - - - -

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | 6,379.15 | INTEREST EARNED: | 12.17 |
| INTEREST PAID THIS PERIOD: | 12.17 | DAYS IN PERIOD: | 31 |
| INTEREST PAID 1995: | 16.68 | ANNUAL PERCENTAGE YIELD EARNED: | 2.27 |
| TAX IDENTIFICATION NUMBER: | 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 | | |

Case: 1:01-cv-00030 Document #: 1 Filed: 01/03/01 Page 31 of 106 PageID #:31

**The Mid-City National Bank**
Member, MidCity Financial Corporation
801 West Madison, Chicago, Illinois 60607
312.421.7600

FDIC INSURED

001 05 1
DATE: 05/97
PAGE:
ACCOUNT: 10513178
DOCUMENTS:

JOSE G SERRANO
LORRAINE SERRANO
2515 S EUCLID
BERWYN IL 60402-2510

<T> 05
0
0

DIRECT DEPOSIT OF SOCIAL SECURITY WILL BE MANDATORY BY 1999
ENROLL NOW - IT'S EASY, FAST, AND CONVENIENT!
CALL 1-800-772-1213 - HAVE YOUR CHECKING ACCOUNT NUMBER
AND MID-CITY'S BANK # 071001737 HANDY - DO IT TODAY!

NOW CHECKING ACCOUNT 105131784

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ........ | | | 05/05/97 | 3,111.14 |
| CHECK # 628 | 300.00 | | 05/06/97 | 2,811.14 |
| CHECK # 627 | 17.75 | | 05/06/97 | 2,793.39 |
| CHECK # 621 | 100.00 | | 05/06/97 | 2,693.39 |
| CHECK # 625 | 150.00 | | 05/06/97 | 2,543.39 |
| CHECK # 624 | 266.92 | | 05/06/97 | 2,276.47 |
| CHECK # 620 | 306.86 | | 05/06/97 | 1,969.61 |
| CHECK # 623 | 969.51 | | 05/06/97 | 1,000.10 |
| CHECK # 629 | 384.87 | | 05/08/97 | 615.23 |
| DEPOSIT | | 400.00 | 05/10/97 | 1,015.23 |
| DEPOSIT | | 1,100.40 | 05/10/97 | 2,115.63 |
| DEPOSIT | | 1,200.78 | 05/10/97 | 3,316.41 |
| CHECK # 630 | 193.69 | | 05/12/97 | 3,122.72 |
| CHECK # 637 | 100.00 | | 05/14/97 | 3,022.72 |
| CHECK # 644 | 106.00 | | 05/14/97 | 2,916.72 |
| CHECK # 632 | 120.05 | | 05/14/97 | 2,796.67 |
| CHECK # 634 | 115.00 | | 05/15/97 | 2,681.67 |
| CHECK # 640 | 125.00 | | 05/15/97 | 2,556.67 |
| CHECK # 643 | 144.32 | | 05/15/97 | 2,412.35 |
| CHECK # 645 | 50.00 | | 05/16/97 | 2,362.35 |
| CHECK # 650 | 69.29 | | 05/16/97 | 2,293.06 |
| CHECK # 638 | 100.00 | | 05/16/97 | 2,193.06 |
| CHECK # 647 | 118.44 | | 05/16/97 | 2,074.62 |
| CHECK # 622 | 120.00 | | 05/16/97 | 1,954.62 |
| CHECK # 636 | 130.00 | | 05/16/97 | 1,824.62 |
| CHECK # 639 | 150.00 | | 05/16/97 | 1,674.62 |
| CHECK # 649 | 200.00 | | 05/16/97 | 1,474.62 |
| CHECK # 641 | 300.00 | | 05/16/97 | 1,174.62 |

* * * C O N T I N U E D * * *

Case: 1:01-cv-00030 Document #: 1 Filed: 01/03/01 Page 32 of 106 PageID #:32

**The Mid-City National Bank**
Member, MidCity Financial Corporation

801 West Madison, Chicago, Illinois 60607
312.421.7600

FDIC INSURED

001 0[illegible]1
DATE: [illegible]05/97

PAGE:
ACCOUNT: 10513178
DOCUMENTS:

JOSE G SERRANO

NOW CHECKING ACCOUNT 105131784

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| DEPOSIT | | 1,000.80 | 05/17/97 | 2,175.42 |
| CHECK # 653 | 129.25 | | 05/17/97 | 2,046.17 |
| DEPOSIT | | 310.00 | 05/19/97 | 2,356.17 |
| DEPOSIT | | 400.00 | 05/19/97 | 2,756.17 |
| DEPOSIT | | 800.00 | 05/19/97 | 3,556.17 |
| DEPOSIT | | 2,000.90 | 05/19/97 | 5,557.07 |
| CHECK # 648 | 37.89 | | 05/19/97 | 5,519.18 |
| CHECK # 635 | 126.00 | | 05/19/97 | 5,393.18 |
| CHECK # 633 | 215.00 | | 05/19/97 | 5,178.18 |
| CHECK # 642 | 275.00 | | 05/19/97 | 4,903.18 |
| CHECK # 652 | 74.45 | | 05/20/97 | 4,828.73 |
| MISCELLANEOUS DEBIT | 407.00 | | 05/22/97 | 4,421.73 |
| HUMANA, INC. INS PYMT 99678 645406842 | | | | |
| | 261.38 | | 05/22/97 | 4,160.35 |
| CHECK # 660 | 69.93 | | 05/22/97 | 4,090.42 |
| CHECK # 651 | 70.00 | | 05/22/97 | 4,020.42 |
| CHECK # 654 | 764.00 | | 05/22/97 | 3,256.42 |
| DEPOSIT | | 756.70 | 05/23/97 | 4,013.12 |
| CHECK # 631 | 36.50 | | 05/23/97 | 3,976.62 |
| CHECK # 659 | 477.91 | | 05/23/97 | 3,498.71 |
| CHECK # 658 | 999.39 | | 05/23/97 | 2,499.32 |
| DEPOSIT | | 2,000.67 | 05/24/97 | 4,499.99 |
| CHECK # 645 | 50.00 | | 05/27/97 | 4,449.99 |
| ALLSTATE LIFE INS.PREM. A7251900062EF | | | | |
| | 20.23 | | 05/28/97 | 4,429.76 |
| CHECK # 668 | 300.00 | | 05/28/97 | 4,129.76 |
| CHECK # 669 | 300.00 | | 05/28/97 | 3,829.76 |
| CHECK # 661 | 270.00 | | 05/28/97 | 3,559.76 |
| CHECK # 674 | 96.59 | | 05/29/97 | 3,463.17 |
| CHECK # 664 | 100.00 | | 05/29/97 | 3,363.17 |
| CHECK # 672 | 160.00 | | 05/29/97 | 3,203.17 |
| CHECK # 656 | 346.21 | | 05/29/97 | 2,856.96 |
| CHECK # 662 | 931.52 | | 05/29/97 | 1,925.44 |
| CHECK # 663 | 200.00 | | 05/30/97 | 1,725.44 |
| CHECK # 667 | 384.87 | | 05/30/97 | 1,340.57 |
| DEPOSIT | | 700.00 | 05/31/97 | 2,040.57 |
| DEPOSIT | | 1,400.60 | 06/02/97 | 3,441.17 |
| CHECK # 655 | 50.00 | | 06/02/97 | 3,391.17 |
| CHECK # 670 | 125.00 | | 06/02/97 | 3,266.17 |
| CHECK # 671 | 125.00 | | 06/02/97 | 3,141.17 |
| CHECK # 657 | 50.00 | | 06/03/97 | 3,091.17 |
| CHECK # 675 | 50.00 | | 06/03/97 | 3,041.17 |
| CHECK # 665 | 72.80 | | 06/03/97 | 2,968.37 |
| CHECK # 678 | 75.00 | | 06/03/97 | 2,893.37 |
| CHECK # 673 | 125.00 | | 06/03/97 | 2,768.37 |

* * * CONTINUED * * *

Case: 1:01-cv-00030 Document #: 1 Filed: 01/03/01 Page 33 of 106 PageID #:33

**The Mid-City National Bank**
Member, MidCity Financial Corporation
801 West Madison, Chicago, Illinois 60607
312.421.7600
FDIC INSURED

001 0[illegible]1
DATE: [illegible]5/97

PAGE:
ACCOUNT: 10513178
DOCUMENTS:

JOSE G SERRANO

## NOW CHECKING ACCOUNT 105131784

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| CHECK # 677 | 320.45 | | 06/03/97 | 2,447.92 |
| CHECK # 682 | 210.00 | | 06/04/97 | 2,237.92 |
| CHECK # 681 | 210.71 | | 06/04/97 | 2,027.21 |
| HUMANA, INC. INS PYMT 99678 645406842 | 261.38 | | 06/05/97 | 1,765.83 |
| CHECK # 666 | 50.70 | | 06/05/97 | 1,715.13 |
| CHECK # 680 | 1,294.46 | | 06/05/97 | 420.67 |
| INTEREST | | 4.01 | 06/05/97 | 424.68 |
| BALANCE THIS STATEMENT | | | 06/05/97 | 424.68 |

TOTAL CREDITS (13) 12,074.86 AVERAGE BALANCE 2,703.96
TOTAL DEBITS (64) 14,761.32

## YOUR CHECKS SEQUENCED

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUN |
|---|---|---|---|---|---|---|---|---|
| 05/06 | 620 | 393.86 | 05/16 | 641 | 300.00 | 05/28 | 661 | 270.9 |
| 05/06 | 621 | 100.00 | 05/19 | 642 | 275.00 | 05/29 | 662 | 931.5 |
| 05/16 | 622 | 120.00 | 05/15 | 643 | 144.32 | 05/30 | 663 | 200.0 |
| 05/06 | 623 | 969.51 | 05/14 | 644 | 106.00 | 05/29 | 664 | 100.0 |
| 05/06 | 624 | 266.92 | 05/16 | 645 | 50.00 | 06/03 | 665 | 72.3 |
| 05/06 | 625* | 150.00 | 05/27 | 646 | 50.00 | 06/05 | 666 | 50.7 |
| 05/06 | 627 | 17.75 | 05/16 | 647 | 118.44 | 05/30 | 667 | 384.3 |
| 05/06 | 628 | 300.00 | 05/19 | 648 | 37.89 | 05/28 | 668 | 300.0 |
| 05/08 | 629 | 384.37 | 05/16 | 649 | 200.00 | 05/28 | 669 | 300.0 |
| 05/12 | 630 | 193.69 | 05/16 | 650 | 69.29 | 06/02 | 670 | 125.0 |
| 05/23 | 631 | 38.50 | 05/22 | 651 | 70.00 | 06/02 | 671 | 125.0 |
| 05/14 | 632 | 120.05 | 05/20 | 652 | 74.45 | 05/29 | 672 | 160.0 |
| 05/19 | 633 | 215.00 | 05/17 | 653 | 129.25 | 06/03 | 673 | 125.0 |
| 05/15 | 634 | 115.00 | 05/22 | 654 | 764.00 | 05/29 | 674 | 96.5 |
| 05/19 | 635 | 125.00 | 06/02 | 655 | 50.00 | 06/03 | 675* | 50.0 |
| 05/16 | 636 | 130.00 | 05/29 | 656 | 346.21 | 06/03 | 677 | 320.4 |
| 05/14 | 637 | 100.00 | 06/03 | 657 | 50.00 | 06/03 | 678* | 75.0 |
| 05/16 | 638 | 100.30 | 05/23 | 658 | 999.39 | 06/05 | 680 | 1,294.4 |
| 05/16 | 639 | 150.00 | 05/23 | 659 | 477.91 | 06/04 | 681 | 210.7 |
| 05/15 | 640 | 125.00 | 05/22 | 660 | 69.93 | 06/04 | 682 | 210.0 |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

* * * C O N T I N U E D * * *

**The Mid-City National Bank**

Member, MidCity Financial Corporation

801 West Madison, Chicago, Illinois 60607
312.421.7600

FDIC INSURED

001 ( 01 PAGE:
DATE: /05/97 ACCOUNT: 1051317
DOCUMENTS:

JOSE G SERRANO

NOW CHECKING ACCOUNT 105131784

- - - - - - - - - - I N T E R E S T - - - - - - - - - -

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | 2,703.06 | INTEREST EARNED: | 4.0 |
| INTEREST PAID THIS PERIOD: | 4.01 | DAYS IN PERIOD: | 3 |
| INTEREST PAID 1997: | 45.26 | ANNUAL PERCENTAGE YIELD EARNED: | 1.7 |
| TAX IDENTIFICATION NUMBER: | 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 | | |

FOR CUSTOMER SERVICE PLEASE CALL 312-633-8333

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMAT

**The Mid-City National Bank**
Member, MidCity Financial Corporation
801 West Madison, Chicago, Illinois 60607
312.421.7600

FDIC INSURED

001 0 1
DATE: /05/96

PAGE:
ACCOUNT: 1051317
DOCUMENTS:

JOSE G SERRANO
LORRAINE VERSETTO
2515 S EUCLID
BERWYN IL 60402-2510

<T> 05
0
0

MID-CITY NATIONAL GUARANTEES LOW INTEREST RATES ON NEW CAR LOANS!
AS PROOF, FOR OUR CUSTOMERS, WE WILL "MATCH" LOWER NEW CAR LOAN
RATES AT ANY OTHER CHICAGO AREA BANK OR S & L, IF YOU CAN FIND ONE!
MATCHING OFFER EXPIRES MARCH 31ST SO CONTACT YOUR MID-CITY BANKER TODAY.

NOW CHECKING ACCOUNT 105131784

| DESCRIPTION | DEBITS | CREDITS | DATE | BALAN |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 12/05/95 | 6,977. |
| DEPOSIT | | 1,000.61 | 12/06/95 | 7,977. |
| CHECK # 112 | 89.29 | | 12/08/95 | 7,888. |
| DEPOSIT | | 1,458.61 | 12/11/95 | 9,347. |
| CHECK # 119 | 200.00 | | 12/11/95 | 9,147. |
| CHECK # 116 | 119.71 | | 12/12/95 | 9,027. |
| CHECK # 117 | 500.00 | | 12/12/95 | 8,527. |
| CHECK # 121 | 300.00 | | 12/14/95 | 8,227. |
| DEPOSIT | | 1,244.61 | 12/16/95 | 9,471. |
| CHECK # 123 | 566.52 | | 12/18/95 | 8,905. |
| CHECK # 113 | 58.00 | | 12/19/95 | 8,847. |
| CHECK # 124 | 40.00 | | 12/20/95 | 8,807. |
| CHECK # 120 | 90.00 | | 12/20/95 | 8,717. |
| CHECK # 122 | 100.00 | | 12/20/95 | 8,617. |
| CHECK # 125 | 132.38 | | 12/27/95 | 8,485. |
| CHECK # 126 | 931.52 | | 12/27/95 | 7,553. |
| CHECK # 127 | 153.97 | | 01/03/96 | 7,399. |
| INTEREST | | 14.75 | 01/05/96 | 7,414. |
| BALANCE THIS STATEMENT | | | 01/05/96 | 7,414. |

TOTAL CREDITS (4) 3,718.58 AVERAGE BALANCE 8,205.
TOTAL DEBITS (13) 3,281.39

* * * C O N T I N U E D * * *

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFO

The Mid-City [illegible]tional Bank
Member, MidCity Financial Corporation
801 West Madison, Chicago, Illinois 60607
312.421.7600

FDIC INSURED

001 0[illegible] [illegible]1
DATE: [illegible]/05/96

PAGE:
ACCOUNT: 1051317
DOCUMENTS:

JOSE G SERRANO

## YOUR CHECKS SEQUENCED

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOU |
|---|---|---|---|---|---|---|---|---|
| 12/08 | 112 | 89.29 | 12/20 | 120 | 90.00 | 12/27 | 125 | 132. |
| 12/19 | 113* | 58.00 | 12/14 | 121 | 300.00 | 12/27 | 126 | 931. |
| 12/12 | 116 | 119.71 | 12/20 | 122 | 100.00 | 01/03 | 127 | 153. |
| 12/12 | 117* | 500.00 | 12/18 | 123 | 566.52 | | | |
| 12/11 | 119 | 200.00 | 12/20 | 124 | 40.00 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

## INTEREST

AVERAGE LEDGER BALANCE: 8,205.45
INTEREST PAID THIS PERIOD: 14.75
INTEREST PAID 1996: 14.75
INTEREST PAID 1995: 16.68
TAX IDENTIFICATION NUMBER: 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

INTEREST EARNED: 14.7
DAYS IN PERIOD: 3
ANNUAL PERCENTAGE YIELD EARNED: 2.1

The Mid-City National Bank
Member, MidCity Financial Corporation
801 West Madison, Chicago, Illinois 60607
312.421.7600

FDIC INSURED

001 01
DATE: 1/05/96

PAGE:
ACCOUNT: 1051317
DOCUMENTS:

JOSE G SERRANO
LORRAINE VERSETTO
2515 S EUCLID
BERWYN IL 60402-2510

<T> 05

===================================================================

MID-CITY NATIONAL GUARANTEES LOW INTEREST RATES ON NEW CAR LOANS!
AS PROOF, FOR OUR CUSTOMERS, WE WILL "MATCH" LOWER NEW CAR LOAN
RATES AT ANY OTHER CHICAGO AREA BANK OR S & L, IF YOU CAN FIND ONE!
MATCHING OFFER EXPIRES MARCH 31ST SO CONTACT YOUR MID-CITY BANKER TODAY

===================================================================

NOW CHECKING ACCOUNT 105131784

===================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALAN |
|---|---|---|---|---|
| BALANCE LAST STATEMENT | | | 12/05/95 | 6,977. |
| DEPOSIT | | 1,000.61 | 12/06/95 | 7,977. |
| CHECK # 112 | 89.29 | | 12/08/95 | 7,888. |
| DEPOSIT | | 1,458.61 | 12/11/95 | 9,347. |
| CHECK # 119 | 200.00 | | 12/11/95 | 9,147. |
| CHECK # 116 | 119.71 | | 12/12/95 | 9,027. |
| CHECK # 117 | 500.00 | | 12/12/95 | 8,527. |
| CHECK # 121 | 300.00 | | 12/14/95 | 8,227. |
| DEPOSIT | | 1,244.61 | 12/16/95 | 9,471. |
| CHECK # 123 | 566.52 | | 12/18/95 | 8,905. |
| CHECK # 113 | 58.00 | | 12/19/95 | 8,847 |
| CHECK # 124 | 40.00 | | 12/20/95 | 8,807 |
| CHECK # 120 | 90.00 | | 12/20/95 | 8,717 |
| CHECK # 122 | 100.00 | | 12/20/95 | 8,617 |
| CHECK # 125 | 132.38 | | 12/27/95 | 8,485 |
| CHECK # 126 | 931.52 | | 12/27/95 | 7,553 |
| CHECK # 127 | 153.97 | | 01/03/96 | 7,399 |
| INTEREST | | 14.75 | 01/05/96 | 7,414 |
| BALANCE THIS STATEMENT | | | 01/05/96 | 7,414 |

TOTAL CREDITS (4) 3,718.58 AVERAGE BALANCE 8,205.
TOTAL DEBITS (13) 3,281.39

* * * C O N T I N U E D * * *

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INF

**The Mid-City National Bank**
Member, MidCity Financial Corporation
801 West Madison, Chicago, Illinois 60607
312.421.7600

FDIC INSURED

001 01 PAGE:
DATE: 1/05/96 ACCOUNT: 1051317
DOCUMENTS:

JOSE G SERRANO

## YOUR CHECKS SEQUENCED

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMO |
|---|---|---|---|---|---|---|---|---|
| 12/08 | 112 | 89.29 | 12/20 | 120 | 90.00 | 12/27 | 125 | 132. |
| 12/19 | 113* | 58.00 | 12/14 | 121 | 300.00 | 12/27 | 126 | 931. |
| 12/12 | 116 | 119.71 | 12/20 | 122 | 100.00 | 01/03 | 127 | 153. |
| 12/12 | 117* | 500.00 | 12/18 | 123 | 566.52 | | | |
| 12/11 | 119 | 200.00 | 12/20 | 124 | 40.00 | | | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

## - - - - - - - - - - - I N T E R E S T - - - - - - - - - - -

| | | | |
|---|---|---|---|
| AVERAGE LEDGER BALANCE: | 8,205.45 | INTEREST EARNED: | 14. |
| INTEREST PAID THIS PERIOD: | 14.75 | DAYS IN PERIOD: | |
| INTEREST PAID 1996: | 14.75 | ANNUAL PERCENTAGE YIELD EARNED: | 2. |
| INTEREST PAID 1995: | 16.68 | | |
| TAX IDENTIFICATION NUMBER: | 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 | | |

Form **1040** Department of the Tr[illegible]y – Internal Revenue Service **U.S. Indivic[illegible]l Income Tax Return 1997** (99) [illegible]S Use Only – Do not wri[illegible]e or staple in this space.

For the year Jan. 1 – Dec. 31, 1997, or other tax year beginning , 1997, ending , 19 OMB No. 1545-0074

**Label**

[illegible]se the IRS [illegible]abel.

JOSE G SERRANO
LORRAINE SERRANO
2515 S EUCLID
BERWYN, IL 60402

Your social security number: 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

Spouse's social security number: 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

**For help in finding line instructions, see pages 2 and 3 in the booklet.**

**Presidential Election Campaign** (See page 10.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | X | |
| If a joint return, does your spouse want $3 to go to this fund? | X | |

**Note:** Checking "Yes" will not change your tax or reduce your refund.

**Filing Status**

Check only one box.

1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's SSN above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See page 10.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 10.)

**Exemptions**

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a

b [X] **Spouse**

No. of boxes checked on 6a and 6b: 2

c **Dependents:**

If more than six dependents, see page 10.

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1997 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

No. of your children on 6c who:
- lived with you
- did not live with you due to divorce or separation (see page 11)

Dependents on 6c not entered above

Add numbers entered on lines above ▶ 2

d Total number of exemptions claimed

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 12.

Enclose, but do not attach any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 361. |
| b | Tax-exempt interest. DO NOT include on line 8a — 8b | | |
| 9 | Dividend income. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 12) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 19,387. |
| 13 | Capital gain or (loss). Attach Schedule D | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions — 15a — b Taxable amt | 15b | |
| 16a | Total pensions and annuities — 16a — b Taxable amt | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits — 20a — b Taxable amount (see pg 15) | 20b | |
| 21 | Other income. List type and amount – see page 15 | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 19,748. |

**Adjusted Gross Income**

If line 32 is under $29,290 (under $9,770 if a child did not live with you), see EIC on page 21.

| Line | Description | | Amount | | Total |
|---|---|---|---|---|---|
| 23 | IRA deduction (see page 16) | 23 | | | |
| 24 | Medical savings account deduction. Attach Form 8853 | 24 | | | |
| 25 | Moving expenses. Attach Form 3903 or 3903-F | 25 | | | |
| 26 | One-half of self-employment tax. Attach Schedule SE | 26 | 1,370. | | |
| 27 | Self-employed health insurance deduction (see page 17) | 27 | 1,256. | | |
| 28 | Keogh and self-employed SEP and SIMPLE plans | 28 | | | |
| 29 | Penalty on early withdrawal of savings | 29 | | | |
| 30a | Alimony paid. b Recipient's SSN ▶ | 30a | | | |
| 31 | Add lines 23 through 30a | | | 31 | 2,626. |
| 32 | Subtract line 31 from line 22. This is your **adjusted gross income** ▶ | | | 32 | 17,122. |

KBA **For Privacy Act and Paperwork Reduction Act Notice, see page 38.** Form 1040 (1997)


Form Software Copyright 1996 H&R Block Tax Services, Inc.

Form 1040 (1997) JOSE G & [L]ORRAINE SERRANO 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 Page 2

## Tax Computation

| Line | Description | | Amount |
|---|---|---|---|
| 33 | Amount from line [31] (adjusted gross income) | 33 | 17,122. |
| 34a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 34a | | |
| b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 18 and check here ▶ 34b ☐ | | |
| 35 | Enter the larger of your: **Itemized deductions** from Schedule A, line 28, OR **Standard deduction** shown below for your filing status. **But see** page 18 if you checked any box on line 34a or 34b **or** someone can claim you as a dependent. • Single -- $4,150 • Married filing jointly or Qualifying widow(er) -- $6,900 • Head of household -- $6,050 • Married filing separately -- $3,450 | 35 | 19,465 |
| 36 | Subtract line 35 from line 33 | 36 | (2,343.) |
| 37 | If line 33 is $90,900 or less, multiply $2,650 by the total number of exemptions claimed on line 6d. If line 33 is over $90,900, see the worksheet on page 19 for the amount to enter | 37 | 5,300 |
| 38 | **Taxable income.** Subtract line 37 from line 36. If line 37 is more than line 36, enter -0- | 38 | 0 |
| 39 | **Tax.** Check if any tax from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | 39 | 0 |

If you want the IRS to figure your tax, see page 18.

## Credits

| Line | Description | | |
|---|---|---|---|
| 40 | Credit for child and dependent care expenses. Attach Form 2441 | 40 | |
| 41 | Credit for the elderly or the disabled. Attach Schedule R | 41 | |
| 42 | Adoption credit. Attach Form 8839 | 42 | |
| 43 | Foreign tax credit. Attach Form 1116 | 43 | |
| 44 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 44 | |
| 45 | Add lines 40 through 44 | 45 | 0 |
| 46 | Subtract line 45 from line 39. If line 45 is more than line 39, enter -0- ▶ | 46 | |

## Other Taxes

| Line | Description | | |
|---|---|---|---|
| 47 | Self-employment tax. Attach Schedule SE | 47 | 2,740 |
| 48 | Alternative minimum tax. Attach Form 6251 | 48 | |
| 49 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 49 | |
| 50 | Tax on qualified retirement plans (including IRAs) and MSAs. Attach Form 5329 if required | 50 | |
| 51 | Advance earned income credit payments from Form(s) W-2 | 51 | |
| 52 | Household employment taxes. Attach Schedule H | 52 | |
| 53 | Add lines 46 through 52. This is your **total tax** ▶ | 53 | 2,740 |

## Payments

Attach Forms W-2, W-2G, and 1099-R on page one.

| Line | Description | | |
|---|---|---|---|
| 54 | Federal income tax withheld from Forms W-2 and 1099 | 54 | |
| 55 | 1997 estimated tax payments and amount applied from 1996 return | 55 | |
| 56a | **Earned income credit.** Attach Schedule EIC if you have a qualifying child. b Nontaxable earned income: amount ▶ and type ▶ NO | 56a | |
| 57 | Amount paid with Form 4868 (request for extension) | 57 | |
| 58 | Excess social security and RRTA tax withheld (see page 27) | 58 | |
| 59 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 59 | |
| 60 | Add lines 54 through 59. These are your **total payments** ▶ | 60 | |

## Refund

Have it directly deposited! See page 27 and fill in 62b, 62c, and 62d.

| Line | Description | | |
|---|---|---|---|
| 61 | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you **OVERPAID** | 61 | |
| 62a | Amount of line 61 you want **REFUNDED TO YOU** ▶ | 62a | |
| ▶ b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| ▶ d | Account number | | |
| 63 | Amount of line 61 you want **APPLIED TO 1998 ESTIMATED TAX** ▶ 63 | | |

## Amount You Owe

| Line | Description | | |
|---|---|---|---|
| 64 | If line 53 is more than line 60, subtract line 60 from line 53. This is the **AMOUNT YOU OWE.** For details on how to pay, see page 27 ▶ | 64 | 2,88[illegible] |
| 65 | Estimated tax penalty. Also include on line 64 | 65 | 148. |

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Keep a copy of this return for your records.

| | Date | |
|---|---|---|
| ▶ Your signature | Date | Your occupation SELF EMPLOYED |
| ▶ Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation SELF EMPLOYED |

## Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | Date 3/19/98 | Check if self-employed ☐ | Preparer's social security no. 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 |
| Firm's name (or yours if self-employed) and address ▶ H AND R BLOCK CHICAGO, IL | | | EIN 43-1632899 |
| | | | ZIP code 60608-0[illegible] |

Form 1040 (1[997])

KBA


Form Software Copyright 1996 H&R Block Tax Services, Inc.

Form **2210**

Department of the Treasury
Internal Revenue Service

# Underpayment of Estimated Tax by Individuals, Estates, and Trusts

▶ See separate instructions.

▶ Attach to Form 1040, 1040A, 1040NR, 1040NR-EZ or 1041.

OMB No. 1545-0140

**1997**

Attachment Sequence No. **06**

Name(s) shown on tax return: JOSE G & LORRAINE SERRANO

Identifying number: 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

**Note:** In most cases, you **do not** need to file Form 2210. The IRS will figure any penalty you owe and send you a bill. File Form 2210 **only** if one or more boxes in Part I apply to you. If you do not need to file Form 2210, you still may use it to figure your penalty. Enter the amount from line 20 or line 32 on the penalty line of your return, but **do not** attach Form 2210.

## Part I Reasons For Filing

— If 1a, b, or c below applies to you, you may be able to lower or eliminate your penalty. But you MUST check the boxes that apply and file Form 2210 with your tax return. If 1d below applies to you, check that box and file Form 2210 with your tax return.

1 Check whichever boxes apply (if none apply, see the **Note** above):

a ☐ You request a **waiver**. In certain circumstances, the IRS will waive all or part of the penalty. See **Waiver of Penalty** on page 1 of the instructions.

b ☐ You use the **annualized income installment method**. If your income varied during the year, this method may reduce the amount of one or more required installments. See page 4 of the instructions.

c ☐ You had Federal income tax withheld from wages and, for estimated tax purposes, you treat the withheld tax as paid on the dates it was actually withheld, instead of in equal amounts on the payment due dates. See the instructions for line 22 on page 3.

d ☐ Your required annual payment (line 13 below) is based on your 1996 tax and you filed or are filing a joint return for either 1996 or 1997 but not for both years.

## Part II Required Annual Payment

| Line | Description | | Amount |
|---|---|---|---|
| 2 | Enter your 1997 tax after credits (see page 2 of the instructions). **Caution:** Also see page 2 for a special rule if claiming the research credit | 2 | 2,740 |
| 3 | Other taxes (see page 2 of the instructions) | 3 | |
| 4 | Add lines 2 and 3 | 4 | 2,740 |
| 5 | Earned income credit | 5 | |
| 6 | Credit for Federal tax paid on fuels | 6 | |
| 7 | Add lines 5 and 6 | 7 | |
| 8 | Current year tax. Subtract line 7 from line 4 | 8 | 2,740 |
| 9 | Multiply line 8 by 90% (.90) | 9 | 2,466 |
| 10 | Withholding taxes. **Do not** include any estimated tax payments on this line (see page 2 of the instructions) | 10 | |
| 11 | Subtract line 10 from line 8. If less than $500, stop here; **do not** complete or file this form. You do not owe the penalty | 11 | 2,740 |
| 12 | Enter the tax shown on your 1996 tax return (110% of that amount if the adjusted gross income shown on that return is more than $150,000, or if married filing separately for 1997, more than $75,000). **Caution:** See page 2 of the instructions | 12 | 4,56[illegible] |
| 13 | **Required annual payment.** Enter the **smaller** of line 9 or line 12 | 13 | 2,46[illegible] |

**Note:** If line 10 is equal to or more than line 13, stop here; you do not owe the penalty. Do not file Form 2210 unless you checked box 1d above.

## Part III Short Method

(**Caution:** See page 2 of the instructions to find out if you can use the short method. If you checked box **1b** or **c** in Part I, skip this part and go to Part IV.)

| Line | Description | | Amount |
|---|---|---|---|
| 14 | Enter the amount, if any, from line 10 above | 14 | |
| 15 | Enter the total amount, if any, of estimated tax payments you made | 15 | |
| 16 | Add lines 14 and 15 | 16 | |
| 17 | **Total underpayment for year.** Subtract line 16 from line 13. If zero or less, stop here; you do not owe the penalty. Do not file Form 2210 unless you checked box 1d above | 17 | 2,46[illegible] |
| 18 | Multiply line 17 by .05986 | 18 | 14[illegible] |
| 19 | • If the amount on line 17 was paid **on or after** 4/15/98, enter -0-.<br>• If the amount on line 17 was paid **before** 4/15/98, make the following computation to find the amount to enter on line 19. Amount on line 17 X Number of days paid before 4/15/98 X .00025 | 19 | |
| 20 | **PENALTY.** Subtract line 19 from line 18. Enter the result here and on Form 1040, line 65; Form 1040A, line 34; Form 1040NR, line 65; Form 1040NR-EZ, line 26; or Form 1041, line 27 ▶ | 20 | 14[illegible] |

KBA **For Paperwork Reduction Act Notice, see page 1 of separate instructions.**

Form 2210 (199[illegible])



Form Software Copyright 1996 H&R Block Tax Services, Inc.

**SCHEDULE A (Form 1040)**
Department of the Treasury Internal Revenue Service (99)

# Schedule A—Itemized Deductions

▶ Attach to Form 1040. ▶ See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074
**1997**
Attachment Sequence No. 07

Name(s) shown on Form 1040: JOSE G & LORRAINE SERRANO
Your social security number: 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

| Section | Line | Description | Box | Amount | Box | Total |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) ▶ | 1 | 1,883. | | |
| | 2 | Enter amount from Form 1040, line 33 [2] 17,122. | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 1,284. | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 599. |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes | 5 | 720. | | |
| | 6 | Real estate taxes (see page A-2) ▶ | 6 | 2,353. | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 3,073. |
| **Interest You Paid** (See page A-2.) Note: Personal interest is not deductible. | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 15,408. | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | 12 | | | |
| | 13 | Investment interest. Attach form 4952, if required. (See page A-3) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | 15,408. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see page A-3. | 15 | Gifts by cash or check ▶ | 15 | 260. | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see page A-3. You MUST attach Form 8283 if over $500 | 16 | 125. | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 385. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-4.) | | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page A-5 for expenses to deduct here.) | 20 | Unreimbursed employee expenses. Attach Form 2106 or 2106-EZ if required. | 20 | | | |
| | 21 | Tax preparation fees | 21 | | | |
| | 22 | Other expenses ▶ | 22 | | | |
| | 23 | Add lines 20 through 22 | 23 | | | |
| | 24 | Enter amount from Form 1040, line 33 [24] | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other - from list on page A-5. List type and amount ▶ | | | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 33, over $121,200 (over $60,600 if married filing separately)? NO. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 35, the larger of this amount or your standard deduction. YES. Your deduction may be limited. See page A-5 for the amount to enter. ▶ | | | 28 | 19,465. |

KBA For Paperwork Reduction Act Notice, see Form 1040 Instructions. Schedule A (Form 1040) 1997

Sch A-1040 (1997) FDA-1V 1.14

Form Software Copyright 1996 H&R Block Tax Services, Inc.

**Schedule C (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Profit or Loss From Business

(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065.

▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**1997**

Attachment Sequence No. 09

Name of proprietor: JOSE G SERRANO

Social security number (SSN): 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

A Principal business or profession, including product or service (see page C-1): TRUCKING : SERVICE

B Enter principal business code (see page C-6) ▶ 6338

C Business name. If no separate business name, leave blank.: JOSE G SERRANO

D Employer ID number (EIN), if any

E Business address (including suite or room no.) ▶ 2515 S EUCLID
City, town or post office, state, and ZIP code: BERWYN, IL 60402

F Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

G Did you "materially participate" in the operation of this business during 1997? If "No," see page C-2 for limit on losses . . . ☒ Yes ☐ No

H If you started or acquired this business during 1997, check here ▶ ☐

## Part I Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution:** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here ▶ ☐ | 1 | 75,595 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 75,595 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 75,595 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-2) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 75,595 |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19 | Pension and profit-sharing plans | 19 | |
| 9 | Bad debts from sales or services (see page C-3) | 9 | | 20 | Rent or lease (see page C-4): | | |
| 10 | Car and truck expenses (see page C-3) | 10 | 52,963. | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Commissions and fees | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not incl. in Part III) (see page C-3) | 13 | 4,781. | 22 | Supplies (not included in Part III) | 22 | 1,538 |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 23 | Taxes and licenses | 23 | |
| 15 | Insurance (other than health) | 15 | | 24 | Travel, meals, and entertainment: | | |
| 16 | Interest: | | | a | Travel | 24a | |
| a | Mortgage (paid to banks, etc.) | 16a | | b | Meals and entertainment: 1,967. | | |
| b | Other | 16b | | c | Enter 50% of line 24b subject to limitations (see pg. C-4): 983. | | |
| 17 | Legal and professional services | 17 | | d | Subtract line 24c from line 24b | 24d | 984 |
| 18 | Office expense | 18 | | 25 | Utilities | 25 | |
| | | | | 26 | Wages (less employment credits) | 26 | |
| | | | | 27 | Other expenses (from line 48 on page 2) | 27 | 6,810 |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 67,076 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | 8,519 |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2** (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3. • If a loss, you MUST go on to line 32. | 31 | 8,519 |

32 If you have a loss, check the box that describes your investment in this activity (see page C-5).
• If you checked 32a, enter the loss on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2** (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you MUST attach **Form 6198.**

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

KBA **For Paperwork Reduction Act Notice, see Form 1040 Instructions.** Schedule C (Form 1040) 1997


Form Software Copyright 1996 H&R Block Tax Services, Inc.

Schedule C (Form 1040) 1997 JOS G SERRANO 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 Page 2

**Part III** **Cost of Goods Sold** (see page C-5)

33 Method(s) used to value closing inventory: a ☐ Cost b ☐ Lower of cost or market c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . ☐ Yes ☐ No

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 Purchases less cost of items withdrawn for personal use | 36 | |
| 37 Cost of labor. Do not include salary paid to yourself | 37 | |
| 38 Materials and supplies | 38 | |
| 39 Other costs | 39 | |
| 40 Add lines 35 through 39 | 40 | |
| 41 Inventory at end of year | 41 | |
| 42 **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | |

**Part IV** **Information on Your Vehicle.** Complete this part ONLY if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-3 to find out if you must file.

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ ____________

44 Of the total number of miles you drove your vehicle during 1997, enter the number of miles you used your vehicle for:

a Business ____________ b Commuting ____________ c Other ____________

45 Do you (or your spouse) have another vehicle available for personal use? ☐ Yes ☐ No

46 Was your vehicle available for use during off-duty hours? ☐ Yes ☐ No

47a Do you have evidence to support your deduction? ☐ Yes ☐ No

b If "Yes," is the evidence written? ☐ Yes ☐ No

**Part V** **Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | | |
|---|---|---|
| RADIO | | 850. |
| HIGHWAY TAX | | 550. |
| TELEPHONE | | 1,949. |
| UNIFORM AND CLEANING | | 2,409. |
| SAFETY EQUIPMENT | | 843. |
| PHYSICAL | | 209. |
| | | |
| | | |
| | | |
| 48 **Total other expenses.** Enter here and on page 1, line 27 | 48 | 6,810. |

KBA Schedule C (Form 1040) 1997

Sch C-1040 (1997) FDC-2V 1.16

Form Software Copyright 1996 H&R Block Tax Services, Inc.

**Schedule C (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Profit or Loss From Business

(Sole Proprietorship)

▶ Partnerships, joint ventures, etc., must file Form 1065.

▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

1997

Attachment Sequence No. 09

Name of proprietor: LORRAINE SERRANO

Social security number (SSN): 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

A Principal business or profession, including product or service (see page C-1): TRUCKING : SERVICE

B Enter principal business code (see page C-6) ▶ 6338

C Business name. If no separate business name, leave blank. LORRAINE SERRANO

D Employer ID number (EIN), if any

E Business address (including suite or room no.) ▶ 2515 S EUCLID
City, town or post office, state, and ZIP code: BERWYN, IL 60402

F Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶

G Did you "materially participate" in the operation of this business during 1997? If "No," see page C-2 for limit on losses . . . ☒ Yes ☐ No

H If you started or acquired this business during 1997, check here ▶ ☐

## Part I Income

| Line | Description | Box | Amount |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution:** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-2 and check here ▶ ☐ | 1 | 52,460 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 52,460 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 52,460 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-2) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 52,460 |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| Line | Description | Box | Amount |
|---|---|---|---|
| 8 | Advertising | 8 | |
| 9 | Bad debts from sales or services (see page C-3) | 9 | |
| 10 | Car and truck expenses (see page C-3) | 10 | 25,676. |
| 11 | Commissions and fees | 11 | |
| 12 | Depletion | 12 | |
| 13 | Depreciation and section 179 expense deduction (not incl. in Part III) (see page C-3) | 13 | 4,908. |
| 14 | Employee benefit programs (other than on line 19) | 14 | |
| 15 | Insurance (other than health) | 15 | |
| 16 | Interest: | | |
| a | Mortgage (paid to banks, etc.) | 16a | |
| b | Other | 16b | |
| 17 | Legal and professional services | 17 | |
| 18 | Office expense | 18 | |
| 19 | Pension and profit-sharing plans | 19 | |
| 20 | Rent or lease (see page C-4): | | |
| a | Vehicles, machinery, and equipment | 20a | |
| b | Other business property | 20b | |
| 21 | Repairs and maintenance | 21 | |
| 22 | Supplies (not included in Part III) | 22 | 864 |
| 23 | Taxes and licenses | 23 | |
| 24 | Travel, meals, and entertainment: | | |
| a | Travel | 24a | |
| b | Meals and entertainment | | 849. |
| c | Enter 50% of line 24b subject to limitations (see pg. C-4) | | 424. |
| d | Subtract line 24c from line 24b | 24d | 425 |
| 25 | Utilities | 25 | |
| 26 | Wages (less employment credits) | 26 | |
| 27 | Other expenses (from line 48 on page 2) | 27 | 9,719 |

| Line | Description | Box | Amount |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 41,592 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | 10,868 |
| 30 | Expenses for business use of your home. Attach Form 8829 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2** (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3. • If a loss, you MUST go on to line 32. | 31 | 10,868 |

32 If you have a loss, check the box that describes your investment in this activity (see page C-5).
- If you checked 32a, enter the loss on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2** (statutory employees, see page C-5). Estates and trusts, enter on Form 1041, line 3.
- If you checked 32b, you MUST attach **Form 6198.**

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

KBA For Paperwork Reduction Act Notice, see Form 1040 instructions. Schedule C (Form 1040) 1997


Form Software Copyright 1996 H&R Block Tax Services, Inc.

Schedule C (Form 1040) 1997 LO[illegible]AINE SERRANO 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 Page 2

## Part III Cost of Goods Sold (see page C-5)

33 Method(s) used to value closing inventory: a ☐ Cost b ☐ Lower of cost or market c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

| | | |
|---|---|---|
| 35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 Purchases less cost of items withdrawn for personal use | 36 | |
| 37 Cost of labor. Do not include salary paid to yourself | 37 | |
| 38 Materials and supplies | 38 | |
| 39 Other costs | 39 | |
| 40 Add lines 35 through 39 | 40 | |
| 41 Inventory at end of year | 41 | |
| 42 **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | |

## Part IV Information on Your Vehicle.

Complete this part ONLY if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-3 to find out if you must file.

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ ____________

44 Of the total number of miles you drove your vehicle during 1997, enter the number of miles you used your vehicle for:

a Business ____________ b Commuting ____________ c Other ____________

45 Do you (or your spouse) have another vehicle available for personal use? ☐ Yes ☐ No

46 Was your vehicle available for use during off-duty hours? ☐ Yes ☐ No

47a Do you have evidence to support your deduction? ☐ Yes ☐ No

b If "Yes," is the evidence written? ☐ Yes ☐ No

## Part V Other Expenses.

List below business expenses not included on lines 8–26 or line 30.

| | | |
|---|---|---|
| SAFETY EQUIPMENT | | 674 |
| UNIFORM AND CLEANING | | 2,258 |
| PHYSICAL | | 209 |
| HIGHWAY TAX | | 550 |
| RADIO | | 850 |
| TELEPHONE | | 2,767 |
| SUB CONTRACTOR | | 2,411 |
| | | |
| | | |
| | | |
| 48 **Total other expenses.** Enter here and on page 1, line 27 | 48 | 9,71[illegible] |

Schedule C (Form 1040) 1997

KBA

Sch C-1040 (1997) FDC-2V 1.16

Form Software Copyright 1996 H&R Block Tax Services, Inc.

**SCHEDULE SE (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Self-Employment Tax

▶ See Instructions for Schedule SE (Form 1040).

▶ Attach to Form 1040.

OMB No. 1545-0074

**1997**

Attachment Sequence No. **17**

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person with **self-employment** income ▶ |
|---|---|
| LORRAINE SERRANO | 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 |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **OR**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See page SE-1.

**Note:** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE. See page SE-3.

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 47.

## May I Use Short Schedule SE or MUST I Use Long Schedule SE?

DID YOU RECEIVE WAGES OR TIPS IN 1997?

No ↓

Are you a minister, member of a religious order, or Christian Science practitioner who received IRS approval **not** to be taxed on earnings from these sources, **but** you owe self-employment tax on other earnings? — Yes →

No ↓

Are you using one of the optional methods to figure your net earnings (see page SE-3)? — Yes →

No ↓

Did you receive church employee income reported on Form W-2 of $108.28 or more? — Yes →

No ↓

YOU MAY USE SHORT SCHEDULE SE BELOW

Yes ↓

Was the total of your wages and tips subject to social security or railroad retirement tax **plus** your net earnings from self-employment more than $65,400? — Yes →

No ↓

Did you receive tips subject to social security or Medicare tax that you **did not** report to your employer? — Yes → ; No ← (back to the minister question)

YOU MUST USE LONG SCHEDULE SE ON PAGE TWO

## Section A — Short Schedule SE. Caution: Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| **1** | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a | 1 | |
| **2** | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; and Schedule K-1 (Form 1065), line 15a (other than farming). Ministers and members of religious orders see page SE-1 for amounts to report on this line. See page SE-2 for other income to report | 2 | 10,868. |
| **3** | Combine lines 1 and 2 | 3 | 10,868. |
| **4** | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax ▶ | 4 | 10,037. |
| **5** | **Self-employment tax.** If the amount on line 4 is:<br>• $65,400 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 47.**<br>• More than $65,400, multiply line 4 by 2.9% (.029). Then, add $8,109.60 to the result. Enter the total here and on **Form 1040, line 47.** | 5 | 1,536. |
| **6** | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 26** — 6: 768. | | |

KBA **For Paperwork Reduction Act Notice, see Form 1040 instructions.** **Schedule SE (Form 1040) 1997**

Sch SE-1040 (1997) FDSE-1V 1.14

Form Software Copyright 1996 H&R Block Tax Services, Inc.

**SCHEDULE SE (Form 1040)**

Department of the Treasury Internal Revenue Service (99)

# Self-Employment Tax

▶ See Instructions for Schedule SE (Form 1040).

▶ Attach to Form 1040.

OMB No. 1545-0074

**1997**

Attachment Sequence No. **17**

| Name of person with **self-employment** income (as shown on Form 1040) | Social security number of person with **self-employment** income ▶ |
|---|---|
| JOSE G SERRANO | 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 |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **OR**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income. See page SE-1.

**Note:** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE. See page SE-3.

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt-Form 4361" on Form 1040, line 47.

## May I Use Short Schedule SE or MUST I Use Long Schedule SE?

**DID YOU RECEIVE WAGES OR TIPS IN 1997?**

No → Are you a minister, member of a religious order, or Christian Science practitioner who received IRS approval **not** to be taxed on earnings from these sources, **but** you owe self-employment tax on other earnings? — Yes → YOU MUST USE LONG SCHEDULE SE ON PAGE TWO; No ↓

Are you using one of the optional methods to figure your net earnings (see page SE-3)? — Yes → YOU MUST USE LONG SCHEDULE SE ON PAGE TWO; No ↓

Did you receive church employee income reported on Form W-2 of $108.28 or more? — Yes → YOU MUST USE LONG SCHEDULE SE ON PAGE TWO; No ↓

YOU MAY USE SHORT SCHEDULE SE BELOW

Yes → Was the total of your wages and tips subject to social security or railroad retirement tax **plus** your net earnings from self-employment more than $65,400? — Yes → YOU MUST USE LONG SCHEDULE SE ON PAGE TWO; No ↓

Did you receive tips subject to social security or Medicare tax that you **did not** report to your employer? — Yes → YOU MUST USE LONG SCHEDULE SE ON PAGE TWO; No → (back to minister question)

YOU MUST USE LONG SCHEDULE SE ON PAGE TWO

## Section A — Short Schedule SE. **Caution:** Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; and Schedule K-1 (Form 1065), line 15a (other than farming). Ministers and members of religious orders see page SE-1 for amounts to report on this line. See page SE-2 for other income to report | 2 | 8,519. |
| 3 | Combine lines 1 and 2 | 3 | 8,519. |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax ▶ | 4 | 7,867. |
| 5 | **Self-employment tax.** If the amount on line 4 is: • $65,400 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 47.** • More than $65,400, multiply line 4 by 2.9% (.029). Then, add $8,109.60 to the result. Enter the total here and on **Form 1040, line 47.** | 5 | 1,204. |
| 6 | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 26** — 6 — 602. | | |

KBA **For Paperwork Reduction Act Notice, see Form 1040 instructions.** Schedule SE (Form 1040) 1997

Sch SE-1040 (1997) FDSE-1V 1.14

Form Software Copyright 1996 H&R Block Tax Services, Inc.

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

# Depreciation and Amortization
## (Including Information on Listed Property)

▶ See separate instructions. ▶ Attach this form to your return.

OMB No. 1545-0172
**1997**
Attachment Sequence No. 67

Name(s) shown on return: JOSE G & LORRAINE SERRANO
Business or activity to which this form relates: SCH C JOSE G SERRANO TRUCKING
Identifying number: 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

**Part I** **Election to Expense Certain Tangible Property (Section 179)** (Note: If you have any "listed property," complete Part V before you complete Part I.)

| | | | |
|---|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see page 2 of the instructions | 1 | $ 18,000 |
| 2 | Total cost of section 179 property placed in service. See page 2 of the instructions | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions | 5 | |

| | (a) Description of property | (b) Cost (business use only) | (c) Elected Cost |
|---|---|---|---|
| 6 | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter amount from line 27 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from 1996. See page 3 of the instructions | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 1998. Add lines 9 and 10, less line 12 ▶ | 13 | |

**Note:** Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

**Part II** **MACRS Depreciation For Assets Placed in Service ONLY During Your 1997 Tax Year (Do Not Include Listed Property.)**

**Section A – General Asset Account Election**

14 If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See page 3 of the instructions ▶ ☐

**Section B – General Depreciation System (GDS)** (See page 3 of the instructions.)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15 a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C – Alternative Depreciation System (ADS)** (See page 6 of the instructions.)

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

**Part III** **Other Depreciation (Do Not Include Listed Property.)** (See page 6 of the instructions.)

| | | | |
|---|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 1997 | 17 | |
| 18 | Property subject to section 168(f)(1) election | 18 | |
| 19 | ACRS and other depreciation | 19 | |

**Part IV** **Summary** (See page 7 of the instructions.)

| | | | |
|---|---|---|---|
| 20 | Listed property. Enter amount from line 26 | 20 | 4,78 |
| 21 | **Total.** Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 21 | 4,78 |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | |

KBA **For Paperwork Reduction Act Notice, see page 1 of the separate instructions.** Form 4562 (199


Form Software Copyright 1996 H&R Block Tax Services, Inc.

Illinois Department Revenue

# IL-2210 Computation of Penalties for Individuals 1997

## Should I complete this form?

You may complete this form if you

- did not make the required estimated payments by the installment due dates;
- have unpaid tax after April 15, 1998; or
- are filing Form IL-1040 after October 15, 1998.

However, we encourage you to let us calculate your penalties.

## Step 1: Complete the following information.

1 This form is for 19 97 calendar year or for fiscal year beginning ____________, 19____, and ending ____________, 19____.

2 Write your name as it appears on Form IL-1040. 2 JOSE G SERRANO

3 Write your Social Security number as it appears on Form IL-1040. 3 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

4 If your prior year Form IL-1040 was filed under a different Social Security number than that shown on Line 3, write the number here. 4 ____________

## Step 2: Figure your required installment and any underpayment of estimated tax

| | | A This year | B Last year |
|---|---|---|---|
| 5 Write the amount of total income tax from each Form IL-1040. See instructions. | 5 | 454 | 82 |
| 6 Write the amount of credits from each Form IL-1040. See instructions. | 6 | 118 | |
| 7 Subtract Line 6 from Line 5. | 7 | 336 | 82 |
| 8 Multiply Column A, Line 7 by 90% (.9). | 8 | 302 | |
| 9 If Column A, Line 7 is less than $250, write "0" and go to Step 4. Otherwise, write the lesser of Column A, Line 8, or Column B, Line 7 and continue with Line 10. | 9 | 302 | |

| | | Quarter 1 April 15, 1997 | Quarter 2 June 16, 1997 | Quarter 3 September 15, 1997 | Quarter 4 January 15, 1998 |
|---|---|---|---|---|---|
| 10 Write the required installment. See instructions. | 10 | 76 | 76 | 76 | 7 |
| 11 Write the amount of tax paid and withheld in each quarter. See instructions. | 11 | | | | |
| 12 Subtract Line 11 from Line 10. If amount is negative, use brackets. | 12 | 76 | 76 | 76 | 7 |

## Step 3: Figure your late-payment penalty for underpayment of estimated tax

Complete Lines 13 through 17 of each quarter before proceeding to the next quarter.

| | | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 |
|---|---|---|---|---|---|
| 13 Write the amount from Line 14 of the preceding quarter. | 13 | Do not write on this line | 76 | 152 | 22 |
| 14 Add Lines 12 and 13. If amount is negative, use brackets. | 14 | 76 | 152 | 228 | 30 |
| 15 Write the lesser of Line 12 or Line 14. If this number is less than zero, write "0". | 15 | 76 | 76 | 76 | 7 |
| 16 Penalty rate is 20% (.20). | 16 | .20 | .20 | .20 | .20 |
| 17 Multiply Line 15 by Line 16. | 17 | 11 | 11 | 11 | 1 |

18 Add Quarters 1 through 4, Line 17. This total is your late payment penalty for underpayment of estimated tax. Write the total here and on your Form IL-1040, Line 27. 18 4

**If you have any unpaid tax after April 15, 1998, or are filing Form IL-1040 after October 15, 1998, you will owe additional penalties. To figure these additional penalties, go to on Page 2, Step 4.**


Form Software Copyright 1996 H&R Block Tax Services, Inc.

Form 4562 (1997) JOSE G & [illegible]RRAINE SERRANO 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 Page 2

**Part V** **Listed Property—[illegible]omobiles, Certain Other Vehicles, Cellula[illegible]lephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement**

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A–Depreciation and Other Information (Caution:** See page 8 of the instructions for limits for passenger automobiles.)

23a Do you have evidence to support the business/investment use claimed? ☒ Yes ☐ No 23b If "Yes," is the evidence written? ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **24** Property used more than 50% in a qualified business use (See page 7 of the instructions.): | | | | | | | | |
| 91 MACK TRU | 09/15/94 | 100.0% | 41,500 | 41,500 | 5 | 200DBHY | 4,781 | |
| | | % | | | | | | |
| | | % | | | | | | |
| **25** Property used 50% or less in a qualified business use (See page 7 of the instructions.): | | | | | | | | |
| | | % | | | | S/L– | | |
| | | % | | | | S/L– | | |
| | | % | | | | S/L– | | |

26 Add amounts in column (h). Enter the total here and on line 20, page 1 . . . 26 | 4,781

27 Add amounts in column (i). Enter the total here and on line 7, page 1 . . . 27 |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 Total business/investment miles driven during the year (DO NOT include commuting miles) | | | | | | | | | | | | |
| 29 Total commuting miles driven during the year | | | | | | | | | | | | |
| 30 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 31 Total miles driven during the year. Add lines 28 through 30 | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 32 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 33 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 34 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C— Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are **not** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 35 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 36 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 9 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 37 Do you treat all use of vehicles by employees as personal use? | | |
| 38 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 39 Do you meet the requirements concerning qualified automobile demonstration use? See page 9 of the instructions | | |

**Note:** If your answer to 35, 36, 37, 38 or 39 is "Yes," you need not complete Section B for the covered vehicles.

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **40** Amortization of costs that begins during your 1997 tax year: | | | | | |
| | | | | | |
| | | | | | |

41 Amortization of costs that began before 1997 . . . 41 |

42 **Total.** Enter here and on "Other Deductions" or "Other Expenses" line of your return . . . 42 |

KBA Form 4562 (1997)

**Form 4562 (1997)** FD4562-2V 1.5

Form Software Copyright 1996 H&R Block Tax Services, Inc.

Form **4562**

Department of the Treasury
Internal Revenue Service (99)

# Depreciation and Amorti[illegible]ion
(Including Information on Listed Pro[illegible]y)

▶ See separate instructions. ▶ Attach this form to your return.

OMB No. 1545-0172

**1997**

Attachment Sequence No. 67

Name(s) shown on return: JOSE G & LORRAINE SERRANO

Business or activity to which this form relates: SCH C LORRAINE SERRANO TRUCKIN

Identifying number: 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

## Part I Election to Expense Certain Tangible Property (Section 179) (Note: If you have any "listed property," complete Part V before you complete Part I.)

| | | | |
|---|---|---|---|
| 1 | Maximum dollar limitation. If an enterprise zone business, see page 2 of the instructions | 1 | $ 18,000 |
| 2 | Total cost of section 179 property placed in service. See page 2 of the instructions | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see page 2 of the instructions | 5 | |

| | (a) Description of property | (b) Cost (business use only) | (c) Elected Cost |
|---|---|---|---|
| 6 | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter amount from line 27 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from 1996. See page 3 of the instructions | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 1998. Add lines 9 and 10, less line 12 ▶ | 13 | |

**Note:** Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

## Part II MACRS Depreciation For Assets Placed in Service ONLY During Your 1997 Tax Year (Do Not Include Listed Property.)

### Section A - General Asset Account Election

14 If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See page 3 of the instructions ▶ ☐

### Section B - General Depreciation System (GDS) (See page 3 of the instructions.)

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15 a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C - Alternative Depreciation System (ADS) (See page 6 of the instructions.)

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

## Part III Other Depreciation (Do Not Include Listed Property.) (See page 6 of the instructions.)

| | | | |
|---|---|---|---|
| 17 | GDS and ADS deductions for assets placed in service in tax years beginning before 1997 | 17 | |
| 18 | Property subject to section 168(f)(1) election | 18 | |
| 19 | ACRS and other depreciation | 19 | |

## Part IV Summary (See page 7 of the instructions.)

| | | | |
|---|---|---|---|
| 20 | Listed property. Enter amount from line 26 | 20 | 4,908 |
| 21 | Total. Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 21 | 4,908 |
| 22 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | |

KBA **For Paperwork Reduction Act Notice, see page 1 of the separate instructions.** Form 4562 (1997)


Form Software Copyright 1996 H&R Block Tax Services, Inc.

Form 4562 (1997) JOSE G & ORRAINE SERRANO 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 Page 2

**Part V** **Listed Property—Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement**

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A–Depreciation and Other Information (Caution:** See page 8 of the instructions for limits for passenger automobiles.)

23a Do you have evidence to support the business/investment use claimed? ☒ Yes ☐ No **23b** If "Yes," is the evidence written? ☒ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **24** Property used more than 50% in a qualified business use (See page 7 of the instructions.): | | | | | | | | |
| 86 MACK | 03/15/94 | 100.0% | 42,600 | 42,600 | 5 | 200DBHY | 4,908 | |
| | | % | | | | | | |
| | | % | | | | | | |
| **25** Property used 50% or less in a qualified business use (See page 7 of the instructions.): | | | | | | | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |

26 Add amounts in column (h). Enter the total here and on line 20, page 1 . . . . . **26** 4,908

27 Add amounts in column (i). Enter the total here and on line 7, page 1 . . . . . **27**

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 Total business/investment miles driven during the year (DO NOT include commuting miles) | | | | | | | | | | | | |
| 29 Total commuting miles driven during the year | | | | | | | | | | | | |
| 30 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 31 Total miles driven during the year. Add lines 28 through 30 | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 32 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 33 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 34 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C— Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are **not** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 35 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 36 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See page 9 of the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 37 Do you treat all use of vehicles by employees as personal use? | | |
| 38 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 39 Do you meet the requirements concerning qualified automobile demonstration use? See page 9 of the instructions | | |

**Note:** If your answer to 35, 36, 37, 38 or 39 is "Yes," you need not complete Section B for the covered vehicles.

**Part VI** **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **40** Amortization of costs that begins during your 1997 tax year: | | | | | |
| | | | | | |
| | | | | | |
| **41** Amortization of costs that began before 1997 | | | | **41** | |
| **42** **Total.** Enter here and on "Other Deductions" or "Other Expenses" line of your return | | | | **42** | |

Form 4562 (1997)

KBA

Form 4562 (1997) FD4562-2V 1.5

Form Software Copyright 1996 H&R Block Tax Services, Inc.

Supporting Schedules

199

Name: JOSE G & LORRAINE SERRANO

SSN: 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

Schedule A
Line 15 - Gifts by Cash or Check

| escription | Amount |
|---|---|
| MISCELLANEOUS CHARITIES | 260 |
| Total | 260 |

Schedule A
Line 16 - Gifts by Other Than Cash or Check

| Description | Amount |
|---|---|
| USED CLOTHING | 125 |
| Total | 125 |

# Illinois Individual Incor Tax Return 1997
## IL-1040

or fiscal year ending 97

Do not write above this line.

PLACE LABEL HERE

JOSE G — Your first name and initial
LORRAINE — Spouse's first name (and last name if different)
SERRANO — Your last name
2515 S EUCLID — Mailing address
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 — Your Social Security number
BERWYN — City | IL — State | 60402 — ZIP
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 — Spouse's Social Security number

**EXEMPTIONS**

See instructions before completing this section.

a How many exemptions did you claim on your 1997 federal return? **a** 2
b If you are a dependent claimed on another person's return, see instructions. **b** 0
c Check if in 1997 you were ☐ 65 or older ☐ legally blind — Check if in 1997 your spouse was ☐ 65 or older ☐ legally blind
Write on this line the number of boxes you checked in Section c. **c** 0
d **Total exemptions.** – Add Lines a, b, and c. **d** 2

**FILING STATUS** — You must check one box.
☐ Single or head of household
☒ Married filing jointly
☐ Married filing separately
☐ Widowed

**FARMERS** — If at least two thirds of your total gross income came from farming, check box. → ☐

e While an Illinois resident during 1997, did you or your spouse earn employee compensation in either of the following states?
Indiana ☐ you – amount earned $ ______ ☐ spouse – amount earned $ ______
Wisconsin ☐ you – amount earned $ ______ ☐ spouse – amount earned $ ______

ATTACH COPY OF FORMS W-2, W-2G & 1099R HERE

**INCOME**

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Adjusted gross income (U.S. 1040, Line 32; U.S. 1040A, Line 16; or U.S. 1040EZ, Line 4) | | 17,12 |
| 2 | Federally tax-exempt interest income (U.S. 1040 or 1040A, Line 8b) | | |
| 3 | Other additions (See instructions and specify.) | | |
| 4 | Total income – Add Lines 1, 2, and 3. | | 17,12 |

**SUBTRACTIONS**

| Line | Description | | Amount |
|---|---|---|---|
| 5 | Federally taxed retirement and Social Security (Attach copy of U.S. 1040 or 1040A.) | | |
| 6 | Military pay earned while a resident and included in Line 1. | | |
| 7 | Illinois Income Tax refund included on U.S. 1040, Line 10 (U.S. 1040A and EZ filers, write "0".) | | |
| 8 | U.S. government obligations (If more than $400, attach copy of U.S. 1040, Schedule B.) | | |
| 9 | Other subtractions (See instructions and specify.) Do not include out-of-state income. | | |
| 10 | Total subtractions – Add Lines 5, 6, 7, 8, and 9. | | |
| 11 | Base income – Subtract Line 10 from Line 4. | | 17,12 |

**NET INCOME**

Illinois residents continue to Line 12. Check if you were a nonresident ☐ or part-year resident ☐
Attach Schedule NR. Write amount from Schedule NR, Part 1, Line 1, here: ______ . Then skip to Line 14.

| Line | Description | | Amount |
|---|---|---|---|
| 12 | Write total exemptions from Line d of Exemptions section above. 2 Multiply by $1,000. | | 2,00 |
| 13 | Net income – Subtract Line 12 from Line 11. | | 15,12 |

**TAX & CONTRIBUTIONS**

| Line | Description | | Amount |
|---|---|---|---|
| 14 | Tax – Residents, multiply Line 13 by 3% (.03). Others, write the amount from Schedule NR, Part 1, Line 7. | | 45 |
| 15 | Voluntary contributions – Any donation will reduce your refund or increase the amount you owe. | | |

Wildlife Preservation a) ______ Homeless Assistance d) ______ Children's Cancer g) ______
Child Abuse Prevention b) ______ Breast Cancer Research e) ______ American Diabetes h) ______
Alzheimer's Research c) ______ Mental Health Research f) ______ Total contributions **15** ______

| Line | Description | | Amount |
|---|---|---|---|
| 16 | Total tax and contributions – Add Lines 14 and 15. | | 45 |

**PAYMENTS & CREDITS**

| Line | Description | | Amount |
|---|---|---|---|
| 17 | **Illinois Income Tax withheld** (Attach copy of all W-2 forms) | | |
| 18 | Estimated payments (IL-1040-ES, IL-505-I, and 1996 overpayment credit) | | |
| 19 | Credit for tax paid to other states (Line 8 of attached Schedule CR) | | |
| 20 | Credit for Illinois Property Tax from worksheet on page 2 — 2,353. Write Line 3 of worksheet. | 118 | |
| 21 | Tax credits from attached Schedule 1299-C, Section II, Part VIII, Line 41 | | |
| 22 | Total payments and credits – Add Lines 17, 18, 19, 20, and 21. | | 11 |

**REFUND**

| Line | Description | | Amount |
|---|---|---|---|
| 23 | Overpayment – If Line 22 is greater than Line 16, subtract Line 16 from Line 22. | | |
| 24 | Amount of overpayment you want credited to next year's estimated tax | | |
| 25 | **Amount of refund.** Subtract Line 24 from Line 23. | | |

**PAY**

| Line | Description | | Amount |
|---|---|---|---|
| 26 | Amount you owe – If Line 16 is greater than Line 22, subtract Line 22 from Line 16. | | 33 |
| 27 | If you completed Form IL-2210, write your penalty here. If you completed Step 5 of IL-2210, check box ▶ ☐ | | 4 |
| 28 | Total amount due – Add Lines 26 and 27. | | 38 |

MAKE REMITTANCE PAYABLE TO ILLINOIS DEPARTMENT OF REVENUE. WRITE YOUR SOCIAL SECURITY NUMBER ON YOUR PAYMENT.

Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

**Sign here**

Your signature ______ Date ______ (708) 484-2097 Daytime phone number — Spouse's signature ______ Date ______

H AND R BLOCK — Paid preparer's signature | 3/19/98 — Date | (773) 650-1289 — Preparer's phone number | 43-1632899 — Paid preparer's FEIN or SSN

▶ If you use a tax preparer and do not wish to receive a booklet next year, check here. ☒ ◀
**Mail this return to:** Illinois Department of Revenue, Springfield, IL 62719-0001

AP ______ DR ______ NR ME ZZ SE WS WA RX NS MR DC TR SA ______ ID

Form 1040 (1997) IL1040-1V 1.5
Form Software Copyright 1996 H&R Block Tax Services, Inc.

JOSE G & LORRAINE SERRANO
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

**Be sure to attach the following supporting documents:**

Line 5 – U.S. 1040 or U.S. 1040A, Schedule 1; U.S. 1040, Schedule D, Pages 1 and 2; and Form IL-4562, if applicable
Line 6 – Form W-2 showing active duty military pay
Line 8 – U.S. 1040, Schedule B, or U.S. 1040A, Schedule 1, identifying each U.S. government obligation separately; and a copy of any statement received from a mutual fund
Line 9 – For enterprise zone or foreign trade zone/sub-zone dividends, attach Illinois Schedule 1299-C.
For recovery amounts, attach U.S. 1040, all pertinent U.S. schedules, and prior year's U.S. Schedule A.
For partnership, S corporation, estate, and trust subtractions, attach the notification furnished.
For August 1, 1969, valuation limitation amounts, attach Illinois Schedule F and any required forms or schedules.
Line 14 – Nonresidents and part-year residents, attach Illinois Schedule NR.
For recapture of investment credits, attach Schedule 4255.
Line 17 – All W-2 forms – all 1099-R forms showing Illinois state tax withheld
Line 19 – Illinois Schedule CR, copies of out-of-state income tax returns, and supporting documents
Line 20 – Homeowner's Property Tax Credit Worksheet
Line 21 – Illinois Schedule 1299-C
Line 27 – Form Il-2210

**If you do not attach the required supporting documents, your entry will be disallowed, and any refund you are entitled to will be delayed.**

## Homeowner's Property Tax Credit Worksheet (Must be filed with Form IL-1040)

You must complete this worksheet if you qualify for the Illinois Property Tax credit. See instructions for Line 20 in the booklet.

| | | | |
|---|---|---|---|
| 1 | Write the total amount of Illinois Property Tax paid in 1997 for the real estate that includes your principal residence. | 1 | 2,353 |
| 2 | Write the portion of your tax bill that is deductible as a business expense on U.S. Schedule C, E, F, or other U.S. income tax forms or schedules, whether or not you actually took the federal deduction. | 2 | |
| 3 | Subtract Line 2 from Line 1. Write the amount here and **within the brackets on Form IL-1040, Line 20.** | 3 | 2,353 |
| 4 | Multiply the amount on Line 3 by 5% (.05). | 4 | 118 |
| 5 | Write the amount of income tax from your Form IL-1040, Line 14. | 5 | 454 |
| 6 | Write the amount of credit for tax paid to other states from your Form IL-1040, Line 19. | 6 | |
| 7 | Subtract Line 6 from Line 5. This is your net tax. | 7 | 454 |
| 8 | Compare the amounts on Lines 4 and 7. Write the lesser amount here and on your Form IL-1040, Line 20. | 8 | 118 |

## Schedule 4255 Recapture Worksheet (See instructions for Line 14.)

You must complete this worksheet if

- you claimed an investment credit against your Illinois Income Tax liability on your Form IL-1040 in a previous year, and
- the property considered in the computation of that investment credit was disqualified within 48 months after being placed in service.

Effective January 1, 1997, the disqualification criteria changes for the High Impact Business Investment Credit. Refer to Schedule 4255.

| | | | |
|---|---|---|---|
| 1 | Write the amount from Schedule 4255, Part IV, Line 12, Column A. | 1 | |
| 2 | Write the amount from Schedule 4255, Part IV, Line 12, Column B. | 2 | |
| 3 | Residents – Multiply the amount from Form IL-1040, Line 13, by 3% (.03).<br>Nonresidents or part-year residents – Write the amount from Schedule NR, Part I, Line 7. | 3 | |
| 4 | Add Lines 1, 2, and 3. Write the amount here and on your Form IL-1040, Line 14. | 4 | |

## Do you need assistance or more information?

We will help you complete your return. You can visit, write, or call an Illinois Department of Revenue office Monday through Friday.

WILLARD ICE BUILDING
101 WEST JEFFERSON STREET
PO BOX 19044
SPRINGFIELD IL 62794-9044
Office and phone hours: 8 a.m. until 5 p.m.

JAMES R THOMPSON CENTER
100 WEST RANDOLPH STREET
CONCOURSE LEVEL
CHICAGO IL 60601-3274
Office hours: 8:30 a.m. until 5 p.m.

Call **1 800 732-8866, 217 782-3336,** or TDD – telecommunications device for the deaf at **1 800 544-5304.**

We have extended our Springfield office and telephone hours on April 6 through April 10 from 7:30 a.m. to 6 p.m.; on April 11 from 9:00 a.m. until 2:00 p.m.; and on April 13 through 15 from 7:30 a.m. until 7:00 p.m. Our Chicago office will extend its office hours on April 13 and 14 from 7:30 a.m. until 6:00 p.m. and April 15 from 7:30 a.m. until 7:00 p.m.

If you need additional forms or schedules, visit a regional office; write to the Illinois Department of Revenue, P.O. Box 19010, Springfield, Illinois 62794-9010; call 1 800 356-6302 or Illinois Tax Fax at 217 785-3400; or visit our Web site at <www.revenue.state.il.us>. You may use our toll-free number or our Illinois Tax Fax to order forms 24 hours a day, 7 days a week.

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0065


Form Software Copyright 1996 H&R Block Tax Services, Inc.

# TRANSPOR TION AND TRAVEL FOR SC ULES C, E, AND F

Name(s) JOSE G SERRANO

SSN 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

| TRAVEL EXPENSES (other than meals) | | |
|---|---|---|
| Plane/rail fares | | |
| Car rentals/taxi/etc. | | |
| Lodging/baggage/tips | | |
| Electronic services, computer rent, etc. | | |
| Laundry/cleaning | | |
| Total | | |

Report meals, entertainment, tips and Bus. % of leased vehicle payments – inclusion amount directly on Schedule

| ACTUAL VEHICLE EXP | VEHICLE 1 | VEHICLE |
|---|---|---|
| Gas/oil/lube | 28,114 | |
| Tires/batteries/repairs/etc. | 14,093 | |
| Gar rent/auto club/cleaning | 612 | |
| Insurance/licenses | 8,507 | |
| 3. Total | 51,326 | |
| 4. Line 3 x bus % | 51,326 | |
| 5. Finance chg/interest x bus % | 1,158 | |
| 6. Pers prop tax x bus % | | |
| 7. Line 2 or line 4 whichever applicable | 51,326 | |
| 8. Parking and tolls | 479 | |
| 9. Local business transportation | | |
| Total (add lines 5-9) | 52,963 | |

| TRANSPORTATION EXP | VEHICLE 1 | VEHICLE |
|---|---|---|
| 1. Bus. miles this year/this activity | 102400 | |
| 2. Line 1 x .315 (cents) | | |

| DEPRECIATION AND MILEAGE RECORDS<br>Complete lines 19 __ through C for prior years only, and lines D, E, F, and G for the current year. | VEHICLE 1 Bus. % | Business Mileage | Depr. Actually Claimed | Other Basis Adjustment | VEHICLE Bus. % | Business Mileage | Depr. Actually Claimed | Other Basis Adjustment |
|---|---|---|---|---|---|---|---|---|
| 19 94 | 100 | 84000 | 2,415 | | | | | |
| 19 95 | 100 | 92000 | 5,025 | | | | | |
| 19 96 | 100 | 86650 | 7,968 | | | | | |
| 19 __ | | | | | | | | |
| 19 __ | | | | | | | | |
| A. Total each column (except %) | | 262650 | 15,408 | | | | | |
| B. Total miles in prior years for months of bus. use | | 262650 | | | | | | |
| C. Total business miles included in line B miles | | 262650 | | | | | | |
| D. Months of business use this year | | 12 | | | | | | |
| E. Total miles in this year for months of bus. use | | 102400 | | | | | | |
| F. Total business miles included in line E miles | | 102400 | | | | | | |
| G. Line F / line E x line D / 12 months owned in year | | 100.00 | | | | | | |

Sch C - JOSE G SERRANO; TRUCKING


Form Software Copyright 1996 H&R Block Tax Services, Inc.

# TRANSPOR TION AND TRAVEL FOR SC DULES C, E, AND F

SSN 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

Name(s) LORRAINE SERRANO

| TRAVEL EXPENSES (other than meals) | | |
|---|---|---|
| Plane/rail fares | | |
| Car rentals/taxi/etc. | | |
| Lodging/baggage/tips | | |
| Electronic services, computer rent, etc. | | |
| Laundry/cleaning | | |
| Total | | |

Report meals, entertainment, tips and Bus. % of leased vehicle payments – inclusion amount directly on Schedule

| TRANSPORTATION EXP | VEHICLE 1 | VEHICLE |
|---|---|---|
| 1. Bus. miles this year/this activity | 49850 | |
| 2. Line 1 x .315 (cents) | | |

| ACTUAL VEHICLE EXP | VEHICLE 1 | VEHICLE |
|---|---|---|
| Gas/oil/lube | 11,634 | |
| Tires/batteries/repairs/etc. | 8,304 | |
| Gar rent/auto club/cleaning | 503 | |
| Insurance/licenses | 5,000 | |
| 3. Total | 25,441 | |
| 4. Line 3 x bus % | 25,441 | |
| 5. Finance chg/interest x bus % | | |
| 6. Pers prop tax x bus % | | |
| 7. Line 2 or line 4 whichever applicable | 25,441 | |
| 8. Parking and tolls | 235 | |
| 9. Local business transportation | | |
| Total (add lines 5-9) | 25,676 | |

| DEPRECIATION AND MILEAGE RECORDS<br>Complete lines 19 ___ through C for prior years only, and lines D, E, F, and G for the current year. | VEHICLE 1 Bus. % | Business Mileage | Depr. Actually Claimed | Other Basis Adjustment | VEHICLE Bus. % | Business Mileage | Depr. Actually Claimed | Other Basis Adjustment |
|---|---|---|---|---|---|---|---|---|
| 19 94 | 100 | 40000 | 4,060 | | | | | |
| 19 95 | 100 | 42000 | 8,179 | | | | | |
| 19 ___ | | | | | | | | |
| 19 ___ | | | | | | | | |
| 19 ___ | | | | | | | | |
| A. Total each column (except %) | | 82000 | 12,239 | | | | | |
| B. Total miles in prior years for months of bus. use | | 82000 | | | | | | |
| C. Total business miles included in line B miles | | 82000 | | | | | | |
| D. Months of business use this year | | 12 | | | | | | |
| E. Total miles in this year for months of bus. use | | 49850 | | | | | | |
| F. Total business miles included in line E miles | | 49850 | | | | | | |
| G. Line F / line E x line D / 12 months owned in year | | 100.00 | | | | | | |

Sch C - LORRAINE SERRANO; TRUCKING

DEPRECIATION
1997



Name: JOSE G SERRANO
SSN: 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
Business or Activity: SCH C JOSE G SERRANO TRUCKING
Subform: 4562

| # | Desc. | TYP | NUC | Acq. Date | Cost or Basis | DM | CON | Est. Life | Prior Depr. | IC | Sec 179 | 1997 Depr | AMT Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 91 MACK TR | O | U | 9/15/94 | 41500 | M | HY | 5.0 | 12993 | N | 0 | 4781 | -1054 |
| | Page Totals | | | | 41500 | | | | 12993 | | 0 | 4781 | -1054 |
| | Grand Totals | | | | 41500 | | | | 12993 | | 0 | 4781 | -1054 |

* System calculated prior depreciation

# DEPRECIATION
## 1997



Name: LORRAINE SERRANO

SSN: 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

Business or Activity: SCH C LORRAINE SERRANO TRUCKING

Subform: 4562

| # | Desc. | TYP | NUC | Acq. Date | Cost or Basis | DM | CON | Est. Life | Prior Depr. | IC | Sec 179 | 1997 Depr | AMT Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 86 MACK | O | U | 3/15/94 | 42600 | M | HY | 5.0 | 30331 | N | 0 | 4908 | -1082 |
| Page Totals | | | | | 42600 | | | | 30331 | | 0 | 4908 | -1082 |
| Grand Totals | | | | | 42600 | | | | 30331 | | 0 | 4908 | -1082 |

* System calculated prior depreciation

☐ CORRECTED (if checked)

PAYER'S name, street address, city, state, ZIP code, and telephone no.
PACELLA PIGGYBACK, INC.
2558 S. DAMEN
CHICAGO IL 60608
TONY / SHERYL 773 927-1300

| | | | |
|---|---|---|---|
| 1 Rents $ | OMB No. 1545-0115 | | |
| 2 Royalties $ | 1997 | **Miscellaneous Income** | |
| 3 Other income $ | Form 1099-MISC | | |

| PAYER'S Federal identification no. | RECIPIENT'S identification number | 4 Federal income tax withheld | 5 Fishing boat proceeds |
|---|---|---|---|
| 36-3560317 | 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 | $ | $ |

RECIPIENT'S name
LORRAINE SERRANO

Street address (including apt. no.)
2512 S EUCLID

City, state, and ZIP code
BERWYN IL 60402

Account number (optional)
FXQ 0517

| | |
|---|---|
| 6 Medical, health care pmts. $ | 7 Nonemployee compensation $ 54286.05 |
| 8 Substitute pmts. in lieu of dividends or interest $ | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▷ ☐ |
| 10 Crop insurance proceeds $ | 11 State income tax withheld $ |
| 12 State/Payer's state no. | 13 $ |

**Copy 2**
**To be filed with recipient's state income tax return, when required.**

Form 1099-MISC

Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

PAYER'S name, street address, city, state, ZIP code, and telephone no.
ANGEL LOGISTICS, INC.
2500 SOUTH LOOMIS
CHICAGO, IL 60608
TELEPHONE 312-850-4959

| | | | |
|---|---|---|---|
| 1 Rents $ | OMB No. 1545-0115 | | |
| 2 Royalties $ | 1997 | **Miscellaneous Income** | |
| 3 Other income $ | Form 1099-MISC | | |

| PAYER'S Federal identification number | RECIPIENT'S identification number | 4 Federal income tax withheld | 5 Fishing boat proceeds |
|---|---|---|---|
| 36-4132387 | 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 | $ | $ |

RECIPIENT'S name, address, and ZIP code
LORRAINE SERRANO

2515 S. EUCLID ST.

BERWYN, IL 60402

Account number (optional)

| | |
|---|---|
| 6 Medical and health care payments $ | 7 Nonemployee compensation $ 20578.33 |
| 8 Substitute payments in lieu of dividends or interest $ | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ |
| 10 Crop insurance proceeds $ | 11 State income tax withheld $ |
| 12 State/Payer's state number | 13 $ |

**Copy B**
**For Recipient**

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form 1099-MISC (Keep for your records.) Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

PAYER'S name, street address, city, state, ZIP code, and telephone no.
PACELLA PIGGYBACK, INC.
2558 S. DAMEN
CHICAGO IL 60608
TONY / SHERYL 773 927-1300

| | | | |
|---|---|---|---|
| 1 Rents $ | OMB No. 1545-0115 | | |
| 2 Royalties $ | 1997 | **Miscellaneous Income** | |
| 3 Other income $ | Form 1099-MISC | | |

| PAYER'S Federal identification no. | RECIPIENT'S identification number | 4 Federal income tax withheld | 5 Fishing boat proceeds |
|---|---|---|---|
| 36-3560317 | 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 | $ | $ |

RECIPIENT'S name
LORRAINE SERRANO

Street address (including apt. no.)
2512 S EUCLID

City, state, and ZIP code
BERWYN IL 60402

Account number (optional)
FXQ 0517

| | |
|---|---|
| 6 Medical, health care pmts. $ | 7 Nonemployee compensation $ 54286.05 |
| 8 Substitute pmts. in lieu of dividends or interest $ | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▷ ☐ |
| 10 Crop insurance proceeds $ | 11 State income tax withheld $ |
| 12 State/Payer's state no. | 13 |

**Copy 2**
**To be filed with recipient's state income tax return, when required.**

☐ CORRECTED (if checked)

PAYER'S name, street address, city, state, ZIP code, and telephone no.
PACELLA PIGGYBACK, INC.
2558 S. DAMEN
CHICAGO IL 60608
TONY / SHERYL 773 927-1300

1 Rents $
2 Royalties $
3 Other income $

OMB No. 1545-0115
1997
Form 1099-MISC

**Miscellaneous Income**

PAYER'S Federal identification no. 36-3560317
RECIPIENT'S identification number 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

4 Federal income tax withheld $
5 Fishing boat proceeds $

RECIPIENT'S name
LORRAINE SERRANO

6 Medical, health care pmts. $
7 Nonemployee compensation $ 54286.05

Street address (including apt. no.)
2512 S EUCLID

8 Substitute pmts. in lieu of dividends or interest $
9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▷ ☐

City, state, and ZIP code
BERWYN IL 60402

10 Crop insurance proceeds $
11 State income tax withheld $

Account number (optional)
FXQ 0517

12 State/Payer's state no.
13 $

**Copy B**
**For Recipient**
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form 1099-MISC (Keep for your records.) Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

PAYER'S name, street address, city, state, ZIP code, and telephone no.
BEAR CARTAGE & INTERMODAL, INC.
2641 S. LEAVITT
CHICAGO, IL 60608
TELEPHONE 773-247-8075

1 Rents $
2 Royalties $
3 Other income $

OMB No. 1545-0115
1997
Form 1099-MISC

**Miscellaneous Income**

PAYER'S Federal identification number 36-3963581
RECIPIENT'S identification number 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

4 Federal income tax withheld $
5 Fishing boat proceeds $

RECIPIENT'S name, address, and ZIP code
JOSE SERRANO DBA JOSE & LORRAI

2515 S. ENCLID AVE.

BERWYN, IL 60402

6 Medical and health care payments $
7 Nonemployee compensation $ 54974.58
8 Substitute payments in lieu of dividends or interest $
9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐
10 Crop insurance proceeds $
11 State income tax withheld $

Account number (optional)

12 State/Payer's state number
13 $

**Copy B**
**For Recipient**
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form 1099-MISC (Keep for your records.) Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

PAYER'S name, street address, city, state, ZIP code, and telephone no.
AGILE FREIGHT SYSTEM, INC.
15700 W. 103RD STREET
LEMONT, IL 60439

1 Rents $
2 Royalties $
3 Other income $

OMB No. 1545-0115
1997
Form 1099-MISC

**Miscellaneous Income**

PAYER'S Federal identification number 36-3667832
RECIPIENT'S identification number 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

4 Federal income tax withheld $
5 Fishing boat proceeds $

RECIPIENT'S name, address, and ZIP code
JOSE & LORRA SERRANO

2515 S. EUCLID

BERWYN, IL 60402

6 Medical and health care payments $
7 Nonemployee compensation $ 626.00
8 Substitute payments in lieu of dividends or interest $
9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐
10 Crop insurance proceeds $
11 State income tax withheld $

Account number (optional)

12 State/Payer's state number IL/363667832
13 $

**Copy B**
**For Recipient**
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Form 1099-MISC

FORM 3082 1098 (COPY B)

☐ CORRECTED (if checked) 01/12/98

RECIPIENT'S/LENDER'S name, address, and telephone number
HARRIS TRUST & SAVINGS BANK
111 WEST MONROE STREET
CHICAGO IL 60606

1-888-340-BANK

* The amount shown may not be fully deductible by you on your Federal income tax return. Limitations based on the cost and value of the secured property may apply. In addition, you may only deduct an amount of mortgage interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

OMB No. 1545-0901

1997

Form 1098

**Mortgage Interest Statement**

RECIPIENT'S Federal identification no. 36-1194448

PAYER'S social security number 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

1 Mortgage interest received from payer(s)/borrower(s)* $ 2,749.17

**Copy B For Payer**

The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

PAYER'S/BORROWER'S name, street address (incl. apt. no.), city, state, and ZIP code
LORRAINE VERSETTO

2515 EUCLID AVENUE

BERWYN IL 60402-2510

2 Points paid on purchase of principal residence (See Box 2 on back.) $

3 Refund of overpaid interest (See Box 3 on back.) $

4

Account number (optional)
00008141113191

Form 1098 16 - 0331690 (Keep for your records.) Department of the Treasury - Internal Revenue Service

FORM 3082 1098 (COPY B)

☐ CORRECTED (if checked) 01/27/98

RECIPIENT'S/LENDER'S name, address, and telephone number
HARRIS TRUST & SAVINGS BANK
111 WEST MONROE STREET
CHICAGO IL 60606

1-888-340-BANK

* The amount shown may not be fully deductible by you on your Federal income tax return. Limitations based on the cost and value of the secured property may apply. In addition, you may only deduct an amount of mortgage interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

OMB No. 1545-0901

1997

Form 1098

**Mortgage Interest Statement**

RECIPIENT'S Federal identification no. 36-1194448

PAYER'S social security number 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

1 Mortgage interest received from payer(s)/borrower(s)* $ 1,757.86

**Copy B For Payer**

The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

PAYER'S/BORROWER'S name, street address (incl. apt. no.), city, state, and ZIP code
LORRAINE VERSETTO

2515 EUCLID AVENUE

BERWYN IL 60402-2510

2 Points paid on purchase of principal residence (See Box 2 on back.) $

3 Refund of overpaid interest (See Box 3 on back.) $

4

Account number (optional)
00008141111382

Form 1098 16 - 0331690 (Keep for your records.) Department of the Treasury - Internal Revenue Service

**BY WHOM PAID**

DIRECT INQUIRIES TO: 3[illegible] 633-0333

CORRECTED (if checked) ☐

MID-CITY NATIONAL BK OF [illegible]GO
801 WEST MADISON STREET
CHICAGO IL 60607

| Payer's identifying number | Recipient's identifying number | PAYER'S RTN (OPTIONAL) | 1 Interest income not included in Box 3 | 3 Interest on U.S. Savings Bonds and Treas. obligations |
|---|---|---|---|---|
| 36-1474915 | 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 | | 52.60 | .00 |
| | | | 2 Early withdrawal penalty: .00 | |

**FORM 1099 INTEREST SUBSTITUTE** — This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. **Keep this copy for your records.**

**TO WHOM PAID** ▶
If your taxpayer identifying number is not shown or is incorrectly shown, please furnish the correct number to the payer.

OMB No. 1545-0112

**97**
Interest Income
Copy B: For Recipient

JOSE G SERRANO
2515 S EUCLID
BERWYN IL 60402-2510

4 Federal income tax withheld: .00
5 Foreign tax paid: .00
6 Foreign country or U.S. possession:

| TYPE | ACCOUNT NUMBER | INTEREST EARNED | FORFEITURE | FEDERAL TAX WITHHELD |
|---|---|---|---|---|
| SMART-SAVER (07) ACCOUNT | 105131784 | 52.60 | .00 | .00 |

**BY WHOM PAID**

DIRECT INQUIRIES TO: 312 [illegible]3-0333

CORRECTED (if checked) ☐

MID-CITY NATIONAL BK OF CHGO
801 WEST MADISON STREET
CHICAGO IL 60607

| Payer's identifying number | Recipient's identifying number | PAYER'S RTN (OPTIONAL) | 1 Interest income not included in Box 3 | 3 Interest on U.S. Savings Bonds and Treas. obligations |
|---|---|---|---|---|
| 36-1474915 | 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 | | 308.16 | .00 |
| | | | 2 Early withdrawal penalty: .00 | |

**FORM 1099 INTEREST SUBSTITUTE** — This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. **Keep this copy for your records.**

**TO WHOM PAID** ▶
If your taxpayer identifying number is not shown or is incorrectly shown, please furnish the correct number to the payer.

OMB No. 1545-0112

**97**
Interest Income
Copy B: For Recipient

LORRAINE SERRANO
2515 S EUCLID AVE
BERWYN IL 60402-2510

4 Federal income tax withheld: .00
5 Foreign tax paid: .00
6 Foreign country or U.S. possession:

| TYPE | ACCOUNT NUMBER | INTEREST EARNED | FORFEITURE | FEDERAL TAX WITHHELD |
|---|---|---|---|---|
| NOW CHECKING (12) | 4051259112 | 8.04 | .00 | .00 |
| CHRISTMAS CLUB (05) | 8963173 | 4.73 | .00 | .00 |
| REGULAR SAVINGS(06) | 10 777361 | 281.87 | .00 | .00 |
| REGULAR SAVINGS(06) | 201274434 | 13.52 | .00 | .00 |

1780 S HARLEM AVENUE
SPORTMART PLAZA
NORTH RIVERSI IL 60546

OMB No. 1545-0901
IMPORTANT TAX INFORMATION

1997 FORM 1098 - MORTGAGE INTEREST STATEMENT

412400-12-918713

100012231

VERSETTO, LORRAINE
2515 S EUCLID
BERWYN IL 60402

HFC & SUBSIDIARIES
2700 SANDERS ROAD
PROSPECT HEIGHTS IL 60070
PHONE: 708-366-2526

ID NUMBER: 36-1239445

SOCIAL SECURITY NUMBER: 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

Dear Customer:

The information in boxes 1, 2 and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanctions may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. The amount shown may not be fully deductible by you on your Federal income tax return. Limitations based on the cost and value of the secured property may apply. In addition, you may only deduct an amount of mortgage interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

| | | |
|---|---|---|
| Box #1 | MORTGAGE INTEREST RECEIVED FROM PAYER(S)/BORROWER(S) | $3,021.61 |
| Box #2 | POINTS PAID DIRECTLY BY PAYER(S)/BORROWER(S) ON PURCHASE OF PRINCIPAL RESIDENCE | $.00 |
| Box #3 | REFUND OF OVERPAID INTEREST | $.00 |
| Box #4 | NOT APPLICABLE | |

Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

Return above portion with payment. For billing errors or questions please refer to the back of the statement.

## Statement of Your Account

| Account Number | Please Direct Inquiries To: |
|---|---|
| 29016-32662-97469 | 800-695-6950 |

## Account Detail

| Transaction Date | Transaction Description | Amount |
|---|---|---|
| | TO REPORT A LOST OR STOLEN CARD, CALL 1-800-695-6950 | |
| 01/11/98 | JANUARY LATE FEE | $18.00 |
| 02/10/98 | LATE PAYMENT FEE | $18.00 |
| 02/ '98 | PAYMENT - THANK YOU | $230.00 |

THE PAYMENT THAT WAS DUE IN JANUARY WAS NOT RECEIVED BY YOUR PAYMENT DUE DATE. THE RESULTING LATE PAYMENT FEE IS POSTED ON THIS BILLING STATEMENT. IT IS SHOWN AS THE "JANUARY LATE FEE".

ANY PAYMENT RECEIVED AFTER THE DUE DATE REFLECTED ON YOUR STATEMENT WILL BE ASSESSED A LATE FEE.

OUR RECORDS SHOW THAT $826.41 WAS POSTED TO YOUR ACCOUNT AS INTEREST FOR 1997.

YOU MUST PAY $212.00 NOW TO MAINTAIN YOUR GOOD CREDIT STANDING. IF YOU HAVE ALREADY MAILED THE OVERDUE PAYMENT, PLEASE CONSIDER THIS A THANK YOU.

| Billing Date | Due Date | Minimum Payment Due | Credit Line | Available Credit |
|---|---|---|---|---|
| 02/10/98 | 03/07/98 | $212.00 | $.00 | $.00 |

**FINANCE CHARGE SUMMARY**

| Desc. Code* | Balance Subject to FINANCE CHARGE (Average Daily Balance) | Monthly Periodic Rate | Corresponding ANNUAL PERCENTAGE RATE | Promotional End Date |
|---|---|---|---|---|
| REG | $5,462.09 | 1.24% | 14.95% | |

**BALANCE SUMMARY**

| | |
|---|---|
| Previous Balance | $5,458.35 |
| + Purchase(s)/Debits | 36.00 |
| + Insurance Charges | .00 |
| + FINANCE CHARGES | 68.04 |
| - Payment(s) | 230.00 |
| - Credit(s) | .00 |
| = New Balance | $5,332.39 |

*Notice: See Reverse Side for Description Code Explanation and other Important Information. To avoid additional finance charges, pay the amount of Regular, Delayed Payment and Reduced Rate Purchases included in the New Balance by the Due Date.

Mail Billing Error Inquiries to: HRS, PO BOX 703, WOOD DALE IL 60191-07.

02100009126

STMT6660 (5/97)

| RECIPIENT'S/LENDER'S name, street address, city, state, and ZIP code | * The amount shown may not be fully deductible by you on your Federal income tax return. Limitations based on the cost and value of the secured property may apply. In addition, you may only deduct an amount of mortgage interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-0901 | Substitute Form: 1098 |
|---|---|---|---|
| Banc One Mortgage Corporation<br>c/o MORTGAGE SERVICES GROUP<br>132 East Washington Street Indianapolis, Indiana 46204<br>Customer Service 1-800-688-1211 | | 1997 | **Mortgage Interest Statement**<br>(Keep for your records). |

| RECIPIENT'S Federal Identification no. | PAYER's social security no./Taxpayer identification no. (IRS permits reporting on only one payer of record) | 1 Mortgage interest received from payer(s)/borrower(s)* |
|---|---|---|
| 53-0181904 | 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 | $ 7,879.03 |

**PAYER'S/BORROWER'S name, street address, city, state, and ZIP code**

LORRAINE VERSETTO
2515 EUCLID AVE
BERWYN IL 60402-2510

| | |
|---|---|
| 2 Points paid on purchase of principal residence | $ .00 |
| 3 Refund of overpaid interest | $ .00 |
| 4 Real estate taxes disbursed | $ 2,353.43 |
| Account number (optional) | 0000893326 |

**Copy B For Payer**

The information in boxes 1 and 2 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points on your return.

If your mortgage loan was acquired by Banc One Mortgage Corporation during 1997 the beginning balances on Principal and Escrow are the amounts transferred from your previous servicer.

| PRINCIPAL | | UNAPPLIED | | ESCROW | | BUYDOWN ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|
| [illegible] | [illegible]721.01 | BEGINNING BALANCE | .00 | BEGINNING BALANCE | 1,221.66 | BEGINNING BALANCE | .00 |
| AMOUNT PAID | 1,341.63 | AMOUNT PAID | .00 | AMOUNT PAID | 2,669.49 | DISBURSEMENTS | .00 |
| INTEREST SHORTAGE ADDED TO PRINCIPAL | .00 | AMOUNT DISBURSED | .00 | AMOUNT DISBURSED | 2,756.43 | ADJUSTMENTS | .00 |
| AMOUNT DISBURSED | .00 | | | ESCROW INTEREST | .00 | | |
| ENDING BALANCE | 106,379.38 | ENDING BALANCE | .00 | ENDING BALANCE | 1,134.72 | ENDING BALANCE | .00 |

| INTEREST PAID | | INTEREST SHORTAGE UNPAID BALANCE | | ESCROW DISBURSEMENTS | | OTHER ITEMS | |
|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | .00 | REAL ESTATE TAXES DISBURSED | 2,353.43 | | |
| [illegible] | .00 | | | | | | |
| [illegible] | .00 | ADD INTEREST SHORTAGE | .00 | HOMEOWNERS/HAZARD INSURANCE | 403.00 | LATE CHARGES [illegible] UNPAID | [illegible] |
| [illegible] | .00 | | | | | | |
| LESS PREPAID INTEREST NOT ALLOWED THIS YR | .00 | LESS INTEREST SHORTAGE PREPAID | .00 | FLOOD INSURANCE | .00 | LIFE AND/OR DISABILITY | .00 |
| PLUS INTEREST SHORTAGE PAID | .00 | | | | | | |
| LATE CHARGES PAID | 113.67 | ENDING BALANCE | .00 | MIP/PMI | .00 | | |
| NET INTEREST PAID | 7,879.03 | | | | | | |
| MORTGAGE POINTS PAID | .00 | | | ESCROW REFUND | .00 | | |
| REFUND OF OVERPAID INTEREST | .00 | | | MISCELLANEOUS | .00 | | |

**PAYMENT CALCULATION**

| PRINCIPAL & INTEREST | ESCROW/IMPOUND | CREDIT LIFE INSURANCE | SERVICE CHARGE | REPLACEMENT RESERVE | MISCELLANEOUS | TOTAL PAYMENT |
|---|---|---|---|---|---|---|
| 757.90 | 229.70 | .00 | .00 | .00 | .00 | 987.60 |

**SEE BACK SIDE FOR IMPORTANT INFORMATION**

## *Mortgage InfoLine Service*

**The Mortgage Infoline Service allows quick and easy answers to your questions. Call 1-800-688-1211. Telecommunication Device for the deaf 1-800-955-1216.**
Just follow the easy step-by-step directions. You will be asked to enter your mortgage loan number followed by the # sign.

If you know the extension of the person you need to reach ............... **Press 1**
For new loan interest rate or refinance information ...................... **Press 2**
For your loan balance, payment, and other mortgage account information ..... **Press 3**
For year end interest and tax information (available January 1 through May 1) . . **Press ***

XP-541

ASSOCIATES COMMERCIAL RP.
ONE MID AMERICA PL ST 0
OAKBROOK TERRACE, IL 181

ASSO TES COMMERCIAL CORPORATIO
A SUBSIDIARY OF THE ASSOCIATES

0080689
LORRAINE VERSETTO
2515 S EUCLID
BERWYN, IL 60402

JANUARY 03, 1998

Dear Customer:

The calendar 1997 information regarding the finance/interest charges on your commercial loan is set forth below. This information is based upon the number of payments we received.

We recommend you consult your tax advisor to determine the amount of finance/interest charges you are entitled to deduct with respect to commercial transactions.

| Account Number | Contract Date | Finance/ Interest Charges | Account Number | Contract Date | Finance/ Interest Charges |
|---|---|---|---|---|---|
| 1344664 | 10/10/95 | 1,158.26 | | | |

**ASSOCIATES COMMERCIAL CORPORATION**

ANINT 05121721 000080689

Form **1040** Department of the Treasury — Internal Revenue Service
# U.S. Individual Income Tax Return 1998
(99) IRS use only — Do not write or staple in this space.

For the year Jan 1-Dec 31, 1998, or other tax year beginning , 1998, ending , 19 OMB No. 1545-0074

**Label** (See instructions.)
**Use the IRS label.** Otherwise, please print or type.

| | | | |
|---|---|---|---|
| Your First Name: JOSE | MI: G | Last Name: SERRANO | Your Social Security Number: 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 |
| If a Joint Return, Spouse's First Name: LORRAINE | MI | Last Name: SERRANO | Spouse's Social Security Number: 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 |
| Home Address (number and street). If You Have a P.O. Box, See Instructions.: 2515 EUCLID AVE | | Apartment No. | **Important!** You **must** enter your social security number(s) above. |
| City, Town or Post Office. If You Have a Foreign Address, See Instructions.: BERWYN | State: IL | ZIP Code: 60402-2510 | |

**Presidential Election Campaign** (See instructions.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | X | |
| If a joint return, does your spouse want $3 to go to this fund? | X | |

*Note: Checking 'Yes' will not change your tax or reduce your refund.*

## Filing Status
Check only one box.

1 [ ] Single
2 [X] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's SSN above & full name here ...
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ...
5 [ ] Qualifying widow(er) with dependent child (year spouse died ► 19 ). (See instructions.)

## Exemptions
6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a — No. of boxes checked on 6a and 6b: 2
b [X] **Spouse**

c **Dependents:**

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instructions) |
|---|---|---|---|---|
| | | | | |

If more than six dependents, see instructions.

No. of your children on 6c who: • lived with you: 
• did not live with you due to divorce or separation (see instructions): 
Dependents on 6c not entered above: 
Add numbers entered on lines above ► 2

d Total number of exemptions claimed

## Income
Attach Copy B of your Forms W-2, W-2G, and 1099-R here.
If you did not get a W-2, see instructions.
Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | 161. |
| b | **Tax-exempt** interest. **Do not** include on line 8a — 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions — 15a; b Taxable amount (see instrs) | 15b | |
| 16a | Total pensions & annuities — 16a; b Taxable amount (see instrs) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 20,860. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits — 20a; b Taxable amount (see instrs) | 20b | |
| 21 | Other income. List type & amount — see instrs | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 21,021. |

## Adjusted Gross Income
If line 33 is under $30,095 (under $10,030 if a child did not live with you), see EIC in the instructions.

| Line | Description | | Amount |
|---|---|---|---|
| 23 | IRA deduction (see instructions) | 23 | |
| 24 | Student loan interest deduction (see instructions) | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed health insurance deduction (see instructions) | 28 | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid. b Recipient's SSN ► | 31a | |
| 32 | Add lines 23 through 31a | 32 | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ► | 33 | 21,021. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.** Form **1040** (1998)

FDIA0112 11/02/98

Form **1040** (1998) JOSE G & LO INE SERRANO 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 Page **2**

**Tax and Credits**

| | | | |
|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | 34 | 21,021. |
| 35a | Check if: ☐ **You** were 65/older, ☐ Blind; ☐ **Spouse** was 65/older, ☐ Blind. Add the number of boxes checked above and enter the total here ► 35a ☐ | | |
| b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ► 35b ☐ | | |
| 36 | Enter the **larger** of your **itemized deductions** from Schedule A, line 28, **Or standard deduction** shown on the left. **But** see instructions to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | 36 | 15,489. |
| 37 | Subtract line 36 from line 34 | 37 | 5,532. |
| 38 | If line 34 is $93,400 or less, multiply $2,700 by the total number of exemptions claimed on line 6d. If line 34 is over $93,400, see the worksheet in the instructions for the amount to enter | 38 | 5,400. |
| 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 132. |
| 40 | **Tax.** See instructions. Check if any tax from a ☐ Form(s) 8814 b ☐ Form 4972 ► | 40 | 21. |
| 41 | Credit for child and dependent care expenses. Attach Form 2441 — 41 | | |
| 42 | Credit for the elderly or the disabled. Attach Schedule R — 42 | | |
| 43 | Child tax credit (see instructions) — 43 | | |
| 44 | Education credits. Attach Form 8863 — 44 | | |
| 45 | Adoption credit. Attach Form 8839 — 45 | | |
| 46 | Foreign tax credit. Attach Form 1116 if required — 46 | | |
| 47 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) — 47 | | |
| 48 | Add lines 41 through 47. These are your **total credits** | 48 | |
| 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ► | 49 | 21. |

**Standard Deduction for Most People**

Single: $4,250

Head of household: $6,250

Married filing jointly or Qualifying widow(er): $7,100

Married filing separately: $3,550

**Other Taxes**

| | | | |
|---|---|---|---|
| 50 | Self-employment tax. Attach Schedule SE | 50 | |
| 51 | Alternative minimum tax. Attach Form 6251 | 51 | |
| 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | |
| 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 53 | |
| 54 | Advance earned income credit payments from Form(s) W-2 | 54 | |
| 55 | Household employment taxes. Attach Schedule H | 55 | |
| 56 | Add lines 49-55. This is your **total tax** ► | 56 | 21. |

**Payments**

Attach Forms W-2 and W-2G to page 1. Also attach Form 1099-R if tax was withheld.

| | | | |
|---|---|---|---|
| 57 | Federal income tax withheld from Forms W-2 and 1099 — 57 | | |
| 58 | 1998 estimated tax payments and amount applied from 1997 return — 58 | | |
| 59a | **Earned income credit.** Attach Schedule EIC if you have a qualifying child. b Nontaxable earned income: amount ► and type ► — 59a | | |
| 60 | Additional child tax credit. Attach Form 8812 — 60 | | |
| 61 | Amount paid with Form 4868 (request for extension) — 61 | | |
| 62 | Excess social security and RRTA tax withheld (see instrs) — 62 | | |
| 63 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 — 63 | | |
| 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ► | 64 | |

**Refund**

Have it directly deposited! See instructions and fill in 66b, 66c, and 66d.

| | | | |
|---|---|---|---|
| 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **Overpaid** | 65 | |
| 66a | Amount of line 65 you want **Refunded to You** ► | 66a | |
| ► b | Routing number ► c Type: ☐ Checking ☐ Savings | | |
| ► d | Account number | | |
| 67 | Amount of line 65 you want **Applied to Your 1999 Estimated Tax** ► 67 | | |

**Amount You Owe**

| | | | |
|---|---|---|---|
| 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **Amount You Owe.** For details on how to pay, see instructions ► | 68 | 21. |
| 69 | Estimated tax penalty. Also include on line 68 — 69 | | |

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your Signature | Date | Your Occupation | Daytime Telephone Number (optional) |
|---|---|---|---|
| ► | | TRUCK DRIVER | |
| Spouse's Signature. If a Joint Return, Both Must Sign. | Date | Spouse's Occupation | |
| ► | | TRUCK DRIVER | |

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's Signature ► | Date | Check if self-employed ☐ | Preparer's Social Security No. |
| Firm's Name (or yours if self-employed) and Address ► | | EIN | |
| | | ZIP Code | |

FDIA0112 11/11/98

**Schedule A (Form 1040)**
Department of the Treasury Internal Revenue Service (99)

# Itemized Deductions

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074
**1998**
07

Name(s) Shown on Form 1040: JOSE G & LORRAINE SERRANO

Your Social Security Number: 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

| Section | Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution:** *Do not include expenses reimbursed or paid by others.* | | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | 145. | | |
| | 2 | Enter amount from Form 1040, line 34 — 2: 21,021. | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 1,577. | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0. |
| **Taxes You Paid** (See instructions.) | 5 | State and local income taxes | 5 | 380. | | |
| | 6 | Real estate taxes (see instructions) | 6 | 2,354. | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ► | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 2,734. |
| **Interest You Paid** (See instructions.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 10,170. | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | 11 | | | |
| **Note:** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instructions.) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | 10,170. |
| **Gifts to Charity** | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | 565. | | |
| If you made a gift and got a benefit for it, see instructions. | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **Must** attach Form 8283 if over $500 | 16 | 85. | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 650. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. You **Must** attach Form 2106 or 2106-EZ if required (See instructions.) ► See Statement 2,355. | 20 | 2,355. | | |
| | 21 | Tax preparation fees | 21 | | | |
| (See instructions for expenses to deduct here.) | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ► | 22 | | | |
| | 23 | Add lines 20 through 22 | 23 | 2,355. | | |
| | 24 | Enter amount from Form 1040, line 34 — 24: 21,021. | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 420. | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 1,935. |
| **Other Miscellaneous Deductions** | 27 | Other — from list in the instructions. List type and amount ► | | | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $124,500 (over $62,250 if married filing separately)? **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 36, the larger of this amount or your standard deduction. **Yes.** Your deduction may be limited. See instructions for the amount to enter. | | | ► 28 | 15,489. |

Name(s) Shown on Return. Do Not Enter Name and Social Security Number if Shown on Page 1. | Your Social Security Number

JOSE G & LORRAINE SERRANO | 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

**Note:** *If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below. Real estate professionals must complete line 42 below.*

## Part II Income or Loss from Partnerships and S Corporations

**Note:** *If you report a loss from an at-risk activity, you* **must** *check either column* **(e)** *or* **(f)** *on line 27 to describe your investment in the activity. See instructions. If you check column* **(f)**, *you must attach* **Form 6198.**

| 27 | (a) Name | (b) Enter P for partnership; S for S Corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment at Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | J&L TRUCKING INC | S | | 36-4219802 | X | |
| B | J&L TRUCKING INC | S | | 36-4209802 | X | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | 10,430. | | | |
| B | | 10,430. | | | |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | 20,860. | | | |
| b Totals | | | | | |

| | | | |
|---|---|---|---|
| 29 | Add columns (h) and (k) of line 28a | 29 | 20,860. |
| 30 | Add columns (g), (i), and (j) of line 28b | 30 | |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | 20,860. |

## Part III Income or Loss from Estates and Trusts

| 32 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 34 | Add columns (d) and (f) of line 33a | 34 | |
| 35 | Add columns (c) and (e) of line 33b | 35 | |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

## Part IV Income or Loss from Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| | | | |
|---|---|---|---|
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |

## Part V Summary

| | | | | | |
|---|---|---|---|---|---|
| 39 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 41 below | | | 39 | |
| 40 | **Total** income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 ► | | | 40 | 20,860. |
| 41 | **Reconciliation of Farming and Fishing Income:** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see instructions) | 41 | | | |
| 42 | **Reconciliation for Real Estate Professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 42 | | | |

Illinois Department of Revenue

# 1998 Form IL-1040 Individual Income Tax Return

or for fiscal year ending 1999

Do not write above this line.

**Step 1 Complete your taxpayer information**

**A** Enter your personal information below. If filing jointly, be sure your social security numbers are in the order they appear on your federal return.

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 — Your Social Security Number

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 — Spouse's Social Security Number

JOSE G — Your First Name and Initial

SERRANO — Your Last Name

LORRAINE — Spouse's First Name and Initial

Spouse's Last Name (if different)

2515 EUCLID AVE — Mailing Address

BERWYN — City

IL — State

60402-2510 — ZIP

**B** Check the box that identifies the filing status that you checked on your federal return. Check only one box.

- [ ] Single or head of household
- [X] Married filing jointly
- [ ] Married filing separately
- [ ] Widowed

**C** Check the box if at least two-thirds of your total federal gross income came from farming ........... ► [ ]

**D** Were any of your wages earned in Wisconsin while an Illinois resident during 1998? ............ [ ] Yes [X] No

If yes, enter the Wisconsin wages you received $ and your spouse received $

ATTACH A COPY OF W2 W2G AND 1099R FORMS

**Step 2 Figure your income**

| Line | Description | Amount |
|---|---|---|
| 1 | Enter your federal adjusted gross income from either your U.S. 1040, line 33; U.S. 1040A, line 18; U.S. 1040EZ, line 4; or TeleFile worksheet, line H | 21,021. |
| 2 | Enter your federally tax-exempt interest and dividend income from either your U.S. 1040 or 1040A, line 8b | |
| 3 | Enter any other additions to your income that are taxable in Illinois. See the instructions for details. Specify your additions. ► | |
| 4 | Add lines 1 through 3. This is your income | 21,021. |

**Step 3 Figure your base income**

*Attach copies of any required federal or Illinois forms and schedules. See instructions.*

| Line | Description | Amount | Total |
|---|---|---|---|
| 5 | Enter your federally taxed social security and federally taxed retirement income from either your U.S. 1040 or 1040A | | |
| 6 | Enter any active-duty military pay you earned if you included this pay in line 1 | | |
| 7 | Enter your Illinois income tax refund if you included this refund on U.S. 1040, line 10. If you filed a U.S. 1040A or 1040EZ, enter '0' | | |
| 8 | Enter the U.S. government obligations and U.S. agency income from either your U.S. 1040, Schedule B, or U.S. 1040A, Schedule 1 | | |
| 9 | Enter any other subtractions to your income. See the instructions and our Publication 101 for details. Specify your subtractions. Do not include out-of-state income. ► | | |
| 10 | Add lines 5 through 9. This is your total subtractions | | |
| 11 | Subtract line 10 from line 4. This is your base income | | 21,021. |

**Step 4 Figure your exemption allowance**

12 Complete the calculation below to figure your Illinois exemption allowance.

a Enter the number of exemptions from your federal return. [2] + number identified in the instructions if you were claimed on someone else's return. [ ] = 2 x $1,300 ► a 2,600.

b Check if you were 65 or older [ ] + legally blind [ ] + spouse was 65 or older [ ] + legally blind [ ] = 0 x $1,000 ► b 0.

Add lines a and b. This is your total exemption allowance ..... 12 2,600.

**Step 5 Figure your net income**

**Residents only — nonresidents and part-year residents, skip Step 5 and go to Step 6.**

13 Subtract line 12 from line 11. This is your net income. Enter the amount here and on line 15 ..... 13 18,421.

**Residents, skip Step 6 and go to Step 7.**

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is **required**. Failure to provide information when required could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0065

JOSE G & LORRAINE SERRAN 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 Page 2

**Step 6** *Nonresidents part-year residents*

**Nonresidents and part-year residents only – residents, skip Step 6 and go to Step 7.**

14 Check the box that applies to you during 1998 .................... ☐ Nonresident ☐ Part-year resident

Complete Schedule NR, and enter your Illinois income from Step 5, line 45. *Attach a copy of your completed Schedule NR* ........ 14

**Step 7** *Figure your tax*

15 **Residents,** enter your net income from line 13 .................. 15 18,421.

16 **Residents,** multiply line 15 by 3% (.03), and enter the result on line 16. This is your *tax*. **Nonresidents and part-year residents,** enter your *tax* amount from Schedule NR, Step 5, line 51 ........ 16 553.

**Step 8** *Figure your payments and credits*

17 Enter the total amount of Illinois income tax that was withheld from your pay as shown on your W-2 forms, generally box 18 ........ 17

18 Enter any estimated payments you made with Forms IL-1040-ES and IL-505-I. Include any credit from your 1997 overpayment ........ 18

*Attach your W-2 forms to page 1.*

19 If you paid income tax to another state, complete Illinois Schedule CR. Enter the amount from Schedule CR, line 8 ..... 19

20 If you paid Illinois property tax, complete the Homeowner's Property Tax Credit Worksheet in the instructions, and enter the amount from line 3 ► 2,354. and the amount from line 8 ► 20 118.

*Attach any required schedules and other states' returns to page 2.*

21 If you completed Schedule 1299-C, enter the amount from Section II, Part VIII, line 41 ........ 21

22 Add lines 17 through 21. This is your total payments and credits ........ 22 118.

**Step 9** *Figure your overpayment or your tax due*

23 If line 22 is greater than line 16, subtract line 16 from line 22. This is your **overpayment** ........ 23

24 If line 16 is greater than line 22, subtract line 22 from line 16. This is your **tax due** ........ 24 435.

**Step 10** *Figure your penalty*

25 Enter your penalty amount from Form IL-2210, Step 3, line 18 ........ 25 80.

Check the box if you completed Form IL-2210, Step 5, or if you checked the box on Form IL-2210, Step 1, line 4 ...... ► ☐

**Step 11** *Figure your donations*

26 If you wish to donate to one or more the following voluntary contribution funds, enter the amount.

Wildlife Preservation ........ a ______ Homeless Assistance ...... d ______

Child Abuse Preservation ..... b ______ Breast Cancer Research ..... e ______

Alzheimer's Research ....... c ______

Add lines a through e. This is your total voluntary contributions ........ 26

**Any donation will reduce your refund or increase the amount you owe.**

27 If you wish to donate to your school district, complete the worksheet in the instructions, and enter the amount from line 4 ........ 27

28 Add lines 25 through 27. This is your total penalty and donations ........ 28 80.

**Step 12** *Figure your refund or the amount you owe*

29 If you have an overpayment on line 23 and this amount is greater than line 28, subtract line 28 from line 23 ........ 29

30 Enter the amount of line 29 that you want to be applied to your 1999 estimated tax ........ 30

31 Subtract line 30 from line 29. This is your *refund* ........ 31

32 If you have tax due on line 24, add lines 24 and 28. **Or** If you have an overpayment on line 23 and this amount is less than line 28, subtract line 23 from line 28. This is the *amount you owe* ........ 32 515.

**Step 13** *Sign and date your return*

Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

Your Signature ______ Date ______ Daytime Phone Number ______ Spouse's Signature ______ Date ______

Paid Preparer's Signature ______ Date ______ Preparer's FEIN or SSN ______ Preparer's Phone Number ______

► **If you use a tax preparer and do not wish to receive a booklet next year, check here** ......... ☐ ◄

***Mail this return to: Illinois Department of Revenue, Springfield, IL 62719-0001***

AP ______ DR ______ ME ZZ SE WA RX NS DC ID ______

Illinois Department of Revenue

# IL-2210 Computation of Penalties for Individuals 1998

## Should I complete this form?

You may complete this form if you

- did not make the required estimated payments by the installment due dates;
- have unpaid tax after April 15, 1999; or
- are filing Form IL-1040 after October 15, 1999.

However, we encourage you to let us calculate your penalties.

## Step 1: Complete the following information

1 This form is for 19 98 calendar year or for fiscal year beginning ________, 19 ____, and ending ________, 19 ____.

2 Enter your name as it appears on your Form IL-1040 ... 2 JOSE G & LORRAINE SERRANO

3 Enter your social security number

a as it appears on this year's Form IL-1040 ... 3a 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

b as it appears on a prior year's Form IL-1040 if this return was filed using a different social security number than shown on line 3a ... 3b ________

4 Check the box if, while a nonresident, any estimated payment due prior to July 9, 1998, were underpaid because of the change in the apportionment factor formula ... 4 ☐

## Step 2: Figure your required installments and any underpayment of estimated tax

| | | | A This year | B Last year |
|---|---|---|---|---|
| 5 | Enter the amount of your total income tax from each Form IL-1040. See instructions | 5 | 553. | 454. |
| 6 | Enter the amount of credits from each Form IL-1040. See instructions | 6 | 118. | |
| 7 | Subtract line 6 from line 5 | 7 | 435. | 454. |
| 8 | Multiply column A, line 7, by 90% (.9) | 8 | 392. | |
| 9 | If column A, line 7, is less than $250, enter '0' and go to Step 4. Otherwise, enter the lesser of column A, line 8, or column B, line 7, and continue with line 10 | 9 | 392. | |

| | | | Quarter 1 April 15, 1998 | Quarter 2 June 15, 1998 | Quarter 3 September 15, 1998 | Quarter 4 January 15, 1999 |
|---|---|---|---|---|---|---|
| 10 | Enter the required installment. See instructions | 10 | 98. | 98. | 98. | 98. |
| 11 | Enter the amount of tax paid and withheld in each quarter. See instructions | 11 | | | | |
| 12 | Subtract line 11 from line 10. If amount is negative, use brackets | 12 | 98. | 98. | 98. | 98. |

## Step 3: Figure your late-payment penalty for underpayment of estimated tax

Complete lines 13 through 17 of each quarter before proceeding to the next quarter.

| | | | Quarter 1 | Quarter 2 | Quarter 3 | Quarter 4 |
|---|---|---|---|---|---|---|
| 13 | Enter the amount from line 14 of the preceding quarter | 13 | Skip this line for Quarter 1. | 98. | 196. | 294. |
| 14 | Add lines 12 and 13. If amount is negative, use brackets | 14 | 98. | 196. | 294. | 392. |
| 15 | Enter the lesser of line 12 or line 14. If this number is less than zero, enter '0' | 15 | 98. | 98. | 98. | 98. |
| 16 | Penalty rate is 20% (.20) | 16 | .20 | .20 | .20 | .20 |
| 17 | Multiply line 15 by line 16 | 17 | 20. | 20. | 20. | 20. |

18 Add Quarters 1 through 4, line 17. This total is your **late-payment penalty for underpayment of estimated tax.** Enter the total here and on your Form IL-1040, line 25 ... 18 80.

**If you have unpaid tax after April 15, 1999, or are filing Form IL-1040 after October 15, 1999, you will owe additional penalties. To figure these additional penalties, go to page 2, Step 4.**

JOSE G & LORRAINE SERRAN 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

## Step 4: Figure your late-payment penalty for unpaid tax and your late-filing penalty

Complete this step **only** if you
- have unpaid tax after April 15, 1999; or
- are filing Form IL-1040 after October 15, 1999, even if you show an overpayment or no tax due.

19 Enter the amount from Step 2, column A, line 7 ........ 19 ______

20 Enter the amount from Step 2, line 9. If you did not complete Step 3, enter '0' ........ 20 ______

21 If line 14 in Step 3, Quarter 4, is a negative amount, enter that amount as a positive number without brackets. Otherwise, enter '0'. If you did not complete Step 3, write '0' ........ 21 ______

22 Enter the amount of payments made before the due date. See instructions ........ 22 ______

23 Add lines 20, 21, and 22. Enter the total amount here ........ 23 ______

24 Subtract line 23 from line 19. If this number is less than zero, enter '0' ........ 24 ______

25 If you have unpaid tax after April 15, 1999, multiply line 24 by 20% (.20). Otherwise, enter '0.' This is your **late-payment penalty for unpaid tax** ........ 25 ______

26 If you are filing Form IL-1040 after October 15, 1999, enter the amount from Step 2, column A, line 5 ........ 26 ______

27 Multiply line 26 by 2% (.02) ........ 27 ______

28 Enter the lesser of line 27 or $250. This is your **late-filing penalty** ........ 28 ______

29 Add lines 25 and 28. Enter the total amount here. Also, enter this amount and the word 'penalty' to the left of line 32 on your Form IL-1040. Include this amount in the total amount due on line 32 of Form IL-1040 ........ 29 ______

## Step 5: Complete the annualization worksheet for Step 2, line 10.

Complete this worksheet **only** if your income was not received evenly throughout the year and you choose to annualize your income. **Complete lines 30 through 46 of one column before going to the next, beginning with column A.**

| | | A<br>1/1/98 to 3/31/98 | B<br>1/1/98 to 5/31/98 | C<br>1/1/98 to 8/31/98 | D<br>1/1/98 to 12/31/98 |
|---|---|---|---|---|---|
| 30 | Enter your Illinois **base** income for each period. See instructions . 30 | | | | |
| 31 | Annualization factors ........ 31 | 4 | 2.4 | 1.5 | 1 |
| 32 | Multiply line 30 by line 31. This is your annualized income ........ 32 | | | | |
| 33 | Exemptions. See instructions ........ 33 | | | | |
| 34 | Subtract line 33 from line 32. This is your net income ........ 34 | | | | |
| 35 | Multiply line 34 by 3% (.03) ........ 35 | | | | |
| 36 | For each period, enter the amount you entered in Step 2, column A, line 6 ........ 36 | | | | |
| 37 | Subtract line 36 from line 35 ........ 37 | | | | |
| 38 | Applicable percentage ........ 38 | 22.5% (.225) | 45% (.45) | 67.5% (.675) | 90% (.9) |
| 39 | Multiply line 37 by line 38. This is your annualized installment ........ 39 | | | | |
| 40 | Add the amounts on line 46 of each of the preceding columns and enter the total here ........ 40 | Skip this line for Column A. | | | |
| 41 | Subtract line 40 from line 39. If less than zero, enter '0' ........ 41 | | | | |
| 42 | Divide Step 2, line 9, by four (4). Enter the result in each column ........ 42 | | | | |
| 43 | Enter the amount from line 45 of the preceding column ........ 43 | Skip this line for Column A. | | | |
| 44 | Add lines 42 and 43 ........ 44 | | | | |
| 45 | If line 44 is greater than line 41, subtract line 41 from line 44. Otherwise, enter '0' ........ 45 | | | | Skip this line for Column D. |
| 46 | Enter the lesser of line 41 or line 44 here and on Step 2, line 10. This is your required installment ........ 46 | | | | |

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is **required**. Failure to provide this information could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0031

**Schedule A**
**Lines 5 - 12**

# Tax and Interest Deduction Worksheet

**1998**

► Keep for your records

| Name(s) Shown on Return | Social Security Number |
|---|---|
| JOSE G & LORRAINE SERRANO | 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 |

## Tax Deductions

| | | | |
|---|---|---|---|
| 1 | **State and local income taxes**, from Tax Payments Wks (To Sch A, line 5) | 1 | |
| 2 | **Real estate taxes:** | | |
| a | Real estate taxes paid on principal residence | 2 a | |
| b | Real estate taxes paid on additional homes or land | b | |
| c | Real estate taxes from use of office in the home | c | |
| d | Personal portion of real estate taxes from Vacation Home Worksheet | d | |
| e | **Total real estate taxes** (To Schedule A, line 6) | e | |
| 3 | **Personal Property Taxes:** | | |
| a | Auto registration fees based on the value of the vehicle | 3 a | |
| b | Non-business portion of personal property taxes from Car & Truck Exp Wks | b | |
| c | Other personal property taxes | c | |
| d | **Total personal property taxes** (To Schedule A, line 7) | d | |
| 4 | **Other taxes:** | | |
| a | Other taxes, from Schedule(s) K-1 | 4 a | |
| b | Foreign taxes, from interest and dividends | b | |
| c | Foreign taxes, from Schedule(s) K-1 | c | |
| d | Other foreign taxes (not used to claim a foreign tax credit) | d | |
| e | Other taxes: | e | |
| f | **Total other taxes** (To Schedule A, line 8) | f | |

## Interest Deductions

| | | | |
|---|---|---|---|
| 5 a | **Home mortgage interest and points reported on Form 1098:** | | |
| | HARRIS TRUST | 5 a | 2,109.00 |
| | HARRIS TRUST | | 1,399.00 |
| | HFC & SUBSIDIARIES | | 2,778.00 |
| | BANC ONE MORTGAGE | | 3,884.00 |
| b | Home mortgage interest from use of office in the home | b | |
| c | Personal portion of mortgage interest from Vacation Home Worksheet | c | |
| d | Reduction of mortgage interest from Form 8396, line 3 | d | |
| e | **Total mortgage interest from Form 1098** (To Sch A, line 10) | e | 10,170.00 |
| 6 | **Home mortgage interest not on Form 1098** (To Sch A, line 11) (If you bought your home from recipient, enter name, SSN & address) | 6 | |

7 **Points not reported on Form 1098:**

* Check to deduct remaining points this year

| Points Paid on Refinance | Date of Refinance | Length of Loan (years) | Deductible Points Remaining | * | Points Deductible Each Year |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| a | Total amortizable points deductible this year | 7 a | |
| b | Other points not reported on Form 1098 | b | |
| c | **Total points not reported on Form 1098** (To Schedule A, line 12) | c | |

JOSE G & LORRAINE RANO 645 5842

Smart Worksheet for: Form 1040: Individual Tax Return

**Tax Smart Worksheet**

| | | | | |
|---|---|---|---|---|
| **A** | Tax | | | 21. |
| | Check if from | **a** Tax Table | X | |
| | | **b** Tax Rate Schedules | | |
| | | **c** Schedule D | | |
| | | **d** Schedule J | | |
| | | **e** Form 8615 | | |
| **B** | Additional tax from Form 8814 | | | |
| **C** | Additional tax from Form 4972 | | | |
| **D** | **Tax.** Add lines A through C. Enter the result here and on line **40** | | | 21. |

Keep for your records

JOSE G & LORRAINE ( )RANO 645-40-684

Smart Worksheet for: Form IL-1040: Illinois Individual Income Tax Return

**School Funding Fund Smart Worksheet**

**If you are currently an Illinois resident and choose to donate your exemption allowance or your property tax credit to the School Funding Fund, you must complete this worksheet.**

| | | |
|---|---|---|
| 1 | Enter your exemption allowance from your Form IL-1040, Step 4, line 12a | 2,600. |
| 2 | Multiply line 1 by 3% (.03) | 78. |
| 3 | Enter the amount from line 8 of the Property Tax Credit Smart Worksheet | 118. |
| 4 | Enter the amount from:<br>• line 2, **or**<br>• line 3, **or**<br>• the **total of both** lines 2 and 3 that you would like to donate to your school district. Also, enter this amount on Form IL-1040, line 27 | |

**Any donation will reduce your refund or increase the amount you owe.**
Be sure to keep a copy of your School Funding Fund Worksheet with your income tax records.

Smart Worksheet for: Form IL-2210: Computation of Penalties

**Exceptions to Penalty Smart Worksheet**

If you answer 'Yes' on one or more of these lines you do not owe a late-payment penalty for underpayment of estimated tax. Skip lines 10 through 18. Go to Step 4 to see if you owe late-payment penalty for unpaid tax or late-filing penalty.

| | | Yes | No |
|---|---|---|---|
| A | You qualify as a farmer for 1998 | | X |
| B | You were not required to file Form IL-1040 for 1997 | | |
| C | Your 1997 Form IL-1040 was for a tax year of 12 months, but had zero tax liability (1997 Form IL-1040, line 14 minus lines 19, 20 and 21) | | X |
| D | You were 65 years of age or older and were permanently living in a nursing home during 1998 | | |
| E | You had sufficient Illinois income tax withheld or credited for 1998 (1998 Form IL-1040, line 16 minus lines 17, 19, 20 and 21 is $250 or less) | | X |

JOSE G & LORRAINE [illegible]RANO 645-40-68[illegible]

Smart Worksheet for: Form IL-1040: Illinois Individual Income Tax Return

## Property Tax Credit Smart Worksheet

To qualify for this credit the taxpayer must answer 'yes' to these four questions:

| Question | Yes | No |
|---|---|---|
| Was your principal residence during 1997 in Illinois? | X Yes | No |
| Did you own your residence? | X Yes | No |
| Did your property tax bill include property used for your principal residence, yard, garage, or other structure used for personal purposes? | X Yes | No |
| Have you paid your property tax billed in 1998? | X Yes | No |

If the taxpayer answered 'yes' to all four questions, complete lines 1a through 8.

| Line | Description | Amount |
|---|---|---|
| 1a | Total real estate taxes from federal Schedule A, line 6 | 2,354. |
| 1b | If the total on the line above included real estate taxes for any property that is **not** your principal residence, enter that amount here | |
| 1c | Enter the portion of the Illinois property tax bill which is deductible as a business expense on U.S. Schedule C, E, F, or other U.S. income tax forms or schedules, whether or not you actually took the federal deduction | |
| 1 | Enter the total amount of Illinois property tax paid in 1998 for the real estate that includes your principal residence | 2,354. |
| 2 | Enter the portion of your tax bill that is deductible as a business expense on U.S. Schedule C, E, or F or other U.S income tax forms or schedules, whether or not you actually took the federal deduction | |
| 3 | Subtract line 2 from line 1. Enter the amount here and on Form IL-1040, line 20 | 2,354. |
| 4 | Multiply the amount on line 3 by 5% (.05) | 118. |
| 5 | Enter the amount of income tax from your Form IL-1040, line 16 | 553. |
| 6 | Enter the amount of credit for tax paid to other states from your Form IL-1040, line 19 | |
| 7 | Subtract line 6 from line 5. This is your net tax | 553. |
| 8 | Compare the amounts on lines 4 and 7. Enter the lesser amount here and on your Form IL-1040, line 20 | 118. |

Keep for your records

1098 SUBSTITUTE OMB NO. 1545-0901

# Form 1098 - 1998 Mortgage Interest Statement

Loan No. 17510370-4

HOMESID ·NDING, INC.
P.O. BO 7524
SAN ANTONIO TX 78265-7524
1-800-435-7587

TAX-ID 59-2725415
SSN 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
PROPERTY ADDRESS:
2515 EUCLID S
BERWYN IL 60402

| | |
|---|---|
| 1. Mortgage interest received from payer(s)/borrower(s) | $3,933.5 |
| 2. Points paid directly by payer(s)/borrower(s) on purchase of principal residence | $.00 |
| 3. Refund of overpaid interest | $.00 |

**PRINCIPAL RECONCILIATION**

| | |
|---|---|
| $105,677.71 | BEGINNING BALANCE |
| $727.49 | PRINCIPAL APPLIED |
| $104,950.22 | ENDING BALANCE |

**ESCROW RECONCILIATION**

| | |
|---|---|
| $935.20 | BEGINNING BALANCE |
| ,424.74 | DEPOSITS |
| $1,254.04 | PROPERTY TAXES |
| $55.00 | HAZARD INS. |
| $1,050.90 | ENDING BALANCE * |

*HELD FOR DISBURSEMENTS DUE NEXT YEAR

KEEP THIS STATEMENT FOR YOUR INCOME TAX RECORDS

158195

LORRAINE VERSETTO
2515 S EUCLID
BERWYN IL 60402-2510

1998 INTEREST CALCULATIONS

| | |
|---|---|
| TOTAL INTEREST APPLIED 1998 | $3,819.91 |
| PLUS LATE CHARGE PAID | $113.67 |
| MORTGAGE INTEREST RECEIVED FROM PAYER(S)/BORROWER(S) | $3,933.58 |

15702 This statement includes the activity for HomeSide Lending, Inc. only. You will be receiving a separate statement from Banc One Mortgage. Together these statements will reflect all activity through 12/31/98.

772

☐ CORRECTED (if checked) 01/15/99

RECIPIENT'S/LENDER'S name, address, and telephone number
HARRIS TRUST & SAVINGS BANK
111 WEST MONROE STREET
CHICAGO IL 60606

1-888-340-BANK

* The amount shown may not be fully deductible by you on your Federal income tax return. Limitations based on the cost and value of the secured property may apply. In addition, you may only deduct an amount of mortgage interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

OMB No. 1545-0901 **1998** Form 1098

**Mortgage Interest Statement**

RECIPIENT'S Federal identification no. 36-1194448
PAYER'S social security number 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

1 Mortgage interest received from payer(s)/borrower(s)* $ 1,398.70

PAYER'S/BORROWER'S name, street address (incl. apt. no.), city, state, and ZIP code
LORRAINE VERSETTO

2515 EUCLID AVENUE

BERWYN IL 60402-2510

2 Points paid on purchase of principal residence (See Box 2 on back.) $

3 Refund of overpaid interest (See Box 3 on back.) $

4

**Copy B For Payer**

The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

Account number (optional) 00008141111382

Form 1098 16 - 0331690 (Keep for your records.) Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if chec 01/15/99

RECIPIENT'S/LENDER'S name, address, and telephone number
HARRIS TRUST & SAVINGS BANK
111 WEST MONROE STREET
CHICAGO IL 60606

1-888-340-BANK

* The amount shown may not be fully deductible by you on your Federal income tax return. Limitations based on the cost and value of the secured property may apply. In addition, you may only deduct an amount of mortgage interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

OMB No. 1545-0901 **1998** Form 1098

**Mortgage Interest Statement**

RECIPIENT'S Federal identification no. 36-1194448
PAYER'S social security number 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

1 Mortgage interest received from payer(s)/borrower(s)* $ 2,108.81

PAYER'S/BORROWER'S name, street address (incl. apt. no.), city, state, and ZIP code
LORRAINE VERSETTO

2515 EUCLID AVENUE

BERWYN IL 60402-2510

2 Points paid on purchase of principal residence (See Box 2 on back.) $

3 Refund of overpaid interest (See Box 3 on back.) $

4

**Copy B For Payer**

The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

Account number (optional) 00008141113191

**IY WHOM PAID**

DIRECT INQUIRIES TO: 312-63_0333

MID-CITY NATIONAL BK OF CHGO
801 WEST MADISON STREET
CHICAGO IL 60607

CORRECTED (if checked) ☐

| Payer's identifying number | Recipient's identifying number | PAYER'S RTN (OPTIONAL) | 1 Interest income not included in Box 3 | 3 Interest on U.S. Savings Bonds and Treas. obligations |
|---|---|---|---|---|
| 36-1474915 | 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 | | 161.25 | .00 |

Copy B For Recipient — This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. **Keep this copy for your records.**

2 Early withdrawal penalty: .00

**TO WHOM PAID**

If your taxpayer identifying number is not shown or is incorrectly shown, please furnish the correct number to the payer.

OMB No. 1545-0112

**1998**
**Interest Income**
FORM 1099
INTEREST SUBSTITUTE

LORRAINE SERRANO
2515 S EUCLID AVE
BERWYN IL 60402-2510

4 Federal income tax withheld: .00

5 Foreign tax paid: .00

6 Foreign country or U.S. possession

| TYPE | ACCOUNT NUMBER | INTEREST EARNED | FORFEITURE | FEDERAL TAX WITHHELD |
|---|---|---|---|---|
| REGULAR SAVINGS(06) | 101777361 | 120.03 | .00 | .00 |
| REGULAR SAVINGS(06) | 201274436 | 41.22 | .00 | .00 |

1780 S HARLEM AVENUE
SPORTMART PLAZA
NORTH RIVERSI IL 60546

IMPORTANT TAX INFORMATI
OMB No. 1545-0901

1998 FORM 1098 - MORTGAGE INTEREST STATEMENT

412400-12-918713

100010876

VERSETTO, LORRAINE
2515 EUCLID AVE
BERWYN IL 60402-2510

HFC & SUBSIDIARIES
2700 SANDERS ROAD
PROSPECT HEIGHTS IL 60070
PHONE: 708-366-2526

ID NUMBER: 36-1239445

SOCIAL SECURITY NUMBER: 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

Dear Customer:

The information in boxes 1, 2 and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. The amount shown may not be fully deductible by you on your Federal income tax return. Limitations based on the cost and value of the secured property may apply. In addition, you may only deduct an amount of mortgage interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

| | | |
|---|---|---|
| Box #1 | MORTGAGE INTEREST RECEIVED FROM PAYER(S)/BORROWER(S) | $2,778.00 |
| Box #2 | POINTS PAID ON PURCHASE OF PRINCIPAL RESIDENCE (See Box 2 on Page 2) | $.00 |
| Box #3 | REFUND OF OVERPAID INTEREST (See Box 3 on Page 2) | $.00 |
| Box #4 | NOT APPLICABLE | |

Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers entitled to a deduction for the interest and points shown on this form, please furnish each of the other borrowers with information about the proper distribution of these amounts. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction for mortgage interest and points.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy.

RECIPIENT'S/LENDER'S name, street address, city, s[illegible] and ZIP code

Banc One Mortgage Corporation
P.O. Box 47524 San Antonio TX 78265-7524
Customer Service 1-800-435-7587

* The amou[illegible] may not be fully deductib[illegible] on your Federal income [illegible]m. Limitations base[illegible] cost and value of the secured property may apply. In addition, you may only deduct an amount of mortgage interest to the extent it was incurred by you, actually paid by you; and not reimbursed by another person.

OMB No. 1545-0901

1998

Substitute Form: Mortgag[e] Intere[st] Stateme[nt] (Keep for your rec[ords])

[REC]IPIENT'S federal identification no. 53-0181904

PAYER'S social security no./taxpayer identification no. 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 (IRS permits reporting on only one payer of record)

1 Mortgage interest received from payer(s)/borrower(s)* $ 3,883.62

2 Points paid on purchase of principal residence $ .00

3 Refund of overpaid interest $ .00

4 Real estate taxes disbursed $ 1,176.72

BOMC account number 0000893326

HSL account number 175103704

PAYER'S/BORROWER'S name, street address, city, state, and ZIP code

LORRAINE VERSETTO
2515 EUCLID AVE
BERWYN IL 60402-2510

Cop[y] For Pa[yer]

The information in bo[xes 1] and 2 is importa[nt tax] information and is [being] furnished to the In[ternal] Revenue Service. If yo[u are] required to file a r[eturn,] a negligence pena[lty or] other sanction m[ay be] imposed on you if th[e IRS] determines th[at an] underpayment [of tax] results becaus[e you] overstated a ded[uction] for this mor[tgage] interest or for points on your [...]

If your mortgage loan was service released by Banc One Mortgage Corporation during 1998 the ending balances on Principal and Escrow are the amounts transferred to your new servic[er]

| PRINCIPAL | | UNAPPLIED | | ESCROW | | BUYDOWN ACCOUNT BALAN[CE] | |
|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | 106,379.38 | BEGINNING BALANCE | .00 | BEGINNING BALANCE | 1,134.72 | BEGINNING BALANCE | .00 |
| AMOUNT PAID | -106,379.38 | AMOUNT PAID | .00 | AMOUNT PAID | 443.00 | DISBURSEMENTS | .00 |
| INTEREST SHORTAGE ADDED TO PRINCIPAL | .00 | AMOUNT DISBURSED | .00 | AMOUNT DISBURSED | -1,577.72 | ADJUSTMENTS | .00 |
| AMOUNT DISBURSED | .00 | | | ESCROW INTEREST | .00 | | |
| ENDING BALANCE | .00 | ENDING BALANCE | .00 | ENDING BALANCE | .00 | ENDING BALANCE | .00 |

| INTEREST PAID | | INTEREST SHORTAGE UNPAID BALANCE | | ESCROW DISBURSEMENTS | | OTHER ITEMS | |
|---|---|---|---|---|---|---|---|
| GROSS INTEREST PAID | 3,845.73 | BEGINNING BALANCE | .00 | REAL ESTATE TAXES DISBURSED | 1,176.72 | | |
| PLUS PREPAID INT NOT ALLOWED PRIOR YEARS | .00 | | | | | | |
| [LE]SS INTEREST [SUB]SIDY (BUYDOWN) | .00 | ADDED INTEREST SHORTAGE | .00 | HOMEOWNERS/HAZARD INSURANCE | 401.00 | LATE CHARGES DUE BUT UNPAID | .00 |
| [LES]S INTEREST SHORTAGE | .00 | | | | | | |
| LESS PREPAID INTEREST NOT ALLOWED THIS YR | .00 | LESS INTEREST SHORTAGE PREPAID | .00 | FLOOD INSURANCE | .00 | LIFE AND/OR DISABILITY | .00 |
| PLUS INTEREST SHORTAGE PAID | .00 | | | | | | |
| LATE CHARGES PAID | 37.89 | ENDING BALANCE | .00 | MIP/PMI | .00 | | |
| NET INTEREST PAID | 3,883.62 | | | | | | |
| MORTGAGE POINTS PAID | .00 | | | ESCROW REFUND | .00 | | |
| REFUND OF OVERPAID INTEREST | .00 | | | MISCELLANEOUS | .00 | | |

PAYMENT CALCULATION

| PRINCIPAL INTEREST | ESCROW/IMPOUND | CREDIT INSURANCE | SERVICE CHARGE | REPLACEMENT RESERVE | MISCELLANEOUS | TOTAL PAYMENT |
|---|---|---|---|---|---|---|
| 757.90 | 229.70 | .00 | .00 | .00 | .00 | 987.60 |

SEE BACK SIDE FOR IMPORTANT INFORMATION

XP

Form **1040** Department of the Treasury — Internal Revenue Service

# U.S. Individual Income Tax Return 1999

(99) IRS use only — Do not write or staple in this space.

For the year Jan 1-Dec 31, 1999, or other tax year beginning , 1999, ending , OMB No. 1545-0074

**Label** (See instructions.)

**Use the IRS label.** Otherwise, please print or type.

| Field | Value |
|---|---|
| Your First Name / MI / Last Name | JOSE G SERRANO |
| Your Social Security Number | 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 |
| If a Joint Return, Spouse's First Name / MI / Last Name | LORRAINE SERRANO |
| Spouse's Social Security Number | 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 |
| Home Address (number and street). If You Have a P.O. Box, See instructions. / Apartment No. | 2515 EUCLID AVE |
| City, Town or Post Office. If You Have a Foreign Address, See Instructions. / State / ZIP Code | BERWYN IL 60402-2510 |

**Important!** You **must** enter your social security number(s) above.

**Presidential Election Campaign** (See instructions.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | X | |
| If a joint return, does your spouse want $3 to go to this fund? | X | |

Note: Checking 'Yes' will not change your tax or reduce your refund.

## Filing Status

Check only one box.

1. [ ] Single
2. [X] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's SSN above & full name here ►
4. [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5. [ ] Qualifying widow(er) with dependent child (year spouse died ► 19 ). (See instructions.)

## Exemptions

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a

b [X] **Spouse**

No. of boxes checked on 6a and 6b: 2

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see instructions.

No. of your children on 6c who: • lived with you ____ • did not live with you due to divorce or separation (see instructions) ____

Dependents on 6c not entered above ____

Add numbers entered on lines above ► 2

d Total number of exemptions claimed

## Income

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | **Taxable** interest. Attach Schedule B if required | |
| 8b | **Tax-exempt** interest. **Do not** include on line 8a | |
| 9 | Ordinary dividends. Attach Schedule B if required | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | -19,764. |
| 15a | Total IRA distributions 15a ____ b Taxable amount (see instrs) | |
| 16a | Total pensions & annuities 16a ____ b Taxable amount (see instrs) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 32,988. |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits 20a ____ b Taxable amount (see instrs) | |
| 21 | Other income. List type & amount (see instrs) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 13,224. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | IRA deduction (see instructions) | |
| 24 | Student loan interest deduction (see instructions) | |
| 25 | Medical savings account deduction. Attach Form 8853 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed health insurance deduction (see instructions) | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid b Recipient's SSN ► | |
| 32 | Add lines 23 through 31a | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ► | 13,224. |

**BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.** Form **1040** (1999)

FDIA0112 11/16/99

Form **1040** (1999) JOSE G & LO INE SERRANO 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 Page 2

## Tax and Credits

| Line | Description | | Amount |
|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | 34 | 13,224. |
| 35a | Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65/older, ☐ Blind. Add the number of boxes checked above and enter the total here ► 35a ☐ | | |
| b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ► 35b ☐ | | |
| 36 | Enter your **itemized deductions** from Schedule A, line 28, **Or standard deduction** shown on the left. **But** see instructions to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | 36 | 18,263. |
| 37 | Subtract line 36 from line 34 | 37 | -5,039. |
| 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet in the instructions for the amount to enter | 38 | 5,500. |
| 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 0. |
| 40 | Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 ► | 40 | 0. |
| 41 | Credit for child and dependent care expenses. Attach Form 2441 | 41 | |
| 42 | Credit for the elderly or the disabled. Attach Schedule R | 42 | |
| 43 | Child tax credit (see instructions) | 43 | |
| 44 | Education credits. Attach Form 8863 | 44 | |
| 45 | Adoption credit. Attach Form 8839 | 45 | |
| 46 | Foreign tax credit. Attach Form 1116 if required | 46 | |
| 47 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) ____ | 47 | |
| 48 | Add lines 41 through 47. These are your **total credits** | 48 | |
| 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ► | 49 | 0. |

**Standard Deduction for Most People**
Single: $4,300
Head of household: $6,350
Married filing jointly or Qualifying widow(er): $7,200
Married filing separately: $3,600

## Other Taxes

| Line | Description | | Amount |
|---|---|---|---|
| 50 | Self-employment tax. Attach Schedule SE | 50 | |
| 51 | Alternative minimum tax. Attach Form 6251 | 51 | |
| 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | |
| 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 53 | |
| 54 | Advance earned income credit payments from Form(s) W-2 | 54 | |
| 55 | Household employment taxes. Attach Schedule H | 55 | |
| 56 | Add lines 49-55. This is your **total tax** ► | 56 | 0. |

## Payments

| Line | Description | | Amount |
|---|---|---|---|
| 57 | Federal income tax withheld from Forms W-2 and 1099 | 57 | |
| 58 | 1999 estimated tax payments and amount applied from 1998 return | 58 | |
| 59a | **Earned income credit.** Attach Schedule EIC if you have a qualifying child. b Nontaxable earned income: amount ► ____ and type ► ____ | 59a | |
| 60 | Additional child tax credit. Attach Form 8812 | 60 | |
| 61 | Amount paid with request for extension to file (see instructions) | 61 | |
| 62 | Excess social security and RRTA tax withheld (see instrs) | 62 | |
| 63 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 63 | |
| 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ► | 64 | |

## Refund

Have it directly deposited! See instructions and fill in 66b, 66c, and 66d.

| Line | Description | | Amount |
|---|---|---|---|
| 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **Overpaid** | 65 | |
| 66a | Amount of line 65 you want **Refunded to You** ► | 66a | |
| b | Routing number ____ c Type: ☐ Checking ☐ Savings | | |
| d | Account number ____ | | |
| 67 | Amount of line 65 you want **Applied to Your 2000 Estimated Tax** ► 67 | | |

## Amount You Owe

| Line | Description | | Amount |
|---|---|---|---|
| 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **Amount You Owe.** For details on how to pay, see instructions ► | 68 | 0. |
| 69 | Estimated tax penalty. Also include on line 68 — 69 | | |

## Sign Here

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your Signature | Date | Your Occupation | Daytime Telephone Number (optional) |
|---|---|---|---|
| ► | | TRUCK DRIVER | |
| Spouse's Signature. If a Joint Return, **Both** Must Sign. | Date | Spouse's Occupation | |
| ► | | TRUCK DRIVER | |

## Paid Preparer's Use Only

| Preparer's Signature ► | Date | Check if self-employed ☐ | Preparer's SSN or PTIN |
|---|---|---|---|
| Firm's Name (or yours if self-employed) and Address ► | | EIN | |
| | | ZIP Code | |

**Schedule A** (Form 1040)

Department of the Treasury Internal Revenue Service (99)

# Itemized Deductions

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**1999**

07

Name(s) Shown on Form 1040: JOSE G & LORRAINE SERRANO

Your Social Security Number: 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

| Section | Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution:** Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 34 [2] | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | |
| **Taxes You Paid** (See instructions.) | 5 | State and local income taxes | 5 | 515. | | |
| | 6 | Real estate taxes (see instructions) | 6 | 2,740. | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ► | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 3,255. |
| **Interest You Paid** (See instructions.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 15,008. | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► | 11 | | | |
| **Note:** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instructions for special rules | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instructions.) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | 15,008. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | | | |
| | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You **Must** attach Form 8283 if over $500 | 16 | | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. You **Must** attach Form 2106 or 2106-EZ if required. (See instructions.) ► | 20 | | | |
| | 21 | Tax preparation fees | 21 | | | |
| (See instructions for expenses to deduct here.) | 22 | Other expenses — investment, safe deposit box, etc. List type and amount ► | 22 | | | |
| | 23 | Add lines 20 through 22 | 23 | | | |
| | 24 | Enter amount from Form 1040, line 34 [24] | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other — from list in the instructions. List type and amount ► | | | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $126,600 (over $63,300 if married filing separately)? | | | | |
| | | [X] **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 36. ► | | | 28 | 18,263. |
| | | [ ] **Yes.** Your deduction may be limited. See instructions for the amount to enter. | | | | |

Schedule E (Form 1040) 1999 — 13 — Page 2

Name(s) Shown on Return. Do Not Enter Name and Social Security Number if Shown on Page 1. — Your Social Security Number

JOSE G & LORRAINE SERRANO — 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

**Note:** *If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below. Real estate professionals must complete line 42 below.*

## Part II Income or Loss from Partnerships and S Corporations

**Note:** *If you report a loss from an at-risk activity, you* **must** *check either column* **(e)** *or* **(f)** *on line 27 to describe your investment in the activity. See instructions. If you check column* **(f)**, *you must attach* **Form 6198.**

| 27 | (a) Name | (b) Enter P for partnership; S for S Corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment at Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| A | J&L TRUCKING INC | S | | 36-4219802 | X | |
| B | J&L TRUCKING INC | S | | 36-4209802 | X | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss from Schedule K-1 | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | | 16,494. |
| B | | | | | 16,494. |
| C | | | | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | | | | 32,988. |
| b Totals | | | | | |

| | | | |
|---|---|---|---|
| 29 | Add columns (h) and (k) of line 28a | 29 | 32,988. |
| 30 | Add columns (g), (i), and (j) of line 28b | 30 | |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 | 32,988. |

## Part III Income or Loss from Estates and Trusts

| 32 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| 34 | Add columns (d) and (f) of line 33a | 34 | |
| 35 | Add columns (c) and (e) of line 33b | 35 | |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 | |

## Part IV Income or Loss from Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| | | | |
|---|---|---|---|
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 | |

## Part V Summary

| | | | |
|---|---|---|---|
| 39 | Net farm rental income or (loss) from **Form 4835**. Also, complete line 41 below | 39 | |
| 40 | **Total** income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 ► | 40 | 32,988. |
| 41 | **Reconciliation of Farming and Fishing Income:** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see instructions) — 41 | | |
| 42 | **Reconciliation for Real Estate Professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules — 42 | | |

Form **4797**

Department of the Treasury Internal Revenue Service (99)

# Sales of Business Property

**(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))**

► Attach to your tax return. ► See separate instructions.

OMB No. 1545-0184

**1999** 27

Name(s) Shown on Return: JOSE G & LORRAINE SERRANO

Identifying Number: 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

1 Enter here the gross proceeds from the sale or exchange of real estate reported to you for 1999 on Form(s) 1099-S (or a substitute statement) that you will be including on line 2, 10, or 20 ..... 1

**Part I** **Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions from Other Than Casualty or Theft — Property Held More Than 1 Year**

| 2 (a) Description of property | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (Loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| From K-1 | | | | | | -19,764. |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 3 Gain, if any, from Form 4684, line 39 | 3 | |
| 4 Section 1231 gain from installment sales from Form 6252, line 26 or 37 | 4 | |
| 5 Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | 5 | |
| 6 Gain, if any, from line 32, from other than casualty or theft | 6 | |
| 7 Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | 7 | -19,764. |

**Partnerships (except electing large partnerships).** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 6. Skip lines 8, 9, 11, and 12 below.

**S corporations.** Report the gain or (loss) following the instructions for Form 1120S, Schedule K, lines 5 and 6. Skip lines 8, 9, 11, and 12 below, unless line 7 is a gain and the S corporation is subject to the capital gains tax.

**All others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, and 12 below.

| | | |
|---|---|---|
| 8 Nonrecaptured net section 1231 losses from prior years (see instructions) | 8 | |
| 9 Subtract line 8 from line 7. If zero or less, enter -0-. Also enter on the appropriate line as follows (see instructions) | 9 | |

**S corporations.** Enter any gain from line 9 on Schedule D (Form 1120S), line 14, and skip lines 11 and 12 below.

**All others.** If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below, and enter the gain from line 9 as a long-term capital gain on Schedule D.

**Part II** **Ordinary Gains and Losses**

10 Ordinary gains and losses not included on lines 11 through 17 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| 11 Loss, if any, from line 7 | 11 | -19,764. |
| 12 Gain, if any, from line 7 or amount from line 8, if applicable | 12 | |
| 13 Gain, if any, from line 31 | 13 | |
| 14 Net gain or (loss) from Form 4684, lines 31 and 38a | 14 | |
| 15 Ordinary gain from installment sales from Form 6252, line 25 or 36 | 15 | |
| 16 Ordinary gain or (loss) from like-kind exchanges from Form 8824 | 16 | |
| 17 Recapture of section 179 expense deduction for partners and S corporation shareholders from property dispositions by partnerships and S corporations (see instructions) | 17 | |
| 18 Combine lines 10 through 17. Enter the gain or (loss) here, and on the appropriate line as follows | 18 | -19,764. |

a For all except individual returns: Enter the gain or (loss) from line 18 on the return being filed.

b For individual returns:

| | | |
|---|---|---|
| (1) If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from 'Form 4797, line 18b(1).' See instructions | 18b (1) | |
| (2) Redetermine the gain or (loss) on line 18, excluding the loss, if any, on line 18b(1). Enter here and on Form 1040, line 14 | 18b (2) | -19,764. |

**Schedule K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

# Shareholder's Share of Income, Credits, Deductions, etc

► See separate instructions.

For calendar year 1999 or tax year
beginning , 1999, and ending

OMB No. 1545-0130

**1999**

**Shareholder's identifying number** ► 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

Shareholder's Name, Address, and ZIP Code

JOSE G SERRANO
2515 S EUCLID
BERWYN, IL 60402-2510

**Corporation's identifying number** ► 36-4219802

Corporation's Name, Address, and ZIP Code

J&L SERRANO TRUCKING INC
2515 EUCLID AVE
BERWYN, IL 60402-2510

A Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) ► 50.00000 %
B Internal Revenue Service Center where corporation filed its return ► Kansas City, MO 64999-0013
C Tax shelter registration number (see instructions for Schedule K-1) ►
D Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | 16,494. | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | | Schedule B, Part I, line 1 |
| | b Ordinary dividends | 4b | | Schedule B, Part II, line 5 |
| | c Royalties | 4c | | Schedule E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Schedule D, line 5, col (f) |
| | e Net long-term capital gain (loss): | | | |
| | (1) 28% rate gain (loss) | e(1) | | Schedule D, line 12, col (g) |
| | (2) Total for year | e(2) | | Schedule D, line 12, col (f) |
| | f Other portfolio income (loss) *(attach schedule)* | 4f | | (Enter on applicable line of return.) |
| | 5 Net Section 1231 gain (loss) (other than due to casualty or theft) | 5 | -9,882. | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6 Other income (loss) *(attach schedule)* | 6 | | (Enter on applicable line of return.) |
| Deductions | 7 Charitable contributions *(attach schedule)* | 7 | | Schedule A, line 15 or 16 |
| | 8 Section 179 expense deduction | 8 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9 Deductions related to portfolio income (loss) *(attach schedule)* | 9 | | |
| | 10 Other deductions *(attach schedule)* | 10 | | |
| Investment Interest | 11a Interest expense on investment debts | 11a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | b(1) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) Investment expenses included on line 9 above | b(2) | | |
| Credits | 12a Credit for alcohol used as fuel | 12a | | Form 6478, line 10 |
| | b Low-income housing credit: | | | |
| | (1) From Section 42(j)(5) partnerships for property placed in service before 1990 | b(1) | | Form 8586, line 5 |
| | (2) Other than on line 12b(1) for property placed in service before 1990 | b(2) | | |
| | (3) From Section 42(j)(5) partnerships for property placed in service after 1989 | b(3) | | |
| | (4) Other than on line 12b(3) for property placed in service after 1989 | b(4) | | |
| | c Qualified rehabilitation expenditures related to rental real estate activities | 12c | | |
| | d Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | e Credits related to other rental activities | 12e | | |
| | 13 Other credits | 13 | | |

BAA For Paperwork Reduction Act Notice, see the instructions for Form 1120S.



SPSA0412 11/18/99

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Adjustments and Tax Preference Items | 14a Depreciation adjustment on property placed in service after 1986 | 14a | 5,504. | See Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| | b Adjusted gain or loss | 14b | -2,676. | |
| | c Depletion (other than oil and gas) | 14c | | |
| | d (1) Gross income from oil, gas, or geothermal properties | d(1) | | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | d(2) | | |
| | e Other adjustments and tax preference items (*attach schedule*) | 14e | | |
| Foreign Taxes | 15a Type of income ► | | | Form 1116, Check boxes |
| | b Name of foreign country or U.S. possession ► | | | |
| | c Total gross income from sources outside the United States (*attach schedule*) | 15c | | Form 1116, Part I |
| | d Total applicable deductions and losses (*attach schedule*) | 15d | | |
| | e Total foreign taxes (check one): ► ☐ Paid ☐ Accrued | 15e | | Form 1116, Part II |
| | f Reduction in taxes available for credit (*attach schedule*) | 15f | | Form 1116, Part III |
| | g Other foreign tax information (*attach schedule*) | 15g | | See Instructions for Form 1116 |
| Other | 16 Section 59(e)(2) expenditures: a Type ► | | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | b Amount | 16b | | |
| | 17 Tax-exempt interest income | 17 | | Form 1040, line 8b |
| | 18 Other tax-exempt income | 18 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 19 Nondeductible expenses | 19 | 444. | |
| | 20 Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV | 20 | | |
| | 21 Amount of loan repayments for 'Loans from Shareholders' | 21 | | |
| | 22 Recapture of low-income housing credit: | | | |
| | a From Section 42(j)(5) partnerships | 22a | | Form 8611, line 8 |
| | b Other than on line 22a | 22b | | |

**Supplemental Information**

23 Supplemental information required to be reported separately to each shareholder (*attach additional schedules if more space is needed*):

**Schedule K-1** (Form 1120S)

Department of the Treasury Internal Revenue Service

# Shareholder's Share of Income, Credits, Deductions, etc

► See separate instructions.

For calendar year 1999 or tax year beginning , 1999, and ending ,

OMB No. 1545-0130

**1999**

**Shareholder's identifying number** ► 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

Shareholder's Name, Address, and ZIP Code

LORRAINE SERRANO
2515 S EUCLID
BERWYN, IL 60402-2510

**Corporation's identifying number** ► 36-4219802

Corporation's Name, Address, and ZIP Code

J&L SERRANO TRUCKING INC
2515 EUCLID AVE
BERWYN, IL 60402-2510

A Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) ► 50.00000 %

B Internal Revenue Service Center where corporation filed its return ► Kansas City, MO 64999-0013

C Tax shelter registration number (see instructions for Schedule K-1) ►

D Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | 16,494. | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | | Schedule B, Part I, line 1 |
| | b Ordinary dividends | 4b | | Schedule B, Part II, line 5 |
| | c Royalties | 4c | | Schedule E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Schedule D, line 5, col (f) |
| | e Net long-term capital gain (loss): | | | |
| | (1) 28% rate gain (loss) | e(1) | | Schedule D, line 12, col (g) |
| | (2) Total for year | e(2) | | Schedule D, line 12, col (f) |
| | f Other portfolio income (loss) *(attach schedule)* | 4f | | (Enter on applicable line of return.) |
| | 5 Net Section 1231 gain (loss) (other than due to casualty or theft) | 5 | -9,882. | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6 Other income (loss) *(attach schedule)* | 6 | | (Enter on applicable line of return.) |
| Deductions | 7 Charitable contributions *(attach schedule)* | 7 | | Schedule A, line 15 or 16 |
| | 8 Section 179 expense deduction | 8 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9 Deductions related to portfolio income (loss) *(attach schedule)* | 9 | | |
| | 10 Other deductions *(attach schedule)* | 10 | | |
| Investment Interest | 11a Interest expense on investment debts | 11a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | b(1) | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) Investment expenses included on line 9 above | b(2) | | |
| Credits | 12a Credit for alcohol used as fuel | 12a | | Form 6478, line 10 |
| | b Low-income housing credit: | | | |
| | (1) From Section 42(j)(5) partnerships for property placed in service before 1990 | b(1) | | Form 8586, line 5 |
| | (2) Other than on line 12b(1) for property placed in service before 1990 | b(2) | | |
| | (3) From Section 42(j)(5) partnerships for property placed in service after 1989 | b(3) | | |
| | (4) Other than on line 12b(3) for property placed in service after 1989 | b(4) | | |
| | c Qualified rehabilitation expenditures related to rental real estate activities | 12c | | |
| | d Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | e Credits related to other rental activities | 12e | | |
| | 13 Other credits | 13 | | |

| | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Adjustments and Tax Preference Items | 14a Depreciation adjustment on property placed in service after 1986 | 14a | 5,505. | See Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| | b Adjusted gain or loss | 14b | -2,676. | |
| | c Depletion (other than oil and gas) | 14c | | |
| | d (1) Gross income from oil, gas, or geothermal properties | d(1) | | |
| | (2) Deductions allocable to oil, gas, or geothermal properties | d(2) | | |
| | e Other adjustments and tax preference items *(attach schedule)* | 14e | | |
| Foreign Taxes | 15a Type of income ► | | | Form 1116, Check boxes |
| | b Name of foreign country or U.S. possession ► | | | |
| | c Total gross income from sources outside the United States *(attach schedule)* | 15c | | Form 1116, Part I |
| | d Total applicable deductions and losses *(attach schedule)* | 15d | | |
| | e Total foreign taxes (check one): ► ☐ Paid ☐ Accrued | 15e | | Form 1116, Part II |
| | f Reduction in taxes available for credit *(attach schedule)* | 15f | | Form 1116, Part III |
| | g Other foreign tax information *(attach schedule)* | 15g | | See Instructions for Form 1116 |
| Other | 16 Section 59(e)(2) expenditures: a Type ► | | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | b Amount | 16b | | |
| | 17 Tax-exempt interest income | 17 | | Form 1040, line 8b |
| | 18 Other tax-exempt income | 18 | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 19 Nondeductible expenses | 19 | 444. | |
| | 20 Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV | 20 | | |
| | 21 Amount of loan repayments for 'Loans from Shareholders' | 21 | | |
| | 22 Recapture of low-income housing credit: | | | |
| | a From Section 42(j)(5) partnerships | 22a | | Form 8611, line 8 |
| | b Other than on line 22a | 22b | | |

**Supplemental Information**

23 Supplemental information required to be reported separately to each shareholder *(attach additional schedules if more space is needed):*

Illinois Department of Revenue

# 1999 Form IL-1040
## Individual Income Tax Return

or for fiscal year ending 2000

Do not write above this line.

**Step 1** *Complete your personal information*

A Enter your social security numbers in the order they appear on your federal return.

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 — Your Social Security Number

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 — Spouse's Social Security Number

B Enter your personal information below.

JOSE G — Your First Name and Initial

SERRANO — Your Last Name

LORRAINE — Spouse's First Name and Initial

Spouse's Last Name (if different)

2515 EUCLID AVE — Mailing Address

BERWYN — City

IL — State

60402-2510 — ZIP

C Check the same filing status you checked on your federal return.

☐ Single or head of household ☒ Married filing jointly ☐ Married filing separately ☐ Widowed

D Check the box if at least two-thirds of your total federal gross income came from farming ☐

ATTACH A COPY OF W2 W2G AND 1099R FORMS TO TOP FORM ONLY

**Step 2** *Figure your income*

| | | | |
|---|---|---|---|
| 1 | Enter your federal adjusted gross income from either your U.S. 1040, line 33; U.S. 1040A, line 18; U.S. 1040EZ, line 4; or U.S. Telefile worksheet, line I | 1 | 13,224. |
| 2 | Enter your federally tax-exempt interest and dividend income from either your U.S. 1040 or 1040A, line 8b | 2 | |
| 3 | Enter any other additions to your income that are taxable in Illinois. See the instructions for details. Specify your additions | 3 | |
| 4 | Add lines 1 through 3. This is your income | 4 | 13,224. |

**Step 3** *Figure your base income*

*Attach copies of any required federal or Illinois forms and schedules. See instructions.*

| | | | |
|---|---|---|---|
| 5 | Enter your social security and retirement income from U.S. 1040, lines 15b, 16b, and 20b, or 1040A, lines 10b, 11b, and 13b | 5 | |
| 6 | Enter any active-duty military pay you earned if you included this pay in line 1 | 6 | |
| 7 | Enter your Illinois income tax refund if you included this refund on U.S. 1040, line 10. If you filed a U.S. 1040A or 1040EZ, enter '0' | 7 | |
| 8 | Enter the U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency interest from U.S. 1040, Schedule B, or 1040A, Schedule 1 | 8 | 0. |
| 9 | Enter any other subtractions to your income. See the instructions and our Publication 101 for details. Specify your subtractions. **Do not** include out-of-state income. | 9 | |
| 10 | Add lines 5 through 9. This is your total subtractions | 10 | 0. |
| 11 | Subtract line 10 from line 4. This is your Illinois base income | 11 | 13,224. |

**Step 4** *Figure your exemption allowance*

*See instructions before completing this step.*

12 Complete the calculation below to figure your Illinois exemption allowance.

a Enter the number of exemptions from your federal return. [2] + number identified in the instructions if you were claimed on someone else's return. [ ] = 2 x $1,650 — a 3,300.

b Check if you were 65 or older ☐ + legally blind ☐ + your spouse was 65 or older ☐ + legally blind ☐ = 0 x $1,000 — b 0.

Add lines a and b. This is your total Illinois exemption allowance — 12 — 3,300.

**Step 5** *Figure your net income*

**Residents only — nonresidents and part-year residents, skip Step 5 and go to Step 6.**

13 Subtract line 12 from line 11. This is your net income. Enter the amount here and on line 15 — 13 — 9,924.

**Residents, skip Step 6 and go to Step 7.**

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is **required**. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0065

JOSE G & LORRAINE SERRANO 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 

**Step 6** *Nonresidents part-year residents*

**Nonresidents and part-year residents only – residents, skip Step 6 and go to Step 7.**

14 Check the box that applies to you during 1999 ☐ Nonresident ☐ Part-year resident

Complete Schedule NR, and enter your Illinois income from Step 5, line 45. *Attach a copy of your completed Schedule NR* ... 14

**Step 7** *Figure your tax*

15 **Residents,** enter your net income from line 13 ... 15 9,924.

16 **Residents,** multiply line 15 by 3% (.03), and enter the result on line 16. This is your *tax*. **Nonresidents and part-year residents,** enter your *tax* amount from Schedule NR, Step 5, line 51 ... 16 298.

**Step 8** *Figure your payments and credits*

*Attach your W-2 forms to page 1.*

*Attach any required schedules and other states' returns to page 2.*

17 Enter the total amount of Illinois income tax that was withheld from your pay as shown on your W-2 forms, generally box 18 ... 17

18 Enter any estimated payments you made with Forms IL-1040-ES and IL-505-I. Include any credit from your 1998 overpayment ... 18

19 If you paid income tax to another state, complete Illinois Schedule CR. Enter the amount from Schedule CR, line 8 ... 19

20 If you paid Illinois property tax, complete the Homeowner's Property Tax Credit Worksheet in the instructions, and enter the amount from line 3 2,740. and the amount from line 8 ... 20 137.

21 If you completed Illinois Schedule 1299-C, enter the amount from Section II, Part IX, line 46 ... 21

22 Add lines 17 through 21. This is your total payments and credits ... 22 137.

**Step 9** *Figure your overpayment or your tax due*

23 If line 22 is greater than line 16, subtract line 16 from line 22. This is your **overpayment** ... 23

24 If line 16 is greater than line 22, subtract line 22 from line 16. This is your **tax due** ... 24 161.

**Step 10** *Figure your penalty*

25 Enter your penalty amount from Form IL-2210, Step 3, line 18 ... 25

Check the box if you completed Form IL-2210, Step 5, or if you are 65 or older and permanently live in a nursing home ... ☐

**Step 11** *Figure your donations*

**Any donation will reduce your refund or increase the amount you owe.**

26 Enter the amount you wish to donate to one or more of the following voluntary contribution funds.

| | | | |
|---|---|---|---|
| Wildlife Preservation ... a | | Homeless Assistance ... d | |
| Child Abuse Prevention ... b | | Breast Cancer Research ... e | |
| Alzheimer's Research ... c | | Prostate Cancer Research ... f | |

Add lines **a** through **f**. This is your total voluntary contributions ... 26

27 If you wish to donate to your school district, complete the worksheet in the instructions, and enter the amount from line 4 ... 27

28 Add lines 25 through 27. This is your total penalty and donations ... 28

**Step 12** *Figure your refund or the amount you owe*

29 If you have an overpayment on line 23 and this amount is greater than line 28, subtract line 28 from line 23 ... 29

30 Enter the amount from line 29 that you want to be applied to your year 2000 estimated tax ... 30

31 Subtract line 30 from line 29. This is your *refund* ... 31

32 If you have tax due on line 24, add lines 24 and 28. **Or** If you have an overpayment on line 23 and this amount is less than line 28, subtract line 23 from line 28. This is the *amount you owe* ... 32 161.

**Step 13** *Sign and date your return*

Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

Your Signature Date Daytime Phone Number Spouse's Signature Date

Paid Preparer's Signature Date Preparer's Phone Number Preparer's FEIN, SSN, or PTIN

✓ ☐ **If you use a preparer and want a booklet next year, check the box.**

*Mail this return to: Illinois Department of Revenue Springfield, IL 62719-0001*

AP DR ME ZZ SE WA RX NS DC ID

FORM 3082 1098 (COPY B)

☐ CORRECTED (if checked) 01/14/00

RECIPIENT'S/LENDER'S name, address, and telephone number
HARRIS TRUST & SAVINGS BANK
111 WEST MONROE STREET
CHICAGO IL 60606

1-888-340-BANK

* Caution: *The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.*

OMB No. 1545-0901

1999

Form 1098

**Mortgage Interest Statement**

RECIPIENT'S Federal identification no. 36-1194448

PAYER'S social security number 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

1 Mortgage interest received from payer(s)/borrower(s)* $ 2,854.23

PAYER'S/BORROWER'S name, street address (incl. apt. no.), city, state, and ZIP code
LORRAINE VERSETTO

2515 EUCLID AVENUE

BERWYN IL 60402-2510

2 Points paid on purchase of principal residence (See Box 2 on back.) $

3 Refund of overpaid interest (See Box 3 on back.) $

4

Account number (optional) 00008141113191

**Copy B For Payer**

The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

Form 1098 16 - 0331690 (Keep for your records.) Department of the Treasury - Internal Revenue Service

1098 SUBSTITUTE OMB No. 1545-0901

## Form 1098 - 1999 Mortgage Interest Statement

Loan No. 17510370-4

HOMESIDE LENDING, INC.
P.O. BOX 47524
SAN ANTONIO TX 78265-7524
1-800-435-7587

TAX-ID 59-2725415
SSN 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
PROPERTY ADDRESS:
2515 EUCLID S
BERWYN IL 60402

HS8951/CNP/11-99

| | |
|---|---|
| 1. Mortgage interest received from payer(s)/borrower(s) | $7,606.41 |
| 2. Points paid directly by payer(s)/borrower(s) on purchases of principal residence | $.00 |
| 3. Refund of overpaid interest | $.00 |

**PRINCIPAL RECONCILIATION**

| | |
|---|---|
| $104,950.22 | BEGINNING BALANCE |
| $1,536.29 | PRINCIPAL APPLIED |
| $103,413.93 | ENDING BALANCE |

**ESCROW RECONCILIATION**

4.

| | |
|---|---|
| $1,050.90 | BEGINNING BALANCE |
| $3,352.99 | DEPOSITS |
| $2,740.15 | PROPERTY TAXES |
| $513.00 | HAZARD INS. |
| $1,150.74 | ENDING BALANCE * |

11524

LORRAINE VERSETTO
2515 S EUCLID
BERWYN IL 60402-2510

*HELD FOR DISBURSEMENTS DUE NEXT YEAR

**1999 INTEREST CALCULATIONS**

| | |
|---|---|
| TOTAL INTEREST APPLIED 1999 | $7,558.51 |
| PLUS LATE CHARGE PAID | $47.90 |

**MORTGAGE INTEREST RECEIVED FROM PAYER(S)/BORROWER(S)** $7,606.41

34870

**Thank you for allowing HomeSide Lending, Inc. to serve your mortgage needs in 1999. We wish you and your family a happy and prosperous 2000!**

☐ CORRECTED (if checked) 01/14/00

RECIPIENT'S/LENDER'S name, address, and telephone number
HARRIS TRUST & SAVINGS BANK
111 WEST MONROE STREET
CHICAGO IL 60606

1-888-340-BANK

* Caution: *The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.*

OMB No. 1545-0901

1999

Form 1098

**Mortgage Interest Statement**

RECIPIENT'S Federal identification no. 36-1194448

PAYER'S social security number 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

1 Mortgage interest received from payer(s)/borrower(s)* $ 1,867.68

PAYER'S/BORROWER'S name, street address (incl. apt. no.), city, state, and ZIP code
LORRAINE VERSETTO

2515 EUCLID AVENUE

BERWYN IL 60402-2510

2 Points paid on purchase of principal residence (See Box 2 on back.) $

3 Refund of overpaid interest (See Box 3 on back.) $

4

Account number (optional) 00008141111382

**Copy B For Payer**

The information in boxes 1, 2, and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return.

**IMPORTANT TAX INFORMATIO**

4747 N. HARLEM AVENUE
HOLIDAY PLAZA, #C
HARWOOD HEIGH IL 60656

OMB No. 1545-0901

1999 FORM 1098 - MORTGAGE INTEREST STATEMENT

412224-12-115918

100010289

VERSETTO, LORRAINE
2515 EUCLID AVE
BERWYN IL 60402-2510

HFC & SUBSIDIARIES
2700 SANDERS ROAD
PROSPECT HEIGHTS IL 60070
PHONE: 708-867-0888

ID NUMBER: 36-1239445

SOCIAL SECURITY NUMBER: 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

Dear Customer:

The information in boxes 1, 2 and 3 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. **Caution:** *The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.*

| | | |
|---|---|---|
| Box #1 | MORTGAGE INTEREST RECEIVED FROM PAYER(S)/BORROWER(S) | $2,680.00 |
| Box #2 | POINTS PAID ON PURCHASE OF PRINCIPAL RESIDENCE (See Box 2 on Page 2) | $.00 |
| Box #3 | REFUND OF OVERPAID INTEREST (See Box 3 on Page 2) | $.00 |
| Box #4 | NOT APPLICABLE | |

**INSTRUCTIONS FOR PAYER/BORROWER**

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, please furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount he or she paid and points paid by the seller that represent his or her share of the amount allowable as a deduction for mortgage interest and points. Each borrower may have to include in income a share of any amount reported in box 3.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy.

JOSE G & LORRAINE S[illegible]RANO 645-[illegible]842

Smart Worksheet for: Form 1040: Individual Tax Return

### Tax Smart Worksheet

| | | | |
|---|---|---|---|
| A | | Tax | 0. |
| | | Check if from: | |
| | 1 | Tax table | X |
| | 2 | Tax rate schedules | |
| | 3 | Schedule D | |
| | 4 | Capital gain tax worksheet | |
| | 5 | Schedule J | |
| | 6 | Form 8615 | |
| B | | Additional tax from Form 8814 | |
| C | | Additional tax from Form 4972 | |
| D | | Recapture tax from Form 8863 | |
| E | | **Tax.** Add lines A through D. Enter the result here and on line **40** | 0. |

# Two-Year Comparison 1999

Name(s) Shown on Return: JOSE G & LORRAINE SERRANO

Social Security Number: 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

| Income | 1998 | 1999 | Difference | % |
|---|---|---|---|---|
| Wages, salaries, tips, etc | | | | |
| Interest and dividend income | 161. | | -161. | -100.00 |
| Business income (loss) | | | | |
| Capital gain (loss) | | | | |
| IRA distributions | | | | |
| Pensions and annuities | | | | |
| Rents, royalties, partnerships, etc | 20,860. | 32,988. | 12,128. | 58.14 |
| Farm income (loss) | | | | |
| Social security benefits | | | | |
| Income other than the above | | -19,764. | -19,764. | |
| **Total Income** | 21,021. | 13,224. | -7,797. | -37.09 |
| **Adjustments to Income** | | | | |
| **Adjusted Gross Income** | 21,021. | 13,224. | -7,797. | -37.09 |

| Deductions and Exemptions | 1998 | 1999 | Difference | % |
|---|---|---|---|---|
| Medical and dental | 0. | | 0. | |
| Taxes paid | 2,734. | 3,255. | 521. | 19.06 |
| Interest paid | 10,170. | 15,008. | 4,838. | 47.57 |
| Gifts to charity | 650. | | -650. | -100.00 |
| Casualty and theft losses | | | | |
| Miscellaneous | 1,935. | | -1,935. | -100.00 |
| Phaseout of itemized deductions | | | | |
| Total Itemized Deductions | 15,489. | 18,263. | 2,774. | 17.91 |
| **Standard or Itemized Deduction** | 15,489. | 18,263. | 2,774. | 17.91 |
| **Exemption Amount** | 5,400. | 5,500. | 100. | 1.85 |
| **Taxable Income** | 132. | 0. | -132. | -100.00 |
| Tax | 21. | 0. | -21. | -100.00 |
| Additional taxes | | | | |
| **Total Income Taxes** | 21. | 0. | -21. | -100.00 |
| Nonbusiness credits | | | | |
| Business credits | | | | |
| **Total Credits** | | | | |
| Self-employment tax | | | | |
| Alternative minimum tax | | | | |
| Other taxes | | | | |
| **Total Tax After Credits** | 21. | 0. | -21. | -100.00 |
| Withholding | | | | |
| Estimated payments | | | | |
| Other payments | | | | |
| **Total Payments** | | | | |
| Form 2210 penalty | | | | |
| **Amount Refund** | | | | |
| **Amount Due** | 21. | 0. | -21. | -100.00 |

Current year effective tax rate %

RECEIVED I & N
2000 SEP -8 P 2:38
ADJUDICATION BRANCH
CHICAGO, ILLINOIS


# CARPENTER & CAPT, CHARTERED

ROBERT T. CARPENTER
PATRICIA E. CAPT

ATTORNEYS AT LAW
53 W. JACKSON BOULEVARD
SUITE 1511
CHICAGO, ILLINOIS 60604

FORMERLY
ROBERT T. CARPENTER, LTD.
(1993-1995)

TELEPHONE (312) 803-5110
FAX (312) 803-5112
E-MAIL CNCCHTD@AMERITECH.NET


September 5, 2000

COPY

***Via Hand Delivery***
ATTN: Officer M. Travis
U.S. Department of Justice
Immigration & Naturalization Service
10 W. Jackson Blvd., Room 323
Chicago, IL 60604

RE: Jose Serrano
**(A#44 578 395)**

Dear Officer Travis,

We are writing to inquire about the status of our client's Adjustment of Status application. On May 5, 2000 at 10:05 a.m., our client appeared before you for an interview. You issued a request for additional evidence *(i.e., joint accounts – credit, insurance, household bills, bank accounts and tax returns)* which has since been forwarded to your office on June 7, 2000 and received. Please note that since that it has been *three* months since that time and to date we have had no correspondence from your office regarding this file.

At your earliest convenience, please advise us of the status of this case and when our client can expect this file to be adjudicated. Your attention to this matter is greatly appreciated.

Respectfully,

Robert Carpenter

RTC/bg
Enclosures

*cc: Jose Serrano*

PLAINTIFF'S EXHIBIT 4

RECEIVED
I & N S
2000 NOV 3 ... 06
ADJUDICATION BRANCH
CHICAGO, ILLINOIS

CARPENTER & CAPT, CHARTERED
ATTORNEYS AT LAW
53 W. JACKSON BOULEVARD
SUITE 1511
CHICAGO, ILLINOIS 60604

ROBERT T. CARPENTER
PATRICIA E. CAPT

KHALED J. ELKHATIB

FORMERLY
ROBERT T. CARPENTER, LTD.
(1993-1995)

TELEPHONE (312) 803-5110
FAX (312) 803-5112
E-MAIL CNCCHTD@AMERITECH.NET

December 4, 2000

Officer M. Travis
U.S. INS
Chicago District Office
10 W. Jackson, Room 323
Chicago, IL 60604

Re: Jose & Lorraine Serrano
A44 578 395 ***Fourth Inquiry***

Dear Officer Travis,

Enclosed you will find copies of our G-28, as well as the past three requests for status, and a new G-14. This couple was interviewed on May 5, 2000, and we returned the evidence you requested on June 7, 2000.

Please take a moment to address this file and close it out if possible. Please notify me of your actions at your earliest opportunity. Thank you in advance for your response to this inquiry.

Respectfully,

Robert Carpenter

RTC/ac
inq to ins #4
enclosures

PLAINTIFF'S
EXHIBIT
5

# NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE

| | |
|---|---|
| In re: Jose Serrano & Lorraine Serrano | DATE Oct. 23, 1996 |
| | FILE No. A44 578 395 |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following-named person(s):

| NAME | | | | | |
|---|---|---|---|---|---|
| Jose SERRANO | | | ☐ Petitioner ☒ Beneficiary | ☐ Applicant ☐ | |
| ADDRESS (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) | |
| | 2515 S. Euclid | Berwyn | IL | 60402 | |
| NAME Serrano Lorraine | | | ☒ Petitioner ☐ Beneficiary | ☐ Applicant ☐ | |
| ADDRESS (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) | |
| Same | | | | | |

*Check Applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

**Supreme Court of Illinois** and am not under a
*(Name of Court)*
court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following-named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with ______________________, the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2, whichever is appropriate.)*

☒ 4. Others (Explain fully.)
**You are hereby advised that in conformity with Public Law 90-93, 5 USC 500(f) 81 Stat. 195, you are required to give notice to the undersigned of all notices or other written communications in this cause.**

| | |
|---|---|
| SIGNATURE [signature] | COMPLETE ADDRESS **CARPENTER & CAPT, CHARTERED** **One E. Wacker Drive, Ste. 2420, Chicago, IL 60601** |
| NAME (Type or Print) **Robert Carpenter** | TELEPHONE NUMBER **(312) 803-5110** |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING-NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:* **Robert Carpenter**
*(Name of Attorney or Representative)*

*THE ABOVE CONSENT TO DISCLOSE IS IN CONNECTION WITH THE FOLLOWING MATTER:*
**All immigration matters; attorneys retain the right to withdraw.**

| *NAME OF PERSON CONSENTING* | *SIGNATURE OF PERSON CONSENTING* | *DATE* |
|---|---|---|
| **Jose SERRANO/Lorraine Serrano** | [signature] | **Oct. 23, 1996** |

*(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)*

Form G-28
(Rev. 10-25-79)N

(OVER)

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

**UNITED STATES DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service

FILE NO: A44 578 395
DATE: 12/05/00

In Re:

Jose Serrano & Lorraine Serrano

Your assistance in furnishing additional identifying information is requested so that we may act upon or reply to your communication. Please fill in the necessary information and return this letter and any attached material to this office.

Type of Application (Form number if known) I-130/ I-485

Date Application was filed 7/28/98 Address of Service office where application or correspondence was filed Chicago, IL

Name of applicant or petitioner Jose Serrano

Complete present address 2515 S. Euclid, Berwyn IL 60402

Address as shown on application Same

Other names, if any ______

Date of birth ______ Place of birth ______

Alien number (if known) A# 44 578 395

Date and place of naturalization ______

Type of entry (Temporary Visitor, Student, Permanent Residence Visa. Reentry Permit, etc.) ______

Destination in U.S. as shown on entry document ______

**IF IMMIGRANT VISA PETITION ALSO COMPLETE THE FOLLOWING:**

Name of person you desire to bring to the U.S. ______

Other names, if any ______

His/her date of birth ______ His/her place of birth ______

Alien number (if known) A# 44 578 395

Is prospective immigrant already in U.S.? ______ If yes, date of admission into U.S. ______

Form G-14 (Rev.3-20-81) N

RECEIVED
I & N S
2000 NOV 13 PM 3 12
ADJUDICATION BRANCH
CHICAGO, ILLINOIS

CARPENTER & CAPT, CHARTERED
ATTORNEYS AT LAW
53 W. JACKSON BOULEVARD
SUITE 1511
CHICAGO, ILLINOIS 60604

ROBERT T. CARPENTER
PATRICIA E. CAPT

FORMERLY
ROBERT T. CARPENTER, LTD.
(1993-1995)

TELEPHONE (312) 803-5110
FAX (312) 803-5112
E-MAIL CNCCHTD@AMERITECH.NET

November 13, 2000

***Via Hand Delivery***
ATTN: Officer M. Travis
U.S. Department of Justice
Immigration & Naturalization Service
10 W. Jackson Blvd., Room 323
Chicago, IL 60604

RE: Jose Serrano
**(A#44 578 395)**

***THIRD REQUEST***

Dear Officer Travis,

This letter is our third request on this file. We are writing to inquire about the status of our client's Adjustment of Status application. On May 5, 2000 at 10:05 a.m., our client appeared before you for an interview. You issued a request for additional evidence *(i.e., joint accounts – credit, insurance, household bills, bank accounts and tax returns)* which has since been forwarded to your office on June 7, 2000 and received. Please note that since that it has been *five* months since that time and to date we have had no correspondence from your office regarding this file.

At your earliest convenience, please advise us of the status of this case and when our client can expect this file to be adjudicated. Your attention to this matter is greatly appreciated.

Respectfully,

Robert Carpenter

RTC/bg
Enclosures

*cc: Jose Serrano*

JS 44
(Rev. 12/96)

Civ 3

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

JOSE SERRANO, Petitioner

01C 0030

JUDGE JOHN W DARRAH

MAGISTRATE JUDGE BOBRICK

**DEFENDANTS** US INS, BRIAN PERRYMAN, in his official capacity as District Director of the Chicago District Office of INS, JANET RENO, Attorney General of the US, & the USA.

DOCKETED JAN 04 2001

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ______
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ______
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Robert Carpenter
Carpenter & Capt, Chtd.
53 W. Jackson Blvd., Ste. 1511
Chicago, IL 60604 -- (312) 803-5110

ATTORNEYS (IF KNOWN)
Sheila Entenman
US INS, 5th Floor
219 S. Dearborn, Chgo., IL 60604

FILED-ED4 01 JAN -3 PM 3:56 CLERK U.S. DISTRICT COURT

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
XX 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** *(PLACE AN "X" IN ONE BOX ONLY)*

XX 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** *(PLACE AN "X" IN ONE BOX ONLY)*

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury — Med. Malpractice
☐ 365 Personal Injury — Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence
HABEAS CORPUS:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
XX 890 Other Statutory Actions

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Mandamus action brought pursuant to 28 USC Sec. 1361.

**VII. REQUESTED IN COMPLAINT**
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

VIII. This case XX is not a refiling of a previously dismissed action.
☐ is a refiling of case number ______, previously dismissed by Judge ______

DATE 1/3/01

SIGNATURE OF ATTORNEY OF RECORD [signature]

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

JUDGE JOHN W DARRAH

MAGISTRATE JUDGE BOBRICK

DOCKETED JAN 04 2001

JOSE SERRANO, Petitioner,
VS.
US INS, BRIAN PERRYMAN, in his official capacity as District Director of Chicago District Office of INS, & JANET RENO, Attorney General of the U.S., & USA, Respondents.

Case Number: 01C 0030

FILED-ED4 01 JAN -3 AM 11:36 CLERK U.S. DISTRICT COURT

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
JOSE SERRANO, Petitioner.

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE | Robert Carpenter (signature) | SIGNATURE | |
| NAME | Robert Carpenter | NAME | |
| FIRM | Carpenter & Capt, Chtd. | FIRM | |
| STREET ADDRESS | 53 W. Jackson, Ste. 1511 | STREET ADDRESS | |
| CITY/STATE/ZIP | Chicago, IL 60604 | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | (312) 803-5110 | TELEPHONE NUMBER | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | 06210049 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES ☒ NO ☐ | MEMBER OF TRIAL BAR? | YES ☐ NO ☐ |
| TRIAL ATTORNEY? | YES ☒ NO ☐ | TRIAL ATTORNEY? | YES ☐ NO ☐ |
| | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ |

| (C) | | (D) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | |
| NAME | | NAME | |
| FIRM | | FIRM | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY/STATE/ZIP | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER | | TELEPHONE NUMBER | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? | YES ☐ NO ☐ | MEMBER OF TRIAL BAR? | YES ☐ NO ☐ |
| TRIAL ATTORNEY? | YES ☐ NO ☐ | TRIAL ATTORNEY? | YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? | YES ☐ NO ☐ |